UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------- x
SALLY FERRARI, et al.,          :
                                :
           Plaintiffs,          :    Civil Action
                                :    No. 03-11275-MLW
    v.                          :
                                :
PRIMARY PDC, INC., et al.,      :
                                :
           Defendants.          :
---------------------------- x

## SUGGESTION OF BANKRUPTCY AND
## NOTICE OF OPERATION OF AUTOMATIC STAY

PLEASE BE ADVISED that a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code") was filed by Polaroid Corporation, n/k/a Primary PDC, Inc. ("Polaroid"), a defendant in the above-captioned case, and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), on October 12, 2001 (the "Petition Date"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case No. 01-10864 (PJW) (Jointly Administered) (the "Bankruptcy Case"). A copy of the Petition filed by Polaroid is attached hereto as Exhibit A.

PLEASE BE FURTHER ADVISED that a bar date of May 31, 2002 has been established for filing proofs of claim in the Bankruptcy Case. A copy of the Order Setting Bar Date for Filing Certain Proofs of Claim, Approving Procedures for Filing Such Proofs of Claim, and Approving Form, Manner and Sufficiency of Notice Thereof is attached hereto as Exhibit B.

PLEASE BE FURTHER ADVISED that pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their business and manage their property as debtors-in-possession.

PLEASE BE FURTHER ADVISED that any new or further action against the Debtors, including Polaroid, is stayed pursuant to Section 362(a) of the Bankruptcy Code as of the Petition Date. See 11 U.S.C. § 362(a). Any action taken against any of the Debtors, or their property, without obtaining relief from the automatic stay from the Bankruptcy Court is void ab initio and may be subject to findings of contempt and an assessment of penalties and fines, as may be appropriate.

Dated: August 14, 2003
       Boston, Massachusetts

Respectfully submitted,

*[signature]*

Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:

Gregg M. Galardi
Mark L. Desgrosseilliers
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Counsel for Primary PDC, Inc.
Debtor and Debtor-in-Possession

## CERTIFICATE OF SERVICE

I, Matthew J. Matule, hereby certify that on August 14, 2003, I caused a true copy of the foregoing Suggestion Of Bankruptcy And Notice Of Operation Of Automatic Stay to be served upon counsel of record as indicated on the service list attached hereto.

Dated: August 14, 2003

*[signature]*
Matthew J. Matule

2

## SERVICE LIST

### BY HAND DELIVERY

Harvey A. Schwartz, Esq.
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
**Counsel for Plaintiff**

Gus P. Coldebella, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
**Counsel for One Equity Partners LLC**

### BY FIRST CLASS MAIL, POSTAGE PREPAID

Matthew Lee Wiener, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103
**Counsel for Polaroid Corporation**