UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------x
SALLY FERRARI, et al.,             :
                                   :
            Plaintiffs,            :   Civil Action
                                   :   No. 03-11275-MLW
      v.                           :
                                   :
PRIMARY PDC, INC., et al.,         :
                                   :
            Defendants.            :
------------------------------x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Primary PDC, Inc., Debtor and Debtor-in-Possession, in the above-captioned action.

Dated: August 14, 2003
      Boston, Massachusetts

Respectfully submitted,

*/s/ Matthew J. Matule*

Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:

Gregg M. Galardi
Mark L. Desgrosseilliers
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Counsel for Primary PDC, Inc.
Debtor and Debtor-in-Possession

### CERTIFICATE OF SERVICE

I, Matthew J. Matule, hereby certify that on August 14, 2003 I caused a true copy of the foregoing Notice Of Appearance to be served upon counsel of record as indicated on the service list attached hereto.

Dated: August 14, 2003

*/s/ Matthew J. Matule*
Matthew J. Matule

## SERVICE LIST

BY HAND DELIVERY

Harvey A. Schwartz, Esq.
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
**Counsel for Plaintiff**

Gus P. Coldebella, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
**Counsel for One Equity Partners LLC**

BY FIRST CLASS MAIL, POSTAGE PREPAID

Matthew Lee Wiener, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103
**Counsel for Polaroid Corporation**