UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>vs.<br><br>POLAROID CORPORATION, PRIMARY PDC, INC., OEP IMAGING OPERATING CORPORATION, INC. and ONE EQUITY PARTNERS LLC,<br><br>Defendants. | CIVIL ACTION NO. 03-11275-MLW |

### STIPULATION OF PLAINTIFFS AND CERTAIN DEFENDANTS REGARDING WAIVER OF SERVICE, TIMING OF RESPONSE AND NAMING OF PARTIES

Plaintiffs Sally Ferrari, Elaine Johnson, John Magenheimer, Elizabeth Williams and David A. Maniscalco ("Plaintiffs") and defendants Polaroid Corporation ("New Polaroid") and One Equity Partners LLC ("One Equity Partners") hereby stipulate and agree as follows:

1. New Polaroid and One Equity Partners hereby waive service of the Summons and Complaint in this matter pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. In doing so, New Polaroid and One Equity Partners do not waive any other objections or defenses to the Summons or the Complaint.

2. New Polaroid and One Equity Partners shall have until and including October 3, 2003 to answer, move or otherwise respond to the Complaint.

3. New Polaroid (which was formerly known as OEP Imaging Operating Corporation) was misnamed in the Complaint as "Polaroid Corporation, Inc." New Polaroid's correct name is "Polaroid Corporation." One Equity Partners LLC was misnamed in the

LIBA/1297123.1

Complaint as "One Equity Partners, Inc." One Equity Partners LLC's correct name is "One Equity Partners LLC." The caption, the docket and all other documents should reflect these changes.

4.   Primary PDC, Inc. (which is alternatively referred to in the Complaint as "the old Polaroid") is not a signatory to this Stipulation.

> Respectfully submitted,
>
> SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS and DAVID A. MANISCALCO,
>
> By their attorneys,
>
> /s/ Harvey A. Schwartz
> Harvey A. Schwartz (BBO No. 448080)
> Laurie A. Frankl (BBO No. 647181)
> RODGERS, POWERS & SCHWARTZ, L.L.P.
> 18 Tremont Street, Suite 500
> Boston, MA 02108
> (617) 742-7010

DATED: August 18, 2003

Complaint as "One Equity Partners, Inc." One Equity Partners LLC's correct name is "One Equity Partners LLC." The caption, the docket and all other documents should reflect these changes.

4. Primary PDC, Inc. (which is alternatively referred to in the Complaint as "the old Polaroid") is not a signatory to this Stipulation.

Respectfully submitted,

SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS and DAVID A. MANISCALCO,

By their attorneys,

_____
Harvey A. Schwartz (BBO No. 448080)
Laurie A. Frankl (BBO No. 647181)
RODGERS, POWERS & SCHWARTZ, L.L.P.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010

DATED: August _____, 2003

POLAROID CORPORATION,

By its attorneys,

_____
Richard D. Glovsky (BBO #195820)
Jeffrey J. Pyle (BBO #647438)
PRINCE, LOBEL, GLOVSKY & TYE, LLP
585 Commercial Street
Boston, MA 02109

DATED: August ___, 2003

ONE EQUITY PARTNERS LLC,

By its attorneys,

_[signature]_

James S. Dittmar, P.C. (BBO No. 126320)
Gus P. Coldebella (BBO No. 566918)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

DATED: August 22, 2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by hand on 8/22/03.

_[signature]_