UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO, )<br><br>Plaintiffs, )<br><br>v. )<br><br>POLAROID CORPORATION; PRIMARY PDC, INC.; OEP IMAGING OPERATING CORPORATION, INC.; and ONE EQUITY PARTNERS, INC., )<br><br>Defendants. ) | C.A. No. 03-CV-11275-MLW |

LOCAL RULE 85.5.3 MOTION FOR
ENTRY OF APPEARANCE PRO HAC VICE

Defendant Polaroid Corporation, by its attorneys, Richard D. Glovsky, Jeffrey J. Pyle and Marni Goldstein Caputo of the firm Prince, Lobel, Glovsky & Tye LLP, hereby move that Jerome A. Hoffman and Matthew Lee Wiener of the firm Dechert LLP be admitted *pro hac vice* to serve as co-counsel to Polaroid Corporation in this matter.

In support of this motion, Polaroid Corporation states that Dechert LLP has been representing Polaroid with respect to its purchase of assets from Primary, PDC, Inc. through bankruptcy proceedings in Delaware. The claims in this matter relate intimately to those proceedings and, in particular, to the terms of the sale and related order approved by the Bankruptcy Court in Delaware. In further support of this motion, attached hereto as Exhibits A and B are certificates of Mr. Hoffman and Mr. Wiener establishing their qualifications to practice in this court.

as Exhibits A and B are certificates of Mr. Hoffman and Mr. Wiener establishing their

qualifications to practice in this court.

WHEREFORE, defendant Polaroid Corporation respectfully requests that its

motion for entry of appearance *pro hac vice* be allowed.


POLAROID CORPORATION

By its Attorneys:


Richard D. Glovsky (BBO #195820)
Jeffrey J. Pyle (BBO #647438)
Marni Goldstein Caputo (BBO #650590)
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000 (tel.)
(617) 456-8100 (fax)

Dated:    September 17, 2003

## Certificate of Service

I hereby certify that on this _17th_ day of September, I personally caused the foregoing Local Rule 85.5.3 Motion for Entry of Appearance Pro Hac Vice to be served via first class mail, postage prepaid, upon counsel of record as follows:

James S. Dittmar, Esq.
Gus P. Coldebella, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

Harvey A. Schwartz, Esq.
Laurie A. Frankl, Esq.
Rodgers, Powers & Schwartz, L.L.P.
18 Tremont Street, Suite 500
Boston, MA  02108

Matthew J. Matule, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108

Gregg M. Galardi, Esq.
Mark L. Desgrosseilliers, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899

Jeffrey J. Pyle

## CERTIFICATE OF JEROME A. HOFFMAN

I, Jerome A. Hoffman, hereby certify as follows:

1.      I am a member of the bar in the Commonwealth of Pennsylvania, the United States Supreme Court, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the District of Columbia Circuit, and the United States District Court for the Eastern District of Pennsylvania.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Jerome A. Hoffman

Dated: September 12, 2003

## CERTIFICATE OF MATTHEW LEE WIENER

I, Matthew Lee Wiener, hereby certify as follows:

1.      I am a member of the bar of the Commonwealth of Pennsylvania, the District of Columbia, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the District of Columbia Circuit, and the United States District Court for the Eastern District of Pennsylvania. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.[1]

2.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_Matthew Lee Wiener_
Matthew Lee Wiener

Dated:   September 15, 2003

---

[1]    In September 1998, I voluntarily resigned without prejudice from the Bar of the State of New Jersey. Until my resignation, I was a member in good standing of that bar, and no disciplinary (or other such) proceedings have ever been brought, asserted, or threatened against me in New Jersey or any other jurisdiction in which I have been admitted to practice law. My withdrawal from the New Jersey bar was occasioned solely by my decision not to practice law in New Jersey.

**Prince, Lobel, Glovsky & Tye** LLP
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024

(617) 456 8000 Tel
(617) 456 8100 Fax
www.plgt.com

Patricia M. Annino
Robert A. Bertsche
Pasquale DeSantis
Martin E. Fishkin
Nancy A. Freed
Richard D. Glovsky
Mitchell S. King
Elliot D. Lobel, P.C.
Robert P. Maloney
Linda M. Medonis
Walter B. Prince
Rhonda L. Rittenberg
Laurie F. Rubin
Joseph S. Sano
Samuel C. Sichko
Joseph D. Steinfield
Daniel S. Tarlow
Donald G. Tye
William A. Worth

Andrew D. Ashe
Michael A. Calawa
Marni Goldstein Caputo
Nancy A. Dolberg
Jeffrey A. Dretler
Joseph L. Edwards, Jr.
Mary R. Jurgensen
Eric D. Karlberg
Kristin M. Knuuttila
Lauren E. Kohl
Michael J. Kotin
Peter A. Kuperstein
David E. Plotkin
Jeffrey J. Pyle
Lisa A. Shapiro
Elise S. Wald

Of Counsel
Craig R. Browne
Thomas M. Elcock
Ralph I. Fine
Ronald W. Keefe
William A. Korman
Geoffrey H. Lewis, P.C.
Lenore Zug Lobel
Roger D. Matthews
Susan M. Miller
Anne-Marie Regan

September 17, 2003

<u>Via First Class Mail</u>

Clerk
U.S.D.C.
One Courthouse Way
Boston, MA 02110

Re:   <u>Sally Ferrari, et al v. Polaroid Corporation, et al,</u>
      Civil Action No. 03-11275-MLW

Dear Sir/Madam:

Enclosed for filing in the above-referenced action please find Local Rule 85.5.3 Motion for Entry of Appearance Pro Hac Vice, submitted on behalf of Jerome A. Hoffman and Matthew Lee Wiener, to serve pro hac vice as co-counsel for Defendant Polaroid Corporation.

Kindly acknowledge receipt and filing of the same by date-stamping the enclosed copy of this cover letter and returning it to us in the enclosed self-address, stamped envelope. Thank you for your attention to this matter.

Sincerely,

Jeffrey J. Pyle

cc:   James S. Dittmar, Esq.
      Gus P. Coldebella, Esq.
      Harvey A. Schwartz, Esq.
      Laurie A. Frankl, Esq.
      Matthew J. Matule, Esq.
      Gregg M. Galardi, Esq.
      Mark L. Desgrosseilliers, Esq.
      Matthew Wiener, Esq.
      Jerome A. Hoffman, Esq.
      Michael Traister, Esq.
      Richard D Glovsky, Esq.

JJP/rd
Enclosures

# PRINCE . LOBEL . GLOVSKY & TYE LLP