UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI; ELAINE JOHNSON;
JOHN MAGENHEIMER; ELIZABETH
WILLIAMS; AND DAVID A. MANISCALCO,

Plaintiffs,

V.

POLAROID CORPORATION;
PRIMARY PDC, INC.; OEP IMAGING
OPERATING CORPORATION, INC.; AND
ONE EQUITY PARTNERS, INC.,

Defendants.

Civil Action No. 03-11275-MLW

## MOTION FOR LEAVE TO FILE
## A MEMORANDUM OF REASONS IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule of Civil Procedure 7.1(b)(4), Defendant Polaroid Corporation ("New Polaroid") hereby moves the Court for leave to file a memorandum of reasons in excess of twenty pages in support of its Motion to Transfer the Case or, in the Alternative, to Dismiss. Due to the nature of the relief requested in this Motion, Defendants do not believe that a separate memorandum of reasons in support thereof is required. New Polaroid respectfully submits that a memorandum of reasons in excess of twenty pages is justified in this case due to the alternative dispositions requested of the Court by New Polaroid. Rather than file separate motions to transfer and to dismiss, New Polaroid has, in the interests of judicial economy, filed a single motion and, along with the motion, a single memorandum justifying alternative forms of relief.

Under these circumstances, New Polaroid believes that its Motion is appropriate and should be granted.

A Proposed Order granting the requested leave precedes this Motion.

Respectfully submitted,

*[signature]*

Richard D. Glovsky
Marni G. Caputo
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Jerome A. Hoffman
Mathew Lee Wiener
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Counsel for Polaroid Corporation

Dated: October 3, 2003

## CERTIFICATE OF SERVICE

I certify that on October 3, 2003, the foregoing Motion for Leave to File a Memorandum of Reasons in Excess of Twenty Pages was served upon each of the following counsel of record by First Class Mail (at the addresses listed):

>Gus P. Coldebella
>Goodwin Procter LLP
>Exchange Place
>Boston, MA 02109
>
>Gregg M. Galardi
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>
>Harvey A. Schwartz
>Rodgers, Powers & Schwartz, LLP
>18 Tremont Street, Suite 500
>Boston, Massachusetts 02108

_____
Richard D. Glovsky