UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI; ELAINE JOHNSON;
JOHN MAGENHEIMER; ELIZABETH
WILLIAMS; AND DAVID A. MANISCALCO,

    Plaintiffs,

V.

POLAROID CORPORATION;
PRIMARY PDC, INC; OEP IMAGING
OPERATING CORPORATION, INC.; AND
ONE EQUITY PARTNERS, INC.,

    Defendants.

**Civil Action No.
03-11275-MLW**

## POLAROID CORPORATION'S
## MOTION TO TRANSFER THE CASE
## OR, IN THE ALTERNATIVE,
## TO DISMISS PLAINTIFFS' COMPLAINT

For the reasons set forth in the accompanying Memorandum of Law, Polaroid Corporation ("Polaroid"[*]) moves the Court to transfer this case to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404; or, in the alternative, dismiss Plaintiffs' Complaint as against Polaroid pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6).

---

[*] Polaroid was misnamed in Plaintiffs' Complaint as "Polaroid Corporation, Inc." Plaintiffs have stipulated to the mistake, as well as that Polaroid was formerly known as OEP Imaging Operating Corporation (which is also named as a defendant in the Complaint's caption). *See* Stipulation of Plaintiffs and Certain Defendants Regarding Waiver of Service, Timing of Response and Naming of Parties at 1-2 (on file with the Court); *see also* Memorandum of Law at 1 (explaining relationship among Defendants).

856217.1.50 10/3/2003

Two proposed orders, one for each of these two alternatives, accompany this Motion.

                                      Respectfully submitted,

                                      /s/ Richard D. Glovsky
Richard D. Glovsky
Marni G. Caputo
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Jerome A. Hoffman
Mathew Lee Wiener[*]
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Counsel For Polaroid Corporation

Dated: October 3, 2003

---

[*] A motion for the *pro hoc vice* admission of Messrs. Hoffman and Wiener is pending before the Court.

- 2 -