UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, AND DAVID A. MANISCALCO,

Plaintiffs,

V.

POLAROID CORPORATION, PRIMARY PDC, INC., OEP IMAGING OPERATING CORPORATION, INC. and ONE EQUITY PARTNERS LLC,

Defendants.

Civil Action No. 03-11275-MLW

## APPENDIX TO DEFENDANT POLAROID CORPORATION'S MOTION TO TRANSFER THE CASE OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFFS' COMPLAINT

Jerome A. Hoffman
Matthew Lee Wiener
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Richard D. Glovsky
Marni G. Caputo
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Counsel for Polaroid Corporation

Dated: October 3, 2003

## TABLE OF DOCUMENTS

| Document | Abbreviation | Exhibit | Basis of Inclusion |
|---|---|---|---|
| Excerpts from official docket report in *In re Polaroid Corp.*, U.S. Bankruptcy Court for the District of Delaware, Case No. 01-10864 (PJW)* | Docket | Ex. 1 | Public record prepared and maintained by the Bankruptcy Court |
| Declaration of Mailing Regarding Notice of Auction and Sale Hearing dated May 21, 2002 | Declaration of Mailing | Ex. 2 | Public record on file with the Bankruptcy Court (entry no. 1015 on the official docket) in *In re Polaroid Corp.* |
| Notice of Filing of Affidavits of Publication | Notice of Publication | Ex. 3 | Public record on file with the Bankruptcy Court (entry no. 1053 on the official docket in *In re Polaroid Corp.* |
| Order Authorizing and Approving (1) Asset Purchase Agreement, (2) Sale of Substantially All of | Bankruptcy Court Order | Attachment to Brief | Public record on file with the Bankruptcy Court (entry no. 1249) in *In re Polaroid Corp.* |

* The docket report included in this Appendix covers all filings made during the period April 18, 2002 - July 3, 2002. The complete docket report in *In re Polaroid Corp.* is available on the Case Management/Electronic Case Filing system of the U.S Bankruptcy Court for the District of Delaware. Should the Court wish to review the full docket report, or any entries not included here, Polaroid Corporation will supply them immediately upon the Court's request.

| | | | |
|---|---|---|---|
| the Debtor's Assets Free and Clear of Liens, Claims, and Encumbrances to OEP Imaging Corporation of Certain Executory Contractors and Unexpired Leases, and (4) Certain Related Relief dated July 3, 2002 | | | |
| Old Polaroid Long-term Disability Plan | LTD Plan | Ex. 4 | Referenced in, and integral to, Plaintiffs' Complaint |
| Old Polaroid Medical Plan | Medical Plan | Ex. 5 | Referenced in, and integral to, Plaintiffs' Complaint |
| Old Polaroid Dental Plan | Dental Plan | Ex. 6 | Referenced in, and integral to, Plaintiffs' Complaint |

| Letter from Old Polaroid to LTD Plan Participants dated July 2, 2002 | Old Polaroid Letter to Participants | Ex. 7 | Referenced in Plaintiffs' Complaint |
|---|---|---|---|
| Second Amended and Restated Purchase Agreement | Purchase Agreement | Ex. 8 | Public record on file with the Bankrupty Court (Exhibit A to the Bankrupty Court Order of July 3, 2002); referenced in Plaintiffs' Complaint |