UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON,
JOHN MAGENHEIMER, ELIZABETH
WILLIAMS and DAVID A. MANISCALCO,

Plaintiffs,

vs.

POLAROID CORPORATION, PRIMARY
PDC, INC., OEP IMAGING OPERATING
CORPORATION, INC. and ONE EQUITY
PARTNERS LLC,

Defendants.

CIVIL ACTION NO. 03-11275-MLW

## CORPORATE DISCLOSURE STATEMENT
## OF ONE EQUITY PARTNERS LLC

Pursuant to District of Massachusetts Local Rule 7.3(A), defendant One Equity Partners LLC, by its undersigned counsel, states that One Equity Partners LLC is a subsidiary of Bank One Corporation, the shares of which are publicly traded.

Respectfully submitted,

ONE EQUITY PARTNERS LLC

By its attorneys,

James S. Dittmar, P.C. (BBO No. 126320)
Gus P. Coldebella (BBO No. 566918)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (facsimile)

Dated: October 7, 2003

LIBA/1205179.1

## CERTIFICATE OF SERVICE

I, Gus P. Coldebella, hereby certify that on October 7, 2003, I caused a true copy of the foregoing to be served by mail upon:

**Counsel for Plaintiffs**

Harvey A. Schwartz, Esq.
Laurie A. Frankl, Esq.
ROGERS, POWERS AND SCHWARTZ, LLP
18 Tremont Street, Suite 500
Boston, MA 02108

**Counsel for Polaroid Corporation**

Jerome A. Hoffman, Esq.
Matthew Lee Wiener, Esq.
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103

Richard Glovsky, Esq.
Jeffrey Pyle, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109

**Counsel for Primary PDC, Inc.**

Matthew J. Matule, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02018

Gregg M. Galardi, Esq.
Mark L. Desgrosseilliers, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Gus P. Coldebella

LIBA/1205179.1