UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>v.<br><br>POLAROID CORPORATION; PRIMARY PDC, INC., OEP IMAGING OPERATING CORPORATION, INC. AND ONE EQUITY PARTNERS, LLC;<br><br>Defendants. | Civil Action No. 03-11275- MLW |

## STIPULATION OF PLAINTIFFS AND CERTAIN DEFENDANTS REGARDING FILING OF OPPOSITION TO MOTIONS TO DISMISS and MOTIONS TO TRANSFER VENUE AND REPLY BRIEFS

The plaintiffs in the above-entitled action and the defendants, Polaroid Corporation and One Equity Partners, LLC, hereby stipulate and agree that the plaintiffs shall have until and including November 24, 2003 to oppose or otherwise respond to Polaroid Corporation's Motion to Dismiss and Motion to Transfer Venue and One Equity Partners' Motion to Transfer the Case or, in the alternative, to Dismiss Plaintiffs' Complaint. The parties also stipulate that Polaroid Corporation and One Equity Partners shall have up to and including December 19, 2003 to file a reply brief.

Respectfully submitted,

SALLY FERRARI, ELAINE JOHNSON, JOHN
MAGENHEIMER, ELIZABETH WILLIAMS, and
DAVID A. MANISCALCO,
By their attorneys,

_/s/ Harvey A. Schwartz_
Harvey A. Schwartz (BBO # 448080)
Laurie A. Frankl (BBO # 647181)
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: October 24, 2003

POLAROID CORPORATION,
By its attorneys,

_/s/ Matthew Wiener_
Jerome A. Hoffman
Matthew E. Wiener
Dechart, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
215-994-4000

ONE EQUITY PARTNERS, LLC
By its attorneys,

_/s/ Gus Coldebella_
James S. Dittmar, P.C. (BBO # 126320)
Gus P. Coldebella (BBO # 566918)
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109
617-570-1000

Dated: October 24, 2003

I hereby certify under the pains and penalties
of perjury that this document was served upon
counsel for all parties in this case on

_10-24-03_ by Hand / by Mail

_____
Laurie A. Frankl, Esq.