UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC -9  A 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

SALLY FERRARI, ELAINE JOHNSON,
JOHN MAGENHEIMER, ELIZABETH
WILLIAMS, and DAVID A. MANISCALCO,

Plaintiffs,

vs.

POLAROID CORPORATION and NEAL
GOLDMAN,

Defendants.

CIVIL ACTION NO. 03-11275-MLW

## STIPULATION WITHDRAWING POLAROID CORPORATION'S MOTION TO TRANSFER THE CASE OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFFS' COMPLAINT, AND PLAINTIFFS' OPPOSITION THERETO, AND ESTABLISHING DATE BY WHICH DEFENDANTS SHALL ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs Sally Ferrari, Elaine Johnson, John Magenheimer, Elizabeth Williams and David A. Maniscalco ("Plaintiffs") and defendants Polaroid Corporation ("Polaroid") and Neal Goldman hereby stipulate and agree as follows:

1. In light of Plaintiffs' filing of an Amended Complaint in this action, Polaroid hereby withdraws its Motion to Transfer the Case or, in the Alternative, to Dismiss Plaintiffs' Complaint, filed with the Court on October 3, 2003 (the filing of the Amended Complaint have mooted Polaroid's Motion to Dismiss the Complaint), provided that the withdrawal of this Motion shall not in any way prejudice, limit or compromise Polaroid's right hereafter to move the Court to transfer this case or to file any other appropriate motions with the Court;

2. Plaintiffs' Opposition to Polaroid's Motion to Transfer the Case or, in the Alternative, to Dismiss Plaintiffs' Complaint is hereby withdrawn as moot;

3.  Defendants Polaroid and Neal Goldman shall have until January 9, 2004 to answer, move or otherwise respond to Plaintiffs' Amended Complaint.

FOR PLAINTIFFS:

*Laurie Frankl (by MGC)*

Harvey Schwartz, Esq. [BBO#448080]
Laurie A. Frankl, Esq. [BBO#647181]
RODGERS, POWERS & SCHWARTZ L.L.P.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010


FOR POLAROID CORPORATION:

Richard D. Glovsky, Esq. [BBO #195820]
Marni G. Caputo, Esq. [BBO#650590]
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8012

FOR NEAL GOLDMAN:

*Neal Goldman (by MGC)*

Neal Goldman
3 Com Corporation
350 Campus Drive
Marlborough, MA 01752


DATED: December 8, 2003

2