# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED IN CLERK'S OFFICE
2003 DEC -3 A 11: 49
DISTRICT COURT
DISTRICT OF MASS.

Sally Ferrari, Elaine Johnson,
John Magenheimer, Elizabeth
Williams, and David Maniscalco
V.

Polaroid Corporation and
Neil Goldman

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 11275 MLW

TO: (Name and address of Defendant)
Neil D. Goldman
3Com Corporation
350 Campus Drive
Marlborough, MA 01752-3064

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurie A. Frankl
Rodgers, Powers & Schwartz, LLP
18 Tremont Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

NOV 07 2003
DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

November 25, 2003

I hereby certify and return that on 11/24/03 at 8:55am I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to GOLDMAN, NEIL D. at 3 COM CORPORATION, 350 CAMPUS DRIVE, MARLBOROUGH, MA. Fees: Service $30.00, Conveyance $3.60, Attest $5.00, P&H $1.00, Travel $10.88, Total Fees $50.48

*Ron Hanson*
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.