05-  436

Exhibit "A"

# VOLUNTARY PETITION

**United States Bankruptcy Court**
**District of Delaware**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Polaroid Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>04-1734655 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>784 Memorial Drive<br>Cambridge, MA 02139 | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>Cambridge, MA | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from addresses listed above): | |

## INFORMATION REGARDING DEBTOR (Check all applicable boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed (Check one box) |
|---|---|
| ☐ Individual     ☐ Railroad<br>☒ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other _____ | ☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304-Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101.<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (optional) | |

| Statistical/Administrative Information(Estimates only) | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| VOLUNTARY PETITION<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Polaroid Corporation | Form B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed By Any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: See Annex A | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**SIGNATURES**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>*/s/ Neal D Goldman*<br>Signature of Authorized Individual<br><br>Neal D. Goldman<br>Signature of Authorized Individual<br><br>Secretary<br>Title of Authorized Individual<br><br>October 10, 2001<br>Date |

| Signature of Attorney | Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|---|
| */s/ Davis S. Kurtz*<br>Signature of Attorney for Debtor(s)<br><br>David S. Kurtz<br>Printed Name of Attorney for Debtor(s)<br><br>Skadden, Arps, Slate,<br>Meagher & Flom (Illinois)<br>Firm Name<br><br>333 West Wacker Drive<br>Chicago, IL 60606<br>Address<br><br>(312) 407-0700<br>Telephone Number<br><br>10/10/01<br>Date | */s/ Gregg M. Galardi*<br>Signature of Attorney for Debtor(s)<br><br>Gregg M. Galardi<br>Printed Name of Attorney for Debtor(s)<br><br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>Firm Name<br><br>One Rodney Square<br>Wilmington, DE 19801<br>Address<br><br>(302) 651-3000<br>Telephone Number<br><br>October 10, 2001<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

**EXHIBIT A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of securities Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

**EXHIBIT B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                          Date

Annex A - Affiliate Debtors

The following affiliated entities filed petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware:

1. Polaroid Corporation
2. Inner City, Inc.
3. Polaroid Asia Pacific Limited
4. Polaroid Latin America Corporation
5. Polaroid Digital Solutions, Inc.
6. Polaroid Eyewear, Inc.
7. Polaroid ID Systems, Inc.
8. Polaroid Malaysia Limited
9. PRD Capital, Inc.
10. PRD Investment, Inc.
11. International Polaroid Corporation
12. Mag-Media Ltd.
13. PMC, Inc.
14. Polaroid Asia Pacific International Inc.
15. Polaroid Dry Imaging, LLC
16. Polaroid Eyewear FarEast, Inc.
17. Polaroid Memorial Drive LLC
18. Sub Debt Partners Corp.
19. Polaroid Online Services, Inc.
20. Polaroid Partners, Inc.
21. Polint, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re                         :
                              :    Chapter 11
Polaroid Corporation,         :
                              :    Case No. 01-_____ ( )
         Debtor.              :
------------------------------x

**Exhibit "A" to Voluntary Petition**

1. The Debtor's common stock is registered under section 12 of the Securities Exchange Act of 1934. The Debtor's SEC file number is 1-4085.

2. The following unaudited financial data is the latest available information and refers to the consolidated financial condition of Polaroid Corporation and its subsidiaries, as of July 1, 2001, unless otherwise stated.[1] The Debtor does not certify as to the accuracy of this information.

    | | | |
    |---|---|---|
    | a. | Total assets | $ 1,810,000,000.00 |
    | b. | Total debts (including debts listed in 2.c., below) | $ 948,400,000.00 |
    | c. | Debt securities held by more than 500 holders | Three[2] |
    | d. | Number of shares of preferred stock: | 0 |
    | e. | Number of shares common stock: | 47,036,000 outstanding |

3. Brief description of Debtor's business:

    The design, development, manufacture and/or marketing of instant film, instant and digital cameras, hardware accessories for the instant imaging market, digital imaging hardware and peripherals, secure identification systems with software and system solutions, conventional 35mm cameras and film and videotapes and sunglasses.

---

[1] The information contained in this petition, other than the number of shares of preferred stock and common stock listed in 2.d., and 2.e. below, is consolidated information for Polaroid Corporation and all of its subsidiaries.

[2] Polaroid Corporation is the issuer of three series of publicly held notes: 6 3/4% Notes due 2002, 7 1/4% Notes due 2007, and 11 ½ % Notes due 2006. Each series is publicly traded and, accordingly, the Debtors are unable to ascertain the actual number of current holders.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor:

    State Street Bank and Trust Company
    Oppenheimer Funds, Inc.
    Mellon Financial Corporation

Please note: The financial information contained herein is derived from unaudited sources. No certification as to its accuracy can be made.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re                         :
                              :   Chapter 11
Polaroid Corporation,         :
                              :   Case No. 01-_____ (    )
              Debtor.         :
------------------------------x

### CONSOLIDATED LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS

Following is the list of the Debtors' creditors holding the largest unsecured claims as of as of approximately October 9, 2001. This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases and represents the Debtors' best estimate of their largest unsecured claims as of the date aforementioned. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.[3] The information presented in the list shall not constitute an admission by, nor is it binding on, the Polaroid Entities.[4]

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| State Street Bank and Trust Company as Indenture Trustee for 11 1/2% Notes due 2006, issued by Polaroid Corporation | John G. Correia State Street Bank & Trust Co. Corporate Trust 2 Avenue De LaFayette, 6th Floor Boston, MA 02111-1724 tel: 617-662-1682 Fax: 617-662-1465 | public debt | | $275,000,000.00 |

---

[3] The Polaroid Entities have not yet identified all of the 50 largest unsecured claims, if any, that are contingent, unliquidated, disputed and/or subject to setoff. The Polaroid Entities reserve the right to identify any of the 50 largest unsecured claims in their Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.

[4] The Polaroid Entities will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth below.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| State Street Bank and Trust Company as Indenture Trustee for 7 1/4% Notes due 2007, issued by Polaroid Corporation | John G. Correia<br>State Street Bank & Trust Co.<br>Corporate Trust<br>2 Avenue De LaFayette, 6th Floor<br>Boston, MA 02111-1724<br>tel: 617-662-1682<br>Fax: 617-662-1465 | public debt | | $150,000,000.00 |
| State Street Bank and Trust Company as Indenture Trustee for 6 3/4% Notes due 2002, issued by Polaroid Corporation | John G. Correia<br>State Street Bank & Trust Co.<br>Corporate Trust<br>2 Avenue De LaFayette, 6th Floor<br>Boston, MA 02111-1724<br>tel: 617-662-1682<br>Fax: 617-662-1465 | public debt | | $150,000,000.00 |
| Enron Energy Services<br>1400 Smith Street<br>Houston, TX 77002 | Paul Williams<br>Enron Energy Services<br>1400 Smith Street<br>Houston, TX 77002<br>tel: 800-356-9122<br>fax: 713-853-3129 | trade | | $3,301,945.66 |
| Tad Resources International Inc<br>P.O. Box 360161m<br>Pittsburgh, PA 15250 | Jamie Parker<br>Tad Resources International Inc.<br>P.O. Box 360161m<br>Pittsburgh, PA 15250<br>tel: 716-546-1660<br>fax: 716-546-1617 | trade | | $2,356,703.51 |
| Dupont Teijin Films US LP<br>Lancaster Pike & Rte 141<br>Wilmington, DE 19880-0027 | Robert Cowley<br>Dupont Teijin Films US LP<br>Lancaster Pike & Rte 141<br>Wilmington, DE 19880-0027<br>tel: 302-992-2808<br>fax: 302-992-6994 | trade | | $2,197,389.90 |
| Mid-West Automation Systems Inc<br>1400 Busch Parkway<br>Buffalo Grove, IL 60089-4541 | Ed Sneddon<br>Mid-West Automation Systems Inc.<br>1400 Busch Parkway<br>Buffalo Grove, IL 60089-4541<br>tel: 847-541-7757<br>fax: 847-541-7758 | trade | | $2,000,000.00 |
| ISP Technologies Inc<br>P. O. Box 65297<br>Charlotte, NC 28265 | Stephen R Olsen<br>ISP Technologies Inc.<br>P.O. Box 65297<br>Charlotte, NC 28265<br>tel: 973-628-3368<br>fax: 973-628-3594 | trade | | $1,917,150.52 |
| Supercam Data Inc<br>9 Hoi Shing Road<br>Tsuen Wan Nt HK | WM Choi<br>Supercam Data Inc<br>9 Hoi Shing Road<br>Tsuen Wan Nt HK<br>tel: 818-735-0677<br>fax: 011-852-24995450 | trade | | $1,384,570.00 |
| Leo Burnett Company Inc<br>P. O. Box 91451<br>Chicago, IL 60693 | Alan Roehl<br>Leo Burnett Company Inc<br>P.O. Box 91451<br>Chicago, IL 60693<br>tel: 312-220-5234<br>fax: 312-220-3299 | trade | | $1,300,025.62 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Rexam Custom (EDI)<br>P. O. Box 75198<br>Charlotte, NC 28275 | Steve K Polston<br>Rexam Custom<br>P.O. Box 75198<br>Charlotte, NC 28275<br>tel: 704-551-1500<br>fax 704-551-1572 | trade | | $1,089,159.50 |
| RJR Packaging Inc<br>P. O. Box 75005<br>Charlotte, NC 28275 | U. W. (Ric) Engels<br>RJR Packaging Inc<br>P.O. Box 75005<br>Charlotte, NC 28275<br>tel: 336-741-2718<br>fax: 336-741-5440 | trade | | $927,036.58 |
| Rock-Tenn Co Inc<br>P. O. Box 102064<br>Atlanta, GA 30368-0001 | Scott R. Swan<br>Rock-Tenn Co Inc<br>P.O. Box 102064<br>Atlanta, GA 30368-0001<br>tel: 770-448-2193<br>fax: 770-448-2193 | trade | | $828,478.79 |
| Concord Camera HK Limited<br>98 Texaco Road Tsuen Wan<br>Tsuen Wan, Hong Kong | Ira B. Lampert<br>Concord Camera HK Limited<br>98 Texaco Road Tsuen Wan<br>Tsuen Wan HK<br>tel: 954-331-4200<br>fax: 954-981-3119 | trade | | $816,254.58 |
| Rexam Graphics<br>P. O. Box 751434<br>Charlotte, NC 28275<br>and<br>P. O. Box 751434<br>Charlotte, NC 28275 | Steve K Polston<br>Rexam Graphics<br>P.O. Box 75198<br>Charlotte, NC 28275<br>tel: 704-551-1500<br>fax: 704-551-1572 | trade | | $785,743.18 |
| Xirlink Inc<br>2210 Otoole Ave<br>San Jose, CA 95131 | Matt Brown<br>Xirlink, Inc.<br>P.O. Box 2210<br>Otoole Ave<br>San Jose, CA 95131<br>tel: 401-783-3646<br>fax: 401-783-3656 | trade | | $714,465.16 |
| Mid-West<br>P. O. Box 60662<br>Saint Louis, MO 63160 | Dave Mancini<br>Mid-West<br>P.O. Box 60662<br>Saint Louis, MO 63160<br>tel: 781-273-0090<br>fax: | trade | | $673,114.00 |
| Holland Mark<br>312 Stuart Street<br>Boston, MA 02116 | Erick Soderstrom<br>Holland Mark<br>312 Stuart Street<br>Boston, MA 02116<br>tel: 617-960-3732<br>fax: 617-960-3675 | trade, | | $466,785.48 |
| Eastman Kodak Co<br>P. O. Box 642166<br>Pittsburgh, PA 15264<br>and<br>2400 Mt Read Blvd<br>Rochester, NY 14650-0001 | Thomas J Mooney<br>Eastman Kodak Co.<br>P.O. Box 642166<br>Pittsburgh, PA 15264<br>tel: 716-588-4814<br>fax: | trade | | $506,008.81 |

| (1){br}NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2){br}NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3){br}NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4){br}C U D S | (5){br}AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Markson Rosenthal & Co Inc{br}P. O. Box 1959{br}Passaic, NJ 07056 | Michael Rosenthal{br}Markson Rosenthal & Co. Inc.{br}P.O. Box 1959{br}Passaic, NJ 07056{br}tel: 201-569-8811{br}fax: 201-569-9669 | trade | | $461,099.97 |
| New England Wooden Ware Corp{br}P. O. Box 6101{br}Worcester, MA 01606 | Ray Gougen{br}New England Wooden Ware Corp{br}P.O. Box 6101{br}Worcester, MA 01606{br}tel: 508-867-5460{br}fax | trade | | $431,346.21 |
| Eastman Chemical Financial Corp{br}P. O. Box 641555{br}Pittsburgh, PA 15264-1555 | Jeff Needham{br}Eastman Chemical Financial Corp{br}P.O. Box 641555{br}Pittsburgh, PA 15264-1555{br}tel: 423-229-6609{br}fax: 423-226-0247 | trade | | $354,874.80 |
| Office Products N A{br}P. O. Box 96672{br}Chicago, IL 60693 | Galen Wong{br}Office Products N A{br}P. O. Box 96672{br}Chicago, IL 60693{br}tel: 714-674-6240{br}fax: 714-674-6902 | trade | | $346,850.00 |
| Bay State Temp Agency Inc{br}P.O. Box 255933{br}Dorchester, MA 02125 | M. Kahan{br}Bay State Temp Agency Inc{br}P.O. Box 255933{br}Dorchester, MA 02125{br}tel: 617-825-8721{br}fax: 617-825-8649 | trade | | $342,059.28 |
| Fuji Photo Film Co Ltd{br}26 30 Nishiazabu 2 Chome Minato Ku{br}Tokyo 1068620{br}Japan | Hironao Fujii{br}Fuji Photo Film Co Ltd{br}26 30 Nishiazabu 2 Chome Minato Ku{br}Tokyo 1068620{br}Japan{br}tel: 011-81-334062445{br}fax: 011-81-3-3406-2780 | trade | | $332,251.70 |
| Minton Optic Industry Co Ltd{br}Grand Central Station{br}P. O. Box 4144{br}New York, NY 10163 | Jonny Cheng{br}Minton Optic Industry Co Ltd{br}Grand Central Station{br}P. O. Box 4144{br}New York, NY 10163{br}tel: 011-886-2-82265333{br}fax: 011-886-2-22272500 | trade | | $328,680.00 |
| Mckinsey & Company, Inc{br}P. O. Box 7247-7255{br}Philadelphia, PA 19170-7255{br}and{br}75 Park Plaza{br}Boston, MA 02116-3934 | John Welsh{br}Mckinsey & Company, Inc{br}P.O. Box 7247-7255{br}Philadelphia, PA 19170-7255{br}tel: 617-753-2031{br}fax: 617-753-2313 | trade | | $315,000.00 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C<br>U<br>D<br>S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Premier Image Technology Corp<br>6f No123 Sec 1 Nei-hu Road<br>Nei Hu Taipei,<br>Taiwan | Jerry Chang<br>Premier Image Technology Corp<br>6f No123 Sec 1 Nei-hu Road<br>Nei Hu Taipei<br>Taiwan<br>tel: 9-011-886227996110<br>fax: | trade | | $306,650.00 |
| Fraser Engineering Co Inc<br>63 Court Street<br>P. O. Box 9142<br>Newton, MA 02460 | Lester Fraser<br>Fraser Engineering Co Inc<br>63 Court Street<br>P.O. Box 9142<br>Newton, MA 02460<br>tel: 617-332-3700<br>fax: 617-332-5706 | trade | | $294,594.39 |
| DVC Group Inc<br>44 Whippany Rd<br>Morristown, NJ 07960 | Lois Marks<br>DVC Group Inc<br>44 Whippany Rd<br>Morristown, NJ 07960<br>tel: 973-775-6260<br>fax: 973-775-6701 | trade | | $284,025.10 |
| Whalley Computer Associates Inc<br>P. O. Box 4950<br>Springfield, MA 01101 | Paul Whalley<br>Whalley Computer Associates Inc.<br>P.O. Box 4950<br>Springfield, MA 01101<br>tel: 413-569-4240<br>fax: 413-569-4320 | trade | | $278,711.39 |
| Mancini Sheet Metal Inc<br>9 Innis Drive<br>P. O. Box 541<br>Billerica, MA 01821-2604 | David Mancini<br>Mancini Sheet Metal Inc.<br>9 Innis Drive<br>P.O. Box 541<br>Billerica, MA 01821-2604<br>tel: 781-273-0090<br>fax: 978-667-6061 | trade | | $263,775.00 |
| Siemens Business Services Inc<br>P.O. Box 7777-w501879<br>Philadelphia, PA 19175 | Patricia Cockey<br>Siemens Business Services Inc<br>P.O. Box 7777-w50187<br>Philadelphia, PA 19175<br>tel: 781-830-2206<br>fax: 781-575-8407 | trade | | $262,129.00 |
| SFX Entertainment<br>220 W 42nd St<br>New York, NY 10022 | Heather Johnson<br>SFX Entertainment<br>220 W 42nd St<br>New York, NY 10022<br>tel: 917-421-5663<br>fax: 917-421-5620 | trade | | $250,000.00 |
| The Rogers Company<br>P. O. Box 931759<br>Cleveland, OH 44193 | Jeff Blackwell<br>The Rogers Company<br>P.O. Box 931759<br>Cleveland, OH 44193<br>tel: 800-544-3880<br>fax: 440-951-0793 | trade | | $242,017.50 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Information Resources Inc<br>P. O. Box 71156<br>Chicago, IL 60694-1156 | Scott Butterfield<br>Information Resources Inc<br>P.O. Box 71156<br>Chicago, IL 60694-1156<br>tel: 718-672-4314<br>fax: 718-890-6267 | trade | | $232,536.89 |
| Porter/novelli Inc<br>P.o. Box 19017<br>Newark, NJ 07195-0017 | Lisa Rosenberg<br>PORTER/NOVELLI INC<br>P.O. BOX 19017<br>NEWARK, NJ 07195-0017<br>tel: 212-601-8050<br>fax: 212-601-8101 | trade | | $228,099.07 |
| Safety-Kleen (NE)<br>221 Sutton St<br>North Andover, MA 01845-1639 | Danny Stubbs<br>Safety-Kleen (NE)<br>221 Sutton St<br>North Andover, MA 01845-1639<br>tel: 508-697-4648<br>fax: 508-279-1452 | trade | | $226,032.00 |
| Rexam Graphics<br>P. O. Box 751434<br>Charlotte, NC 28275<br>and<br>P. O. Box 751434<br>Charlotte, NC 28275 | Steve K Polston<br>Rexam Graphics<br>P.O. Box 75198<br>Charlotte, NC 28275<br>tel: 704-551-1500<br>fax: 704-551-1572 | trade | | $218,304.06 |
| PPG Industries Inc<br>P.O. Box 360175m<br>Pittsburgh, PA 15251 | Fred Lint<br>PPG Industries Inc<br>P.O. Box 360175m<br>Pittsburgh, PA 15251<br>tel: 610-344-0345<br>fax: 610-344-7365 | trade | | $215,002.00 |
| Plastics Color & Compounding Inc<br>P.O. Box 8500-50810<br>Philadelphia, PA 19178-0001 | Raymond Lachapelle<br>Plastics Color & Compounding Inc<br>P.O. Box 8500-50810<br>Philadelphia, PA 19178-0001<br>tel: 732-846-4222<br>fax: 732-846-9545 | trade | | $215,002.00 |
| Atlantek Inc<br>10 High St<br>Wakefield, RI 02879-3144 | Paul Follett<br>Atlantek Inc<br>10 High St<br>Wakefield, RI 02879-3144<br>tel: 401-783-5700 X111<br>fax: 401-783-9881 | trade | | $214,635.82 |
| Sigma Systems Inc<br>810 Boston Turnpike<br>Shrewsbury, MA 01545 | Tammy Welton<br>Sigma Systems Inc<br>810 Boston Turnpike<br>Shrewsbury, MA 01545<br>tel: 508-892-4200x51<br>fax: 508-842-1565 | trade | | $210,532.00 |
| Hazardous Abatement Services<br>P.O. Box 512<br>Hull, MA 02045 | Jim Walters<br>Hazardous Abatement Services<br>P.O. Box 512<br>Hull, MA 02045<br>tel: 781-925-4882<br>fax: 781-925-4803 | trade | | $208,392.00 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Tocco<br>29 Cook Street<br>Billerica, MA 01821 | John Tucci<br>Tocco<br>29 Cook Street<br>Billerica, MA 01821<br>tel: 978-663-0292<br>fax: 978-663-9366 | trade | | $208,392.00 |
| Westvaco Corp<br>P. O. Box 8500 S4860<br>Philadelphia, PA 19178-0001<br>and<br>Memorial Industrial Park<br>P. O. Box 1675<br>Springfield, MA 01101 | John McCooney<br>Westvaco Corp<br>P. O. Box 8500 S4860<br>Philadelphia, PA 19178-0001<br>tel: 413-787-9611<br>fax: 413-787-9623<br><br>Memorial Industrial Park<br>P. O. Box 1675<br>Springfield, MA 01101<br>tel: 413-736-7211<br>fax: 413-787-9625 | trade | | $206,278.23 |
| Pretec Electronics<br>40979 Encyclopedia Circle<br>Fremont, CA 94538 | Gordon Yu<br>Pretec Electronics<br>40979 Encyclopedia Circle<br>Fremont, CA 94538<br>tel: 510-440-0535<br>fax: 510-440-0534 | trade | | $199,400.00 |

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Vertalis LLC 24 Peterson Road Natick, MA 01760-VERTALIS | Shiv Verma Vertalis LLC 24 Peterson Road Natick, MA 01760-1424 tel: 508-656-6996 fax: 508-650-9720 | trade | | $198,039.22 |
| National Retail Services P. O. Box 5738 Hartford, CT 06102-5738 | Lawrence Chapman National Retail Services P.O. Box 5738 Hartford, CT 06102-5738 tel: 203-790-1644 fax: 203-744-7328 | trade | | $197,168.91 |
| BBI Marketing Services Inc P. O. Box 945636 Atlanta, GA 30394 | Jason Brown BBI Marketing Services Inc P.O. Box 945636 Atlanta, GA30394 tel: 925-327-2013 fax: 925-820-1905 | trade | | $194,315.00 |
| Executive Destinations Inc 420 Bedford Street Lexington, MA 02420-15228 | Peter Conden Executive Destinations Inc 420 Bedford Street Lexington, MA 02420-1522 tel: 781-860-0878 fax: 781-860-0872 | trade | | $193,750.00 |

I, Neal D. Goldman, Executive Vice President, Chief Administrative Officer, General Counsel and Secretary of Polaroid Corporation, declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of the date listed, to the best of my knowledge, information and belief.

Date:   October 10, 2001                    Signature:   *[signature]*

Neal D. Goldman
Executive Vice President, Chief
Administrative Officer, General
Counsel and Secretary of
Polaroid Corporation

CERTIFICATE OF SECRETARY AS TO
RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS
OF POLAROID CORPORATION

The undersigned, Neal D. Goldman, being the duly elected Secretary of Polaroid Corporation (the "Company"), does hereby certify that the Board of Directors of the Company duly adopted the following resolutions at a telephonic meeting held on October 9, 2001 and that such resolutions have not been repealed or amended and remain in full force and effect:

RESOLVED that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED that Neal D. Goldman, as Executive Vice President, General Counsel and Secretary of the Company, be appointed by the Board of Directors of the Company as authorized signatory in connection with the chapter 11 proceedings authorized herein (the "Authorized Signatory"); and it is further

RESOLVED that the officers of the Company, including the Authorized Signatory, or any one of them (collectively, the "Authorized Officers"), be and each hereby is, authorized and directed on behalf of the Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Authorized Officers, or any one of them, shall determine; and it is further

RESOLVED that the Authorized Officers, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, including any and all action necessary or proper in connection with obtaining debtor-in-possession financing, with a view to the successful prosecution of such case; and it is further

RESOLVED that the law firm of Skadden, Arps, Slate, Meagher & Flom (Illinois), located at 333 West Wacker Drive, Chicago, Illinois 60606, and its affiliated law practice entities be, and hereby are, employed to render legal services to, and to represent, the Company in connection with the Chapter 11 case and any other related matters in connection

therewith, on such terms as any Authorized Officer shall approve; and it is further

RESOLVED, that the Company as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to borrow funds from a lender or lenders as the Authorized Signatory or any Authorized Officer of the Company deems appropriate (a "DIP Facility"), and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers or the Authorized Signatory as reasonably necessary for the continuing conduct of the affairs of the Company and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by any one or more of the Authorized Officers or the Authorized Signatory in connection with such borrowings or the use of such cash collateral; and it is further

RESOLVED that the Authorized Officers and the Authorized Signatory, or any one of them be, and each hereby is, authorized and empowered to execute, deliver, and perform for and on behalf of the Company, as debtor and debtor-in-possession, any documents, agreements, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution, including, but not limited to, any notes evidencing the obligations of the Company under the DIP Facility, any mortgages, pledge or hypothecation agreements or any other security agreements evidencing the liens and security interests granted to the lenders under the DIP Facility, and any modifications or supplements thereto, all such materials to be in the form approved by the Authorized Officer or Authorized Signatory, the execution and delivery thereof to be conclusive evidence of such approval, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Signatory so acting; and it is further

RESOLVED that the Authorized Officers and the Authorized Signatory be, and each of them hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

RESOLVED that the Authorized Officers and Authorized Signatory, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take any and all action which they deem necessary and proper with regard to the Company's foreign subsidiaries and affiliates including, but not limited to, sale, liquidation, reorganization and institution of insolvency or other proceedings as applicable in the particular jurisdictions; and it is further

RESOLVED that the Authorized Officers and the Authorized Signatory be, and each of them hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or

delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED that all actions previously taken by any Authorized Officer or the Authorized Signatory in connection with the DIP Facility, or any matter related thereto, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by any Authorized Officer in connection with the chapter 11 case, any debtor-in-possession financing, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

### *Subsidiaries*

WHEREAS, the Company is the majority shareholder, a partner, member or manager of each of the subsidiaries listed on Schedule A (each a "Subsidiary" and collectively the "Subsidiaries");

RESOLVED, that the Company as the majority shareholder, a partner, member or manager, of each Subsidiary, hereby is authorized and empowered to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, consents, resolutions, documents, certificates and under undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to cause each of the Subsidiaries to execute and verify a petition in the name of such Subsidiary under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware in such form and at such time as the officer executing said petition on behalf of such Subsidiary shall determine; and it is further

RESOLVED, that the Company as the majority shareholder, a partner, member of each Subsidiary, hereby is authorized and empowered to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or deliver all such further agreements, consents, resolutions, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to cause and authorize the Subsidiaries to guaranty the borrowing by the Company of funds from a lender or lenders as any Authorized Officer of the Company deems appropriate, and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers as reasonably necessary for the continuing conduct of the affairs of the Company and the Subsidiaries and each Subsidiary may grant security interests in and liens upon all or any portion of each Subsidiary's assets as may be deemed necessary by any one or more of the Authorized Officers in connection with such borrowings or the use of

such cash collateral; and it is further

RESOLVED, that Neal D. Goldman be appointed the Assistant Secretary of each Subsidiary and as authorized signatory in connection with the chapter 11 case of each Subsidiary authorized herein; and it is further

RESOLVED, that the Officers of the Company be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

IN WITNESS WHEREOF, I have executed this Certificate as of October 10, 2001.

_____
Neal D. Goldman, Executive Vice
President, General Counsel and
Secretary of Polaroid Corporation

**Schedule A to Certificate of Secretary as to**
**Resolutions Adopted by the Board of Directors**
**of Polaroid Corporation**

1. Inner City, Inc.
2. Polaroid Asia Pacific Limited
3. Polaroid Latin America Corporation
4. Polaroid Digital Solutions, Inc.
5. Polaroid ID Systems, Inc.
6. Polaroid Malaysia Limited
7. PRD Capital, Inc.
8. PRD Investment, Inc.
9. International Polaroid Corporation
10. Mag-Media Ltd.
11. PMC, Inc.
12. Polaroid Asia Pacific International Inc.
13. Polaroid Memorial Drive LLC
14. Sub Debt Partners Corp.
15. Polint, Inc.

262767.04-Wilmington S1A