| | | |
|---|---|---|
| | | 06/12/2002) |
| 06/10/2002 | 1126 | Letter *addressing inequity in decision to dismiss petition for equity committee* Filed by Jacques Geyer. (MEB, ) (Entered: 06/12/2002) |
| 06/10/2002 | 1167 | Letter *from Shareholder expressing various points of consideration* Filed by Stiles Fritz. (MEB, ) (Entered: 06/20/2002) |
| 06/10/2002 | 1168 | Letter *Stating Opinion on Polaroid Situation* Filed by Lloyd Taylor. (MEB, ) (Entered: 06/20/2002) |
| 06/10/2002 | 1169 | Letter *re: Polaroid Bankruptcy and the SEC* Filed by Donald J Gonsalves. (MEB, ) (Entered: 06/20/2002) |
| 06/11/2002 | 1111 | Notice of Filing - *Notice of Intent to File Documents Under Seal* Filed by Stephen J. Morgan. (Levee, Ira) (Entered: 06/11/2002) |
| 06/11/2002 | 1112 | Affidavit/Declaration of Service *Regarding Docket Nos. 1109 and 1110* Filed by the Official Commitee of Unsecured Creditors. (Malfitano, Joseph) (Entered: 06/11/2002) |
| 06/11/2002 | 1113 | Certificate of No Objection *Regarding Docket No. 1012* Filed by the Official Commitee of Unsecured Creditors. (Malfitano, Joseph) (Entered: 06/11/2002) |
| 06/11/2002 | 1114 | Motion to Appear pro hac vice *of Philip C. Dublin* Filed by the Official Commitee of Unsecured Creditors. (Malfitano, Joseph) (Entered: 06/11/2002) |
| 06/11/2002 | 1115 | Affidavit/Declaration of Service *Regarding Notice of Omnibus Hearing Dates* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/11/2002) |
| 06/11/2002 | 1116 | Notice of Agenda of Matters Scheduled for Hearing *on June 12, 2002 at 4:00 p.m. (AMENDED)* Filed by Polaroid Corporation. Hearing scheduled for 6/12/2002 at 04:00 PM (check with court for location). (Desgrosseilliers, Mark) (Entered: 06/11/2002) |
| 06/11/2002 | 1117 | Stipulation *and Order Regarding Release of Lien on Certain Real Property to be Contributed to GNBIF/Polaroid LLC By Polaroid Corporation* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/11/2002) |
| 06/11/2002 | 1131 | Objection to *the Assignment of Agreement to OEP Imaging Corporation* Filed by Masateru Kimura. (MEB, ) (Entered: 06/13/2002) |
| | | |

| | | |
|---|---|---|
| 06/11/2002 | 1170 | Letter *to Mr. Martin B. Brandt, Chairman Investment Committee* Filed by Nava Hazan. (MEB, ) (Entered: 06/20/2002) |
| 06/11/2002 | 1171 | Letter *Requesting that Steve Morgan and his Shareholders' Committee be given a Fair Hearing* Filed by Arnold Hollinger. (MEB, ) (Entered: 06/20/2002) |
| 06/11/2002 | 1172 | Objection to *Cure Amount listed in a Section of the "Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially all of Assets of Debtors* Filed by Olympus Optical Co., Ltd.. (MEB, ) (Entered: 06/20/2002) |
| 06/11/2002 | 1173 | Objection to *Assignment and Assumption of Executory Contract (CONDITIONAL)* Filed by John D. Quinn/Charles R. Claxton. (MEB, ) (Entered: 06/20/2002) |
| 06/11/2002 | 1174 | Certificate of Service Filed by Mary L. Maggio . (MEB, ) (Entered: 06/20/2002) |
| 06/12/2002 | 1120 | Certificate of Service *of Ira Levee re: Notice of Intent to File Documents Under Seal* Filed by Stephen J. Morgan (related document(s)1111). (Levee, Ira) (Entered: 06/12/2002) |
| 06/12/2002 | 1122 | Response to *RESPONSE OF COYNE TEXTILE SERVICES TO NOTICE OF CURE DEFAULTS UNDER CONTRACTS AND LEASES PROPOSED TO BE ASSUMED AND ASSIGNED TO POTENTIAL PURCHASERS OF SUBSTANTIALLY ALL OF ASSETS OF DEBTORS AMOUNT* Filed by Coyne Textile Services. (Attachments: # 1 Certificate of Service) (Garber, Aaron) ENTERED IN ERROR. Modified on 7/30/2002 (Manley, Stacey). (Entered: 06/12/2002) |
| 06/12/2002 | 1127 | Notice of Filing *Sixth Interim Fee Application of Akin Gump Strauss Hauer & Feld, L.L.P.* Filed by the Official Commitee of Unsecured Creditors. (Brady, Robert) (Entered: 06/12/2002) |
| 06/12/2002 | 1128 | Application for Compensation *(Sixth)* for Akiin, Gump, Strauss, Hauer & Feld LLP, Other Professional, period: 3/28/2002 to 4/30/2002, fee: $251,256.00, expenses: $14,214.63. Filed by Akiin, Gump, Strauss, Hauer & Feld LLP. Objections due by 7/2/2002. (Attachments: # 1 Notice # 2 Affidavit of Service and Service List) (Brady, Robert) (Entered: 06/12/2002) |
| 06/12/2002 | 1129 | Application for Compensation *for Effective Organizations* for Official Committee of Retirees of Polaroid, Consultant, period: 12/20/2001 to 1/31/2002, fee: $7950.00, expenses: $. Filed by Official Committee |

| | | |
|---|---|---|
| | | of Retirees of Polaroid. Objections due by 7/2/2002. (Salerni, Scott) (Entered: 06/12/2002) |
| 06/12/2002 | 1137 | Hearing Held/Court Sign-In Sheet. (related docket #1116) (LJJ, ) (Entered: 06/13/2002) |
| 06/12/2002 | 1346 | Response to *Response of Coyne Textile Services to Notice of Cure Defaults Under Contracts and Leases Proposed to Be Assumed and Assigned to Potential Purchasers of Substantially All of Assets of Debtors Amount* Filed by Coyne Textile Services. (Attachments: # 1 Certificate of Service) (Garber, Aaron) (Entered: 07/30/2002) |
| 06/13/2002 | 1133 | Motion to Appear pro hac vice *of William R. Baldiga* Filed by Polaroid Graphics Imaging LLC. (Levitsky, Neal) (Entered: 06/13/2002) |
| 06/13/2002 | 1134 | Certificate of No Objection *Regarding Fourth Monthly Application of Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from January 1, 2002 Through January 31, 2002 (Docket No. 1013)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/13/2002) |
| 06/13/2002 | 1135 | Certificate of Service Filed by Official Committee of Retirees of Polaroid (related document(s)1129). (Salerni, Scott) (Entered: 06/13/2002) |
| 06/13/2002 | 1136 | Debtor-In-Possession Monthly Operating Report for Filing Period 10/12/2001 Through 5/5/2002 Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/13/2002) |
| 06/13/2002 | 1138 | Objection to *Protective Objection of BHX, LLC as Trustee of 784 Realty Trust to Debtors' Proposed Assumption and Assignment of a Non-Residential Real Property Lease Located in Cambridge, MA* Filed by The Bulfinch Company, Inc. (related document(s)865). (Attachments: # 1 Certificate of Service Affidavit of Service) (Beaudin, Darcie) (Entered: 06/13/2002) |
| 06/13/2002 | 1139 | Notice of Objection *Objection of Reactimex, S.A. de C.V. to the Assignment and Assumption of its Contract* Filed by Reactimex S.A. de C.V.. (Prezant, Eric) (Entered: 06/13/2002) |
| 06/13/2002 | 1175 | Objection of Rexam Inc. to Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially all of Assets of Debtors Filed by Rexam Inc. . (MEB, ) (Entered: 06/20/2002) |
| | | |

| | | |
|---|---|---|
| 06/14/2002 | 1140 | Objection to *Debtors' Assumption and Assignment of Lease Agreements (to the extent the Debtors intend to assume, assign, or otherwise transfer the License Agreements and/or the CA Software)* Filed by Computer Associates International, Inc.. (Attachments: # 1 Exhibit "A"# 2 Certificate of Service) (Hill, R.) (Entered: 06/14/2002) |
| 06/14/2002 | 1141 | Objection to Motion *(Objection of Fuji Photo Film Co., Ltd. to Assumption and Assignment of Cross-License Agreement)* Filed by Fuji Photo Film Co., Ltd. (related document(s)865). (Attachments: # 1 Exhibit # 2 Certificate of Service) (Pinckney, Joanne) (Entered: 06/14/2002) |
| 06/14/2002 | 1142 | Objection to Motion *for Order (I) Authorizing and Approving (A) Sale of Substantially all of the Debtors' Assets to OEP Imaging Corporation, or a Party Making a Higher or Better Offer, Free and Clear of Liens, Claims, Encumbrances and Interests and (B) Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases, and (II) (A) Establishing Competitive Bidding Procedures in Connection with the Sale, (B) Approving Bid Protections, Including Expense Reimbursement and Termination Payment, (C) Setting Sale Hearing and Objection Deadline, (D) Authorizing and Approving Form and Determining that Such Sale is Exempt From and Stamp, Transfer, Recording, or Similar Tax, and (F) Deeming the Purchaser a "Successor" to the Debtors under Section 1145(A) Of the Bankruptcy Code and (III) Granting Related Relief (Relates to D.I. 865)* Filed by Nikon Corporation. (Attachments: # 1 Certificate of Service) (Keuler, Richard) (Entered: 06/14/2002) |
| 06/14/2002 | 1143 | Objection to *Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially all Assets of Debtors* Filed by Nikon Corporation. (Attachments: # 1 Certificate of Service) (Gwynne, Kurt) (Entered: 06/14/2002) |
| 06/14/2002 | 1144 | Objection to *to Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially All of Assets of Debtors* Filed by Du Pont Teijin Films U.S. Limited Partnership. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Hazeltine, William) (Entered: 06/14/2002) |
| 06/14/2002 | 1145 | Application for Compensation *(Eighth)* for Young Conaway Stargatt & Taylor, LLP, Other Professional, period: 5/1/2002 to 5/31/2002, fee: $23,629.00, expenses: $10,222.90. Filed by Young Conaway Stargatt & Taylor, LLP. Objections due by 7/5/2002. (Attachments: # 1 Notice # 2 Affidavit of Service and Service List# 3 Supplemental Affidavit of Service and Service List) (Shannon, Brendan) (Entered: |

| | | |
|---|---|---|
| | | 06/14/2002) |
| 06/14/2002 | 1147 | Order Authorizing Rejection of Unexpired Lease of Real Property Located at El Mundo Condominium Effective as of March 31, 2002 (Related Doc # 950) Signed on 6/14/2002. (MDW, ) Additional attachment(s) added on 6/18/2002 (LC, ). (Entered: 06/17/2002) |
| 06/14/2002 | 1148 | Order Authorizing Rejection of Unexpired Lease of Nonresidential Real Property Located in Anaheim, California (Related Doc # 946) Signed on 6/14/2002. (MDW, ) Additional attachment(s) added on 6/18/2002 (LC, ). (Entered: 06/17/2002) |
| 06/14/2002 | 1149 | Order Granting Application to Employ JP Morgan Chase Bank, As Agent to Retain and Employ Buck Consultants, Inc. as Acturial and Benefits Consultants (Related Doc # 1007) Signed on 6/14/2002. (VLA, ) (Entered: 06/17/2002) |
| 06/14/2002 | 1150 | Stipulation and Consent Order Regarding Extension of Deadline for Official Committee of Unsecured Creditors to Challenge Prepetition Obligations signed on 6/14/2002 (related document 1036). (VLA, ) Modified on 6/18/2002 by adding the related document (Marvel, Ivone). (Entered: 06/17/2002) |
| 06/14/2002 | 1152 | Order approving stipulation regarding filing of proofs of claim by The Pension Benefit Guaranty Corporation. Signed on 6/14/2002 (related document(s)1025). (TAS, ) (Entered: 06/18/2002) |
| 06/14/2002 | 1153 | Order approving stipulation extending the proof of claim bar date for the Environmental Protection Agency and Federal Natural Resource Trustees. Signed on 6/14/2002 (related document(s)985). (TAS, ) (Entered: 06/18/2002) |
| 06/14/2002 | 1154 | Order extending bar date for filing proofs of claim by current officers & directors. Signed on 6/14/2002 (related document(s)1019). (TAS, ) (Entered: 06/18/2002) |
| 06/14/2002 | 1156 | Order under 11 U.S.C. section 365(a) and 105 and bankruptcy rule 6006 authorizing rejection of agreement with CIT Communications Finance Corp. Signed on 6/14/2002 (related document(s)991). (TAS, ) (Entered: 06/18/2002) |
| 06/14/2002 | 1157 | Order under 11 U.S.C. section 365(a) and 105 and bankruptcy rule 6006 authorizing rejection of certain agreements with Popular Leasing and Rental, Inc. effective March 31, 2002. Signed on 6/14/2002 (related document(s)969). (TAS, ) (Entered: 06/18/2002) |
| 06/14/2002 | 1158 | Order granting admission pro hac vice of Philip C. Dublin. Signed on |

|            |      |                                                                                                                                                                                                                                                                                                                                                                 |
|------------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | 6/14/2002 (related document(s)1114). (TAS, ) (Entered: 06/18/2002)                                                                                                                                                                                                                                                                                              |
| 06/14/2002 | 1186 | Objection to *The Sale of Assumed Assets and the Assignment of the Assumed Contracts* Filed by Leavenworth County, Kansas. (MEB, ) (Entered: 06/21/2002)                                                                                                                                                                                                        |
| 06/17/2002 | 1146 | Objection to *OF AT & T CORP. TO THE DEBTOR'S NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND ASSOCIATED CURE AMOUNTS* Filed by AT & T Corp.. (Brown, Charles) (Entered: 06/17/2002)                                                                                                                               |
| 06/17/2002 | 1151 | Motion to Authorize *Debtors' Motion for an Order Pursuant to 11 U.S.C. Section 105(a) Authorizing Continuation of Employee Severance Program for Employees Terminated on or before September 30, 2002* Filed by Polaroid Corporation. Hearing scheduled for 7/12/2002 at 10:00 AM (check with court for location). Objections due by 7/5/2002. (Desgrosseilliers, Mark) (Entered: 06/17/2002) |
| 06/17/2002 | 1199 | Objection to *the Sale of the Assumed Assets* Filed by Enthusiastic Software. (MEB, ) (Entered: 06/24/2002)                                                                                                                                                                                                                                                     |
| 06/17/2002 | 1200 | Letter Re: Equitable Solution for Polaroid. Filed by Vincent Erato . (MEB, ) (Entered: 06/24/2002)                                                                                                                                                                                                                                                              |
| 06/18/2002 | 1155 | Certification of Counsel *Submitting Agreed Order Upon Order Approving in Part Motion of Official Committee of Retirees for Entry of Order Extending the Period of Time for Employees to Respond to Debtors' Offer of Post-Petition Transition Benefits Program* Filed by Official Committee of Retirees of Polaroid (related document(s)987). (Salerni, Scott) (Entered: 06/18/2002) |
| 06/18/2002 | 1159 | Certificate of No Objection *Regarding Docket No. 998* Filed by the Official Commitee of Unsecured Creditors. (Shannon, Brendan) (Entered: 06/18/2002)                                                                                                                                                                                                          |
| 06/18/2002 | 1196 | Objection to Motion *To Sell Substantially All Their Assets and Other Relief Requested Therein* Filed by SAP America, Inc. (related document(s)491). (MEB, ) (Entered: 06/24/2002)                                                                                                                                                                              |
| 06/19/2002 | 1160 | Certificate of Service Filed by Official Committee of Retirees of Polaroid (related document(s)1155). (Salerni, Scott) (Entered: 06/19/2002)                                                                                                                                                                                                                    |
| 06/19/2002 | 1161 | Notice of Appearance *(Saul Ewing LLP and Ropes & Gray for BHX, LLC as Trustee of 784 Realty Trust)* Filed by BHX, LLC as Trustee                                                                                                                                                                                                                               |

| | | |
|---|---|---|
| | | of 784 Realty Trust. (Attachments: # 1 Certificate of Service) (Lattomus, Tara) (Entered: 06/19/2002) |
| 06/19/2002 | 1162 | Limited Objection to *Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially All of Assets of Debtors* Filed by Siebel Systems, Inc.. (Eisenbach, Robert) (Entered: 06/19/2002) |
| 06/19/2002 | 1163 | Certificate of Service *re Siebel Systems, Inc.'s Conditional Objection to Assumption and Assignment of Executory Contract in Connection with Proposed Sale of Assets* Filed by Siebel Systems, Inc. (related document(s)1162). (Eisenbach, Robert) (Entered: 06/19/2002) |
| 06/19/2002 | 1164 | Notice of Filing *Precautionary Objection to Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially all of Assets of Debtors* Filed by Consolidated Freightways. (MEB, ) (Entered: 06/19/2002) |
| 06/19/2002 | 1165 | Transcript of Omnibus Hearing Before Honorable Peter J. Walsh held on January 15, 2002 2:08 P.M. (MEB, ) (Entered: 06/19/2002) |
| 06/19/2002 | 1166 | Notice of Appearance *and Request for Service of Papers* Filed by Michael R. Enright. (MEB, ) (Entered: 06/19/2002) |
| 06/19/2002 | 1197 | Notice of Filing *Report of the Fee Examiner Regarding the April 2002 Fee Application of Akin, Gump, Strauss, Hauer & Feld LLP* Filed by Robert F. Troisio. (MEB, ) Modified on 6/24/2002 (MEB, ).Entered in Error, wrong image (Entered: 06/24/2002) |
| 06/19/2002 | 1198 | Report of the Fee Examiner Regarding the April 2002 Fee Application of Akin, Gump, Strauss, Hauer & Feld LLP Filed by Robert F. Troisio . (MEB, ) (Entered: 06/24/2002) |
| 06/19/2002 | 1217 | Transcript from Hearing June 12, 2002 4:00 p.m. (MEB, ) (Entered: 06/26/2002) |
| 06/20/2002 | 1176 | Notice of Hearing *On Debtors' Motion for Order (I) Approving Trademark License Agreements Between Polaroid Corporation, as Licensor, and Concord Camera Corp., as Licensee, and Authorizing Their Execution and Performance by Polaroid Corporation and (II) Granting Related Relief (Docket No. 1018)* Filed by Polaroid Corporation. Hearing scheduled for 7/12/2002 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 7/5/2002. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| | | |

| | | |
|---|---|---|
| 06/20/2002 | 1177 | Motion to Authorize *Debtors Motion for Order Authorizing Rejection of an Unexpired Lease of Nonresidential Real Property Located in Kensington, Maryland* Filed by Polaroid Corporation. Hearing scheduled for 7/12/2002 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 7/5/2002. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| 06/20/2002 | 1178 | Affidavit/Declaration of Service *Re: Signed Order Authorizing Rejection of an Unexpired Lease of Real Property Located at El Mundo Condominium Effective as of March 31, 2002 (Docket No. 1147)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| 06/20/2002 | 1179 | Affidavit/Declaration of Service *Re: Signed Order Authorizing Rejection of an Unexpired Lease of Nonresidential Real Property Located in Anaheim, California (Docket No. 1148)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| 06/20/2002 | 1180 | Affidavit/Declaration of Service *Re: Stipulation and Order Regarding Filing Proofs of Claim by the Pension Benefit Guaranty Corporation (Docket No. 1152)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| 06/20/2002 | 1181 | Affidavit/Declaration of Service *Re: Stipulation and Agreed Order Extending the Proof of Claim Bar Date for the Environmental Protection Agency and Federal Natural Resource Trustees (Docket No. 1153)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| 06/20/2002 | 1182 | Notice of Appearance *Notice of change of Firm Name* Filed by The Prudential Insurance Company of America. (Leanse, Thomas) (Entered: 06/20/2002) |
| 06/20/2002 | 1183 | Affidavit/Declaration of Service *Re: Signed Order Authorizing Rejection of Agreement with CIT Communications Finance Corp. (Docket No. 1156)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| 06/20/2002 | 1184 | Affidavit/Declaration of Service *Re: Signed Order Authorizing Rejection of Certain Agreements with Popular Leasing and Rental, Inc. Effective March 31, 2002 (Docket No. 1157)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| 06/20/2002 | 1185 | Affidavit/Declaration of Service *on 2002 Service List* Filed by Polaroid Corporation (related document(s)1154, 1147, 1156, 1148, 1157, 1152, 1153). (Desgrosseilliers, Mark) (Entered: 06/20/2002) |
| | | |

| | | |
|---|---|---|
| 06/20/2002 | 1188 | Order approving in part motion of Official Committee of Retireees for entry of order extending the period of time for employees to respond to debtors' offer of post-petition transition benefits program. Signed on 6/20/2002 (related document(s)987). (TAS, ) Modified on 6/21/2002 (TAS. ). (Entered: 06/21/2002) |
| 06/20/2002 | 1218 | Letter from Shareholder Re: Failure to Seek Adequate Value Filed by Ernest P Burger . (MEB, ) (Entered: 06/27/2002) |
| 06/21/2002 | 1187 | Affidavit/Declaration of Service *Regarding Debtors' Motion for Order under 11 U.S.C. Sections 365(a) and 105 and Bankruptcy Rule 6006 Authorizing Rejection of an Unexpired Lease of Nonresidential Real Property Located in Kensington, Maryland (Docket No. 1177)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/21/2002) |
| 06/21/2002 | 1189 | Certificate of No Objection Filed by Official Committee of Retirees of Polaroid (related document(s)1050). (Salerni, Scott) (Entered: 06/21/2002) |
| 06/21/2002 | 1190 | Monthly Application for Compensation *Fifth Monthly Application of Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from February 1, 2002 through February 28, 2002* for Polaroid Corporation, Debtor's Attorney, period: 2/1/2002 to 2/28/2002, fee: $160,179.00, expenses: $25,966.77. Filed by Eric M. Davis, Polaroid Corporation. Objections due by 7/22/2002. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Certificate of Service) (Davis, Eric)ENTERED IN ERROR Modified on 6/21/2002 (GB, ). (Entered: 06/21/2002) |
| 06/21/2002 | 1191 | Monthly Application for Compensation *Fifth Monthly Application of Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from February 1, 2002 through February 28, 2002* for Polaroid Corporation, Debtor's Attorney, period: 2/1/2002 to 2/28/2002, fee: $160,179.00, expenses: $25,966.77. Filed by Eric M. Davis, Polaroid Corporation. Objections due by 7/11/2002. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Certificate of Service) (Davis, Eric) (Entered: 06/21/2002) |
| 06/21/2002 | 1192 | Limited Objection to Motion *of Debtors' (1) Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially All of Assets of Debtors; and (2) Motion for Order (I) Authorizing and Approving (A) Sale of Substantially All of the Debtor's Assets to OEP Imaging Corporation, or a Party Making a Higher or Better Offer,* |

|  |  | *Free and Clear of Liens, Claims, Encumbrances and Interest, and (B) Assumption and Assignment of Certain Related Executory Contracts and Unexpired Leases and (II) (A) Establishing Competitive Bidding Procedures in Connection with the Sale, (B) Approving Bid Protections, Including Expense Reimbursement and Termination Payment, (C) Setting Sale Hearing and Objection Deadline, (D) Authorizing and Approving Form and Manner of Notice of Bidding Procedures and Sale Hearing, (E) Determine that such Sale is Exempt from Any Stamp, Transfer, Recording, or Similar Tax, and (F) Deeming the Purchaser A "Successor" to the Debtors Under Section 1145(a) of the Bankrupcty Code and (III) Granting Related Relief* Filed by PD Winter Street, LLC (related document(s)865). (Fournier, David) (Entered: 06/21/2002) |
|---|---|---|
| 06/21/2002 | 1193 | Verified Objection to Motion *for Order Approving Sale of Substantially All of the Debtors' Assets* Filed by Stephen J. Morgan (related document(s)865). (Levee, Ira) (Entered: 06/21/2002) |
| 06/21/2002 | 1194 | Affidavit Re: *of Kay-Uwe Jonas of Linklaters Oppenhoff & Radler* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/21/2002) |
| 06/21/2002 | 1203 | Limited Objection to *Any Bid To Purchase Polaroid Assets That Does Not Include Continuation of Medicare Supplement Insurance Coverage For Retirees Over 65* Filed by Commonwealth of Massachusetts. (Attachments: # 1 Affidavit) (MEB, ) (Entered: 06/25/2002) |
| 06/21/2002 | 1219 | Letter Re: Notice of Injury Filed by Daniel Pina . (MEB, ) (Entered: 06/27/2002) |
| 06/21/2002 | 1220 | Notice of Withdrawal *of Consolidated Freightways' Precautionary Objection to Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to be Assumed and Assigned to Potential Purchaser of Substantially all of Assets of Debtors* Filed by Consolidated Freightways. (MEB, ) (Entered: 06/27/2002) |
| 06/21/2002 | 1221 | Letter from Retiree Re: Objection to Pending Sale of Polaroid Corporation Filed by John D. Gignac . (MEB, ) (Entered: 06/27/2002) |
| 06/21/2002 | 1223 | Certificate of Service Filed by McShane Group . (MEB, ) (Entered: 06/27/2002) |
| 06/21/2002 | 1224 | Conditional Objection of Alcatel Optronics, S.A. to Sale Procedures Order of May 10, 2002 and Transactions Contemplated Under Purchase Agreement Filed by Alcatel Optronics, S.A. . (MEB, ) (Entered: 06/27/2002) |

| | | |
|---|---|---|
| 06/24/2002 | | Corrective Entry. Entered in Error. Re Docket 1197 (MEB, ) (Entered: 06/24/2002) |
| 06/24/2002 | 1201 | Certificate of No Objection *Re: Application of Riemer & Braunstein LLP for Interim Compensation Pursuant to November 5, 2001 Order Pursuant to Sections 327 and 328 of the Bankruptcy Code Authorizing Employment of Professionals Utilized in the Ordinary Course of Business (Docket No. 817)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/24/2002) |
| 06/24/2002 | 1202 | Certificate of No Objection *Re: Seventh Interim Fee Application of Zolfo Cooper, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Financial Advisors and Bankruptcy Consultants to the Debtors for the Period from April 1, 2002 through April 30, 2002 (Docket No. 1056)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 06/24/2002) |
| 06/24/2002 | 1225 | Notice of Withdrawal *of Claim in the amount of $425.35* Filed by State of Washington Dept of Labor and Industries, Bankruptcy Div.. (MEB, ) (Entered: 06/27/2002) |
| 06/24/2002 | 1226 | Notice of Appearance *Under Federal Bankruptcy Procedure Rule 2002* Filed by Secretary of the Treasury Dept of the Commonwealth of Puerto Rico. (MEB, ) (Entered: 06/27/2002) |
| 06/25/2002 | 1204 | Motion to Appear pro hac vice *(Motion and Order for Admission Pro Hac Vice of Harold A. Olsen, Esquire)* Filed by Fuji Photo Film Co., Ltd.. (Attachments: # 1 Certificate of Service) (Pinckney, Joanne) (Entered: 06/25/2002) |
| 06/25/2002 | 1205 | Limited Objection to Motion *of Debtors for an Order, Inter Alia, Authorizing and Approving Sale of Substantially All of the Debtors' Assets to OEP Imaging Corporation, or a Party Making a Higher or Better Offer, Free and Clear of Liens, Claims, Encumbrances and Interests* Filed by Enron Energy Services Operations, Inc. (related document(s)865). (Mayer, Katharine) (Entered: 06/25/2002) |
| 06/25/2002 | 1206 | Monthly Application for Compensation *Eighth Monthly Statement of Services of KPMG LLP for the Period from May 1, 2002 through May 31, 2002* for Polaroid Corporation, Accountant, period: 5/1/2002 to 5/31/2002, fee: $22,583.00, expenses: $57.00. Filed by Mark L. Desgrosseilliers, Polaroid Corporation. Objections due by 7/15/2002. (Desgrosseilliers, Mark) (Entered: 06/25/2002) |
| 06/25/2002 | 1207 | Interim Application for Compensation *Eighth Interim Fee Application of Zolfo Cooper, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Financial Advisors and Bankruptcy Consultants to the Debtors for the Period* |

| | | |
|---|---|---|
| | | *from May 1, 2002 through May 31, 2002* for Polaroid Corporation, Consultant, period: 5/1/2002 to 5/31/2002, fee: $289,726.00, expenses: $25,991.00. Filed by Mark L. Desgrosseilliers, Polaroid Corporation. Objections due by 7/15/2002. (Desgrosseilliers, Mark) (Entered: 06/25/2002) |
| 06/25/2002 | 1208 | Certificate of No Objection *3rd Monthly Application for Compensation* Filed by Groom Law Group,Chartered (related document(s)1040). (Ford, Gary) (Entered: 06/25/2002) |
| 06/25/2002 | 1209 | Monthly Application for Compensation for Groom Law Group,Chartered, Debtor's Attorney, period: 5/1/2002 to 5/31/2002, fee: $40976.00, expenses: $1400.98. Filed by Groom Law Group,Chartered. Objections due by 7/18/2002. (Attachments: # 1 Exhibit A: Retention Order# 2 Exhibit B: Invoice Detail# 3 Notice and Certificate of Service) (Ford, Gary) (Entered: 06/25/2002) |
| 06/25/2002 | 1210 | Motion to File Under Seal Filed by the Official Commitee of Unsecured Creditors. Hearing scheduled for 6/28/2002 at 09:00 AM (check with court for location). (Malfitano, Joseph) (Entered: 06/25/2002) |
| 06/25/2002 | 1211 | Objection to Motion *(Redacted) Re: Docket No. 865* Filed by the Official Commitee of Unsecured Creditors. (Attachments: # 1 Exhibit A Part 1# 2 Exhibit A Part 2# 3 Exhibit A Part 3# 4 Exhibits B through D) (Malfitano, Joseph) (Entered: 06/25/2002) |
| 06/25/2002 | 1212 | Order approving stipulation regarding release of lien on certain real property to be contrIbuted to GNBIF/ Polaroid LLC. Signed on 6/25/2002 (related document(s)1117). (TAS, ) Modified on 6/27/2002 by correcting date order was signed (Marvel, Ivone). (Entered: 06/26/2002) |
| 06/26/2002 | 1213 | Affidavit/Declaration of Service *Re: Objection filed Under Seal Re: Docket no. 865* Filed by the Official Commitee of Unsecured Creditors. (Malfitano, Joseph) (Entered: 06/26/2002) |
| 06/26/2002 | 1214 | Affidavit/Declaration of Service *Regarding Docket Nos. 1210 and 1211* Filed by the Official Commitee of Unsecured Creditors. (Malfitano, Joseph) (Entered: 06/26/2002) |
| 06/26/2002 | 1215 | Notice of Agenda of Matters Scheduled for Hearing *June 28, 2002 at 9:00 AM* Filed by Polaroid Corporation. Hearing scheduled for 6/28/2002 at 09:00 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801. (Desgrosseilliers, Mark) (Entered: 06/26/2002) |
| | | |

| | | |
|---|---|---|
| 06/26/2002 | 1216 | Joint Motion to Quash a Subpoena *of JP Morgan Chase Bank, John P. McDonagh, FTI Policano & Manzo and Edwin N. Ordway For A Protective Order Quashing the Deposition Subpoenas Propounded By The Unsecured Creditors' Committee* Filed by JPMorgan Chase Bank. (Attachments: # 1 Certificate of Service) (Sudell, William) (Entered: 06/26/2002) |
| 06/26/2002 | 1242 | Letter from a Former Polaroid employee with Respect to the Shareholders and Employees Filed by John Fiore . (MEB, ) (Entered: 07/03/2002) |
| 06/26/2002 | 1243 | Letter re: Transcript from June 12, 2002 Court Hearing Filed by Donald J Gonsalves . (MEB, ) (Entered: 07/03/2002) |
| 06/27/2002 | 1228 | Order granting admission pro hac vice of Harold A. Olsen. Signed on 6/27/2002 (related document(s)1204). (TAS, ) (Entered: 07/01/2002) |
| 06/27/2002 | 1231 | Notice of Filing *Certificate of Good Standing* Filed by Commonwealth of Massachusetts, Attorney General. (MEB, ) (Entered: 07/01/2002) |
| 06/27/2002 | 1232 | Certificate of Service Filed by Commonwealth of Massachusetts/Assistant Attorney General . (MEB, ) (Entered: 07/01/2002) |
| 06/28/2002 | 1227 | Hearing Held/Court Sign-In Sheet (related document(s)1215) . (Marvel, Ivone) (Entered: 06/28/2002) |
| 06/28/2002 | 1244 | Certificate of No Objection (No Hearing or Order Required) to the Fourth Monthly Fee Application (Entered: 07/03/2002) |
| 07/01/2002 | 1229 | Notice of Filing *(Letter to Judge Walsh in reply to Debtors' arguments at last Friday's hearing)* Filed by Fuji Photo Film Co., Ltd.. (Pinckney, Joanne) (Entered: 07/01/2002) |
| 07/01/2002 | 1230 | Certificate of Service *to Letter Brief* Filed by Fuji Photo Film Co., Ltd. (related document(s)1229). (Pinckney, Joanne) (Entered: 07/01/2002) |
| 07/01/2002 | 1233 | Hearing Held/Court Sign-In Sheet (related document(s)1215) . (LJJ, ) (Entered: 07/02/2002) |
| 07/01/2002 | 1241 | Letter re Plethora of Information as to the sale of Polaroid's Assets Filed by G Maiorelli . (MEB, ) (Entered: 07/03/2002) |
| 07/01/2002 | 1250 | Notice of Appearance *and Request for Service of Documents* Filed by Travelers Casualty&Surety Co.of America. (MEB, ) (Entered: |

| | | |
|---|---|---|
| | | 07/05/2002) |
| 07/02/2002 | 1234 | Monthly Application for Compensation *Sixth Monthly Application of Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from March 1, 2002 through March 31, 2002* for Polaroid Corporation, Debtor's Attorney, period: 3/1/2002 to 3/31/2002, fee: $276,305.50, expenses: $34,161.60. Filed by Eric M. Davis, Polaroid Corporation. Objections due by 7/22/2002. (Davis, Eric) (Entered: 07/02/2002) |
| 07/02/2002 | 1235 | Certificate of Service *Limited Objection of PD Winter Street, LLC to Debtors' (Docket No. 1192)* Filed by PD Winter Street, LLC. (Fournier, David) (Entered: 07/02/2002) |
| 07/02/2002 | 1236 | Motion to Appear pro hac vice *of Thomas J. Leanse* Filed by PD Winter Street, LLC. (Fournier, David) (Entered: 07/02/2002) |
| 07/02/2002 | 1237 | Application for Interim Professional Compensation *(SECOND)* for Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, Debtor's Attorney, period: 1/1/2002 to 3/31/2002, fee: $697,490.00, expenses: $100,786.77. Filed by Mark L. Desgrosseilliers. (Desgrosseilliers, Mark) (Entered: 07/02/2002) |
| 07/02/2002 | 1238 | Certificate of No Objection *Re: Seventh Monthly Statement of Services of KPMG LLP for the Period from April 1, 2002 through April 30, 2002 (Docket No. 1032)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 07/02/2002) |
| 07/02/2002 | 1239 | Certificate of No Objection *Re: Monthly Application for Allowance of Compensation and Reimbursement of Expenses of Bingham Dana LLP as International Counsel to the Debtors for the Period from March 1, 2002 thorugh March 31, 2002 (Docket No. 948)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 07/02/2002) |
| 07/02/2002 | 1240 | Certificate of No Objection *Re: Fourth Monthly Fee Application of Dresdner Kleinwort Wasserstein, Inc., Financial Advisor and Investment Banker to the Debtors for the Period from February 1, 2002 through April 30, 2002 (Docket No. 1083)* Filed by Polaroid Corporation. (Desgrosseilliers, Mark) (Entered: 07/02/2002) |
| 07/03/2002 | 1245 | Certificate of No Objection *Regarding Docket No. 1128* Filed by the Official Commitee of Unsecured Creditors. (Shannon, Brendan) (Entered: 07/03/2002) |
| 07/03/2002 | 1246 | Debtor-In-Possession Monthly Operating Report for Filing Period October 12, 2001 through June 2, 2002 Filed by Polaroid |

|  |  |  |
|---|---|---|
|  |  | Corporation. (Desgrosseilliers, Mark) (Entered: 07/03/2002) |
| 07/03/2002 | 1247 | Motion to Extend Time *Within Which Debtors May Remove Actions* Filed by Polaroid Corporation. Hearing scheduled for 8/29/2002 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 8/22/2002. (Desgrosseilliers, Mark) (Entered: 07/03/2002) |
| 07/03/2002 | 1248 | Certification of Counsel *Certification in Support of Entry of Revised Form of Order Authorizing and Approving (1) Asset Purchase Agreement, (2) Sale of Substantially All of the Debtors? Assets Free and Clear of Liens, Claims, and Encumbrances to OEP Imaging Corporation, (3) Assumption and Assignment to OEP Imaging Corporation of Certain Executory Contracts and Unexpired Leases, and (4) Certain Related Relief (Related Document: 865)* Filed by Polaroid Corporation. (Attachments: # 1 Exhibit A, Sale Order# 2 Exhibit A to Sale Order (Asset Purchase Agreement) Part 1# 3 Exhibit A, to Sale Order (Asset Purchase Agreement) Part 2# 4 Exhibit B, Blackline Sale Order) (Davis, Eric) (Entered: 07/03/2002) |
| 07/03/2002 | 1249 | Order Authorizing and Approving (1) Asset Purchase Agreement, (2) Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances to OEP Imaging Corporation, (3) Assumption and Assignment to OEP Imaging Corporation of Certain Executory Contracts and Unexpired Leases, and (4) Certain Related Relief -signed on 7/3/2002. (Attachments: #(1) Purchase Agreement # (2) Exhibits) (LJJ, ) (Modified on 7/3/2002 to add related docket #865) (LJJ, ). (Entered: 07/03/2002) |
| 07/03/2002 | 1255 | Transcript from Hearing Held June 28, 2002 9:02 a.m. (Attachments: # 1 Transcript pgs. 54 to 114# 2 Transcript pgs. 115 to 182) (MEB, ) (Entered: 07/09/2002) |