POLAROID0004

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
POLAROID CORPORATION, et al,                        :    Case Nos. 01-10864(PJW)
                                                    :
            Debtors.                                :    Jointly Administered
                                                    :    **Related Docket No.: 865**
---------------------------------------------------------x

### DECLARATION OF MAILING REGARDING NOTICE OF AUCTION AND SALE HEARING

STATE OF NEW YORK

COUNTY OF NEW YORK

I, Novia Gayle declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 16th day of May 2002, Apple Direct Mail Services, Ltd. ("Apple Direct"), under my supervision, served a copy of the "Notice of Auction and Sale Hearing", as set forth in Exhibit A, upon the parties listed on Exhibit B, attached hereto.

4. Said documents were delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May 2002 at New York, New York.

\* - Please note that the mailing address information of certain parties appearing on the attached exhibits, has been suppressed in an effort to protect the privacy of the current and former employees of the Debtors. Requests for complete address information for the parties must be made to the counsel for the Debtors.

By _____
       Novia Gayle

Sworn before me this
17th day of May, 2002

_____
Notary Public

PAUL D. TAYLOR
Notary Public Reg. #01TA5075194
County of New York
State of New York
Expires March 31, 2003

**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                )    Chapter 11
                                      )
POLAROID CORPORATION,                 )    Case No. 01-10864 (PJW)
    et al.,                           )
                                      )    Jointly Administered
                        Debtors.      )    Related Docket No.: 865
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## NOTICE OF AUCTION AND SALE HEARING

PLEASE TAKE NOTICE THAT:

Pursuant to the Order Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6004 (I) Approving Bidding Procedures, Termination Payment, and Expense Reimbursement in Connection with the Proposed Sale of Substantially All of the Debtors' Assets, (II) Scheduling a Hearing Date, Auction, and Bidding and Objection Deadlines in Connection with Such Sale, and (III) Approving Form and Manner of Notice Thereof (the "Procedures Order"), approved by the United States Bankruptcy Court for the District of Delaware (the "Court") on May 10, 2002, Polaroid Corporation and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), will conduct an auction of substantially all of the Debtors' assets (the "Acquired Assets") and unexpired leases and executory contracts (the "Assumed Contracts").

The Sale. Under the terms of the Asset Purchase Agreement (the "Agreement") by and among certain of the Debtors, as Sellers (collectively, the "Sellers"), and OEP Imaging Corporation (the "Purchaser"), the Debtors are selling the Acquired Assets and assuming and assigning the Assumed Contracts to the Purchaser, free and clear of liens, claims, encumbrances and interests (except for certain express assumed liabilities and permitted encumbrances), subject to higher and better offers and Court approval.

The Auction. The Debtors will conduct an Auction of the Acquired Assets and the Assumed Contracts (the "Auction") beginning on June 26, 2002 at 9:00 a.m. (prevailing Eastern time) at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036. All interested parties are invited to prequalify for the Auction and to present competing offers to purchase the Acquired Assets and the Assumed Contracts in accordance with the Bidding Procedures (as hereinafter defined).

Bidding Procedures. Attendance and participation at the Auction is subject to certain terms, conditions and procedures described in the Procedures Order (collectively, the "Bidding Procedures"). All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures or the Procedures Order (as applicable).

The Auction. If the Debtors receive a Qualified Bid, the Debtors will conduct the Auction. Bidding at the Auction will commence with the highest Qualified Bid and continue in increments of not less than $1,000,000 until all parties have made their final offers. At the conclusion of the bidding, the Debtors will announce their determination of the person or entity (the "Successful Bidder") submitting the highest or best bid for the Acquired Assets and the Assumed Contracts (the "Successful Bid").

If the Debtors do not receive any Qualified Bids, the Debtors will report the same to the Court at the Sale Hearing (as hereinafter defined) and proceed with a sale of the Acquired Assets and the Assumed Contracts to the Purchaser under the Agreement. If, however, the Debtors receive one or more Qualified Bids and the Auction is conducted, the Debtors will notify the Court of the results of the Auction and proceed with a sale to the Successful Bidder. The Debtors will have accepted a bid only when the bid has been approved by the Court at the Sale Hearing.

The Sale Hearing. A hearing to approve the Sale of the Acquired Assets and the assumption and assignment of the Assumed Contracts (the "Sale Hearing") to the highest and best bidder will be held on June 28, 2002 at 9:00 a.m. at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, before the Honorable Peter J. Walsh, Chief United States Bankruptcy Judge.

Objections to the Sale of the Assumed Assets. Any objection to the sale of the Assumed Assets and the assumption and assignment of the Assumed Contracts must be in writing, conform to the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of the United States Bankruptcy Court for the District of Delaware, set forth the name of the objector, set forth the nature and amount of the objector's claims against or interests in the Debtors' estates or property and state the legal and factual basis for the objection and the specific grounds therefore and be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court") and served so as to be received by (i) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Attention: Gregg M. Galardi, Esq.; (ii) Dechert, 30 Rockefeller Plaza, New York, New York, 10112, Attention: Joel H. Levitin, Esq.; (iii) Davis, Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Attention: Marshall S. Huebner, Esq.; (iv) Morgan, Lewis & Bockius, 101 Park Avenue, New York, NY 10178, Attention: Robert Scheibe, Esq.; (v) Young Conaway Stargatt & Taylor LLP, The Brandywine Building, 17th Floor, 1000 West Street, P.O. Box 391, Wilmington, DE 19899, Attention: Brendan Linehan Shannon, Esq. and Akin, Gump, Strauss, Hauer & Feld, L.L.P., 590 Madison Avenue, New York, NY 10022, Attention: Fred Hodara, Esq.; (vi) Greenberg Traurig, LLP, The Brandywine Building, 1000 West Street, Suite 1540, Wilmington, DE 19801, Attention: Scott D. Cousins, Esq., and Scott Salerni, Esq.; and (vii) the Office of the United States Trustee, J. Caleb Boggs Federal Office Building, 844 King Street, Suite 2313, Wilmington, DE 19801 Attention: Mark S. Kenney, Esq., by 4:00 p.m. (prevailing Eastern time) on June 21, 2002.

This notice is qualified in its entirety by the Procedures Order. All persons and entities are urged to read the Procedures Order and the provisions thereof carefully. To the extent this notice is inconsistent with the Procedures Order, the terms of the Procedures Order shall govern.

Copies of the Procedures Order, the Agreement and motion seeking approval of the same are available from IKON Office Solutions, 901 North Market Street, Suite 718, Wilmington, DE 19801, telephone number (302) 777-4500.

Dated: Wilmington, Delaware
May 16, 2002

                                        Gregg M. Galardi (I.D. No. 2991)
                                        Eric M. Davis (I.D. No. 3621)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        One Rodney Square
                                        Wilmington, Delaware 19899-0636
                                        Attorneys for Debtors and
                                          Debtors-in-Possession

**EXHIBIT 2**

# POLAROID CORP.
# EXHIBIT B

| ID | Name / Address |
|---|---|
| 900000-1161-004A | (blank) |
| 006746-1161-004A | HALL NORTHEASTERN, INC<br>828 E FERRY ST<br>BUFFALO NY 14211 |
| 006747-1161-004A | "INSTANT PHOTO, INC"<br>8120 JETSTAR DR., #150<br>IRVING TX 75063 |
| 005819-1161-004A | **VOID** |
| 006748-1161-004A | 1 HOUR PHOTO<br>4428 MILAN ROAD<br>SANDUSKY OH 44870 |
| 006749-1161-004A | 128 IRON WORKS INC<br>10 CARTER STREET<br>TEWKSBURY MA 01876 |
| 006750-1161-004A | 1331 SILAS DEANE HIGHWAY<br>C/O UCCELLO<br>1225 CROMWELL AVENUE A-12<br>ROCKY HILL CT 06067-3421 |
| 005365-1161-004A | 1331 SILAS DEANE LLC<br>25 DEXTER ROAD<br>ROCKY HILL CT 06067 |
| 006751-1161-004A | 1331 SILAS DEANE LLC<br>25 DEXTER ROAD<br>C/O PAUL J UCCELLO<br>ROCKY HILL CT 06067 |
| 033750-1161-004A | 165191 CANADA INC<br>C/O FREDERICK DONATH<br>5900 BOUL CAVENDISH 401<br>COTE ST-LUC QUEBEC<br>H4W 3G9 CANADA |
| 041764-1161-004A | 171092 CANADA INC<br>ATTN: ERIC BISSELL, PRESIDENT<br>3646 AVENUE DU MUSEE<br>MONTREAL QC<br>CANADA H3G 2C9 |
| 006157-1161-004A | 1790 COM<br>280 DODGE AVENUE<br>EAST HAVEN CT 06512-3358 |
| 006752-1161-004A | 1846-E INC<br>1846 NW 54TH AVENUE<br>MARGATE FL 33063 |
| 006753-1161-004A | 1993 FLATLEY FAMILY TRUST<br>P O BOX 850168<br>BRAINTREE MA 02185 |
| 006754-1161-004A | 2001 US SENIOR OPEN<br>3 PEARL STREET<br>BEVERLY MA 01915-3621 |
| 006755-1161-004A | 2001 WESTERN OIDUAIRCC MEDICAL<br>2430 K STREET, S-299<br>SACRAMENTO CA 95816 |
| 006756-1161-004A | 20TH CENTURY PLASTIC<br>P O BOX 2376<br>BREA CA 92622-2376 |
| 006757-1161-004A | 20TH CENTURY PLASTICS<br>205 SOUTH PUENTE ST<br>BREA CA 92622-2376 |
| 006758-1161-004A | 20TH CENTURY PLASTICS INC<br>205 SOUTH PUENTE ST<br>BREA CA 92821-3828 |
| 006759-1161-004A | 20TH CENTURY PLASTICS INC<br>P O BOX 2376<br>BREA CA 92822 |
| 041949-1161-004A | 24 K INC<br>PO BOX 100<br>COLUMBIANA oh 44408 |
| 027442-1161-004A | 2906 N. STATE ST. CORP.<br>2906 N. STATE ST.<br>JACKSON MS 39216 |
| 027415-1161-004A | 2906 N. STATE ST. CORP<br>ATTN: BARBARA DYCHE<br>2906 N. STATE ST.<br>JACKSON MS 39216 |
| 006760-1161-004A | 2906 NORTH STATE CORP<br>2906 N STATE ST STE 532<br>JACKSON MS 39216 |
| 006761-1161-004A | 2906 NORTH STATE STREET<br>2906 NORTH STATE STREET<br>SUITE 532<br>JACKSON MS 39216 |
| 006762-1161-004A | 3 G'S GENERAL CONSTRUCTION CO<br>P.O. BOX 234<br>MALDEN MA 02148 |
| 005266-1161-004A | 3 M CENTER<br>SAFETY & SECURITY SYS DIV<br>ST PAUL MN 55144-1000 |
| 006763-1161-004A | 3 M CENTER<br>SAFETY & SECURITY SYS DIV<br>BLDG 225-4N-14<br>ST PAUL MN 55144-1000 |
| 027444-1161-004A | 3B INVESTMENT<br>3363 SILVERTON ROAD, NE<br>SALEM OR |
| 005366-1161-004A | 3B INVESTMENT<br>3363 SILVERTON ROAD, NE<br>SALEM OR 97303 |
| 006764-1161-004A | 3M CHILE SA<br>STA. ISABEL 1001 PROVIDENCIA<br>R.U.T. 93.626.000-4<br>SANTIAGO<br>CHILE |
| 006765-1161-004A | (illegible)<br>5355 DEL WEBB AVE NE SUITE 100<br>SALEM OR 97301 |

POLAROID CORP.
EXHIBIT B

| | | |
|---|---|---|
| 006766-1161-004A<br>3B INVESTMENT (KEIZER, OR)<br>POLAROID ID SYSTEMS, INC.<br>4155 CHERRY AVE NE<br>KEIZER OR | 006767-1161-004A<br>3COM CORPORATION<br>5353 BETSY ROSS DR<br>SANTA CLARA CA 95052 | 006768-1161-004A<br>3D SYSTEMS INC<br>FILE 55699<br>LOS ANGELES CA 90074 | 006769-1161-004A<br>3D TV CORP<br>1865 PIONEER PKWY E<br>SPRINGFIELD OR 97477 |
| 006770-1161-004A<br>3L CORPORATION<br>12041 LARKIN DRIVE<br>WHEELING IL 60090-0247 | 002563-1161-004A<br>3M<br>ST PAUL MN | 006771-1161-004A<br>3M<br>P O BOX 60109S<br>CHARLOTTE NC 28260 | 006772-1161-004A<br>3M<br>P O BOX 96444<br>CHICAGO IL 60693-6444 |
| 006158-1161-004A<br>3M<br>PBG2776<br>ATLANTA GA 30368-2960 | 006773-1161-004A<br>3M<br>PBG2776<br>PO BOX 102960<br>ATLANTA GA 30368-2960 | 006774-1161-004A<br>3M<br>KEVIN CURRY<br>PBG2776<br>PO BOX 102960<br>ATLANTA GA 30368-2960 | 027492-1161-004A<br>3M CENTER<br>BLDG 225-4N-14<br>SAINT PAUL MN 55144-1000 |
| 027490-1161-004A<br>3M CENTER<br>SAFETY & SECURITY DIVISION<br>CONTACT: ALAN SIACHI<br>BLDG 225-4N-14<br>SAINT PAUL MN 55144-1000 | 006775-1161-004A<br>3M COMPANY<br>P O BOX 269-F<br>SAINT LOUIS MO 63150-0269 | 027493-1161-004A<br>3M CORPORATION<br>BUILDING 60-18-16<br>SAINT PAUL MN 55144-0001 | 006776-1161-004A<br>3V COGEIM<br>9140 ARROWPOINT BLVD<br>CHARLOTTE NC 28273-8120 |
| 006777-1161-004A<br>3V COGEIM<br>P O BOX 10281<br>NEWARK NJ 07193-0001 | 000159-1161-004A<br>4 IMPRINT INC<br>101 COMMERCE ST<br>OSHKOSH WI 54903 | 002565-1161-004A<br>4CYTE LTD<br>THE TYRELL BUILDING<br>LONG REACH<br>OCKHAM<br>SURREY GU23 6PG | 005665-1161-004A<br>4IMPRINT, INC.<br>ATTN: D.J. ZUHLKE<br>COLLECTION SPECIALIST<br>101 COMMERCE ST<br>OSHKOSH WI 54901 |
| 006778-1161-004A<br>55 BROAD STREET, L.P.<br>55 BROAD ST<br>NEW YORK NY 10004 | 000164-1161-004A<br>55 BROADSTREET LP<br>ATTN: JASON LARGEUR, VICE PRESIDENT<br>55 BROADSTREET 4TH FL<br>NEW YORK NY 10004 | 006779-1161-004A<br>584 BROADWAY LLC<br>575 EIGHTH AVENUE SUITE 2400<br>NEW YORK NY 10018-3011 | 002566-1161-004A<br>584 BROADWAY, ASSOCIATES, 584 BROADWAY LLC<br>584 BROADWAY, SUITE 707<br>NEW YORK NY 10012 |
| 002567-1161-004A<br>584 BROADWAY, ASSOCIATES, 584 BROADWAY LLC<br>C/O OLMSTEAD PROPERTIES INC<br>575 EIGHTH AVENUE<br>NEW YORK NY 10018 | 006780-1161-004A<br>584 BROADWAY, LLC<br>STUDIO<br>584 BROADWAY<br>NY NY | 027494-1161-004A<br>7 WEST COMMUNICATION<br>14525 HIGHWAY 7 SUITE 145<br>MINNETONKA MN 55345 | 002568-1161-004A<br>7-ELEVEN, INC<br>2711 NORTH HASKELL AVENUE<br>DALLAS TX 75204 |
| 006781-1161-004A<br>784 MEMORIAL DRIVE LLC<br>55 HAYDEN AVENUE<br>LEXINGTON MA 02421-7996 | 002569-1161-004A<br>784 MEMORIAL DRIVE LLC<br>MANAGING MEMBER, SPAULDING & SLYE MEMORIAL DRIVE LLC<br>C/O SPAULDING & SLYE SERVICES LIMITED PARTNER<br>125 HIGH STREET<br>BOSTON MA 02110 | 006782-1161-004A<br>784 MEMORIAL DRIVE, LLC<br>CORPORATE HEADQUARTERS<br>784 MEMORIAL DRIVE CAMB<br>MA | 006783-1161-004A<br>784 REALTY TRUST<br>250 FIRST AVENUE, SUITE 200<br>NEEDHAM MA 02494 |

# POLAROID CORP.
# EXHIBIT B

| | | |
|---|---|---|
| 006784-1161-004A<br>5600 STREET PHOTO<br>1525 3RD AVENUE<br>NEW YORK NY 10028 | 033754-1161-004A<br>914448 ONTARIO INC<br>197 WATSON AVE<br>OAKVILLE ONTARIO L6J 3J9<br>CANADA | 042225-1161-004A<br>967253 ONT. LTD<br>C/O 304 HERSEY CRES<br>ATTN: DONNA KAMILL FORSTER<br>BOLTON<br>ONTARIO L7E 4T2 | 000161-1161-004A<br>@POS.COM<br>3051 NORTH FIRST ST<br>SAN JOSE CA 95134 |
| 027495-1161-004A<br>@POS.COM<br>8 MONTEGO CIRCLE<br>ANDOVER MA 01810 | 000162-1161-004A<br>@ROAD INC<br>DEPT 33209<br>SAN FRANCISCO CA 94139-3209 | 006785-1161-004A<br>@ROAD INC<br>DEPT 33209<br>SAN FRANCISCO CA 94139-3209 | 006786-1161-004A<br>@ROADS<br>7 SAXON STREET<br>FALL RIVER MA 02720 |
| 050679-1161-004A<br>A & B RECYCLING, INC<br>212 FIRST STREET<br>FT OGLETHORPE GA 30742 | 006767-1161-004A<br>A & G HEAT SEALING CORPORATION<br>205 MARCUS BLVD<br>HAUPPAUGE NY 11788 | 006788-1161-004A<br>A & M ASSOCIATES<br>P O BOX 1234<br>LAKEVILLE MA 02347 | 006163-1161-004A<br>A & M MECHANICAL SERVICES INC<br>ATTN: CHARLES R ALLEN, PRESIDENT<br>442 MARRETT RD SUITE 7<br>LEXINGTON MA 02421 |
| 006789-1161-004A<br>A 1 AIR CONDITIONING & HEATING<br>7637 FAIR OAKS BLVD SUITE B<br>CARMICHAEL CA 95608 | 050809-1161-004A<br>A AMERICA CARGO<br>2305 NW 107TH AVENUE BOX 122<br>MIAMI FL 33172 | 006790-1161-004A<br>A AND A M G CO INC<br>2300 SOUTH CALHOUN RD<br>P O BOX 510847<br>NEW BERLIN WI 53151-0847 | 006791-1161-004A<br>A CAL COPIERS<br>751 MIDDLESEX TURNPIKE<br>BILLERICA MA 01821 |
| 028764-1161-004A<br>A COUSIN & N COUSIN TTEES<br>NORALCO CORP PROFIT SHARING<br>& RETIREMENT PLAN DTD<br>01-01-60<br>1920 LINCOLN ROAD<br>PITTSBURGH PA 15235-1127 | 035394-1161-004A<br>A DALE NORMAN<br>6 TOWER RD<br>ARLINGTON MA 02174 | 006792-1161-004A<br>A DALE NORMAN<br>Requests for address information must be<br>made to the counsel for the Debtors | 006793-1161-004A<br>A F LEWIS & CO INC<br>235 FIFTH AVE<br>NEW YORK NY 10016-8728 |
| 042560-1161-004A<br>A G EDWARDS & SONS CUSTODIAN FOR<br>LILA STEIN LEWIS, ROLLOVER IRA ACCOUNT<br>1025 5TH AVE. #4D-S<br>NEW YORK NY 10028 | | 006795-1161-004A<br>A H HARRIS & SONS INC<br>10 WEST MILL ST<br>P O BOX 277<br>MEDFIELD MA 02052 | 000164-1161-004A<br>A J PARK<br>ATTN: ELAINE BAKER, CREDIT MANAGER<br>P.O. BOX 949<br>WELLINGTON<br>NEW ZEALAND |
| 006796-1161-004A<br>A J PARK & SON<br>HUDDART PARKER BLDG POST OFFICE SQ<br>P.O. BOX 949<br>WELLINGTON<br>NZ | 006797-1161-004A<br>A JARRETT<br>24 STONY BROOK ROAD<br>WESTON MA 02493 | 006798-1161-004A<br>A K THOMAS<br>224 ANDOVER STREET<br>ANDOVER MA 01810-5641 | 006799-1161-004A<br>A LASER FOCUS<br>TEN TARA BOULEVARD 5TH FLOOR<br>NASHUA NH 03062-2801 |
| 035408-1161-004A<br>A LOVE, ALBRECHT<br>249 CUSHING ST<br>HINGHAM MA 02043-4811 | 028608-1161-004A<br>A MICHAEL BEVILACQUA & MRS<br>ANNE M BEVILACQUA JT TEN<br>181-25 TUDOR ROAD<br>JAMAICA ESTATES NY 11432-1446 | 030276-1161-004A<br>A MICHAEL JAMESSON & MRS<br>KALOPE JAMESSON JT TEN<br>BOX 1<br>CUBA NY 14727-0001 | 033657-1161-004A<br>A MOSLEH YAZDI CUST FOR<br>SUSAN LYNN YAZDI UNMD UNIF<br>GIFTS TO MINORS LAW<br>23 W 341 FOXWOOD CT<br>NAPERVILLE IL 60540 |

POLAROID CORP.
EXHIBIT B

| | | |
|---|---|---|
| 006801-1161-004A<br>A PRIME HANDLING INC<br>20 BODWELL STREET<br>AVON MA 02322-1117 | 006801-1161-004A<br>A R GREEN & SON INC<br>19 ST JAMES AVE<br>P O BOX 1069<br>HOLYOKE MA 01041 | 006802-1161-004A<br>A STREET FRAMES INC<br>755 CONCORD AVENUE<br>CAMBRIDGE MA 02138 | 005269-1161-004A<br>A T & T<br>GLOBAL CUSTOMER CARE CENTER<br>SYRACUSE NY 13202 |
| 005267-1161-004A<br>A T & T<br>P O BOX 85950<br>LOUISVILLE KY 40285-5950 | 006803-1161-004A<br>A T & T<br>P O BOX 945800<br>MAITLAND FL 32794-5800 | 005268-1161-004A<br>A T & T<br>P O BOX 27866<br>KANSAS CITY MO 64184-0866 | 006804-1161-004A<br>A T & T<br>P O BOX 40247<br>TAMPA FL 30630-3247 |
| 006805-1161-004A<br>A T & T<br>GLOBAL CUSTOMER CARE CENTER<br>250 S CLINTON ST 4TH FLOOR<br>SYRACUSE NY 13202 | 006806-1161-004A<br>A T & T CAMPUSWIDE<br>P O BOX 67000<br>DEPT 56701<br>DETROIT MI 48267-0567 | 006807-1161-004A<br>A V I SYSTEMS, INC<br>11521 W 79TH ST<br>LENEXA KS 66214-1410 | 006808-1161-004A<br>A W CHESTERTON CO<br>MIDDLESEX INDUSTRIAL PK RTE 93<br>STONEHAM MA 02180 |
| 006809-1161-004A<br>A W CHESTERTON CO<br>P O BOX 3351<br>BOSTON MA 02241-0001 | 031951-1161-004A<br>A WILFRED LANGLOIS CUST FOR<br>ROBERT POINEAU UNDER MA UNIF<br>GIFTS TO MINORS ACT<br>273 WOOD STREET<br>NEW BEDFORD MA 02745-5600 | 030078-1161-004A<br>A WILLIAM HIGHFIELD CUST FOR<br>MICHAEL C HIGHFIELD U/N<br>UNIF GIFTS TO MINORS ACT<br>20408 OZONE BLVD<br>SOUTH BEND IN 46614-5000 | 006810-1161-004A<br>A WILLIAM ZAVERELLO CO<br>313 S HIGH STREET<br>AKRON OH 44308 |
| 006811-1161-004A<br>A&A MARKING PRODUCTS<br>100 INDIAN SPRINGS RD<br>P.O. BOX 909<br>WEST BARNSTABLE MA 02668 | 006812-1161-004A<br>A&A MARKING SYSTEMS<br>P.O. BOX 186<br>WEST BARNSTABLE MA 02668 | 006813-1161-004A<br>A&A MFG CO INC<br>P O BOX 88709<br>MILWAUKEE WI 53288-0001 | 006805-1161-004A<br>A&B RECYCLING INC<br>212 FIRST STREET<br>FORT OGLETHORPE GA 30742 |
| 006814-1161-004A<br>A&M ASSOCIATES<br>540 KENNETH WELCH DRIVE<br>LAKEVILLE MA 02347 | 030016-1161-004A<br>A&M TOOL & DIE CO INC<br>P.O. BOX 400<br>SOUTHBRIDGE MA 01550 | 006815-1161-004A<br>A-1 AIR CONDITIONING & HEATING<br>DUPLICATE**** USE 210025<br>*** DO NOT USE | 006816-1161-004A<br>A-1 AUTOMOTIVE<br>2107 COLISEUM BLVD WEST<br>FORT WAYNE IN 46805 |
| 006817-1161-004A<br>A-1 FOTO LAB AND STUDIO INC<br>700 BOSTON ROAD<br>BILLERICA MA 01821 | 006818-1161-004A<br>A-1 PLUMBING HEATING & SEWER SERVER<br>4470 BALLARD ROAD<br>FOREST PARK MA 30297 | 006819-1161-004A<br>A-1 SAFE HIRE, INC<br>2383 HIGHWAY 138 EAST<br>STOCKBRIDGE GA 30281 | 042308-1161-004A<br>A-ABBEY METALS INT'L<br>ATTN: IRWIN SHADROW, PRES<br>16291 DORILEE LANE<br>ENCINO CA 91436 |
| 006820-1161-004A<br>A-COPY<br>P.O. BOX 30069<br>HARTFORD CT 06150 | 006167-1161-004A<br>A. M. ZHEN<br>300 BOYLSTON STREET 1104<br>BOSTON MA 02116 | 006821-1161-004A<br>A.A. BILLIAN CO, INC<br>2330 BEACON ST<br>FT. WAYNE IN 46805 | 006822-1161-004A<br>A.G. ADJUSTMENTS LTD<br>1600 OLD COUNTRY ROAD<br>P.O. BOX 9109<br>PLAINVIEW NY 11803 |

**POLAROID CORP.**
**EXHIBIT B**

Page #: 5 of 1312                                                                                                                05/17/02  12:23:26 PM

| | | | |
|---|---|---|---|
| 004935-1161-004A<br>A L LARSEN, INC<br>21 DRYDOCK AVENUE<br>BOSTON MA 02210 | 006823-1161-004A<br>A R M PRINTING<br>192 GREEN STREET<br>MELROSE MA 02176 | 005583-1161-004A<br>A S JOHAR<br>4, CHANAN SINGH PARK, KIRBY PLACE<br>DELHI CANTT<br>NEW DELHI 110010<br>DELHI, INDIA | 006824-1161-004A<br>A S & K SERVICES LTD<br>41 CEDAR AVENUE<br>P O BOX HM 1179<br>HAMILTON HM EX<br>BMJ |
| 006825-1161-004A<br>A S G, INC<br>92 MONTVALE AVENUE<br>STONEHAM MA 02180 | 006826-1161-004A<br>AA COMPUTECH, INC<br>28210 AVENUE CROCKER<br>STE 306<br>VALENCIA CA 91355 | 006827-1161-004A<br>AAA CAROLINAS<br>6600 EXECUTIVE CIRCLE<br>CHARLOTTE NC 28229 | 027490-1161-004A<br>AAA COMMUNICATIONS<br>3500 E 17TH AVE , SUITE 125<br>DENVER CO 80206-1898 |
| 006828-1161-004A<br>AAA FORT WAYNE CONNECTION<br>LIMOUSINE SERVICE<br>2410 W JEFFERSON BLVD<br>FORT WAYNE IN 46802 | 006829-1161-004A<br>AAA MAILING SERVICE<br>215 METRO DRIVE<br>JEFFERSON CITY MO 65109 | 006830-1161-004A<br>AAA METAL CO INC<br>68 INDUSTRIAL BLVD<br>HANSON MA 02341-1547 | 006831-1161-004A<br>AAA PHOTOGRAPHIC STUDIO<br>36 FIRST STREET<br>SAN FRANCISCO CA 94105 |
| 006832-1161-004A<br>AAA POLICE SUPPLY<br>940 PROVIDENCE HWY<br>DEDHAM MA 02026-6806 | 041409-1161-004A<br>BEHZAD AALAEI<br>1200 BURBERRY CT #119<br>LAFAYETTE IN 47905 | 041408-1161-004A<br>BEHZAD & SOPHIE AALAEI<br>1200 BURBERRY CT #119<br>LAFAYETTE IN 47905 | 041410-1161-004A<br>SOPHIE AALAEI<br>1200 BURBERRY CT #119<br>LAFAYETTE IN 47905 |
| 006833-1161-004A<br>AALBORG INDUSTRIES<br>5300 KNOWLEDGE PARKWAY<br>ERIE PA 16510 | 006834-1161-004A<br>AALBORG INDUSTRIES INC<br>P O BOX 641948<br>PITTSBURGH PA 15264-1948 | 006835-1161-004A<br>AALCO DISTRIBUTING CO.INC<br>909 GRANT AVENUE<br>FORT WAYNE IN 46803 | 006836-1161-004A<br>AAMVA<br>P O BOX 0220<br>WASHINGTON DC 20055 |
| 006837-1161-004A<br>AAMVA '96<br>P O BOX 0220<br>WASHINGTON DC 20055 | 006168-1161-004A<br>AAMVA INC<br>4301 WILSON BLVD STE 400<br>ARLINGTON VA 22203-1867 | 027497-1161-004A<br>AAMVA INC<br>P O BOX 79702<br>BALTIMORE MD 21279 | 006838-1161-004A<br>AAMVA INC<br>P O BOX 0220<br>WASHINGTON DC 20060 |
| 006839-1161-004A<br>AAMVA REGION I INC<br>7 MONROE AVE<br>LATHAM NY 12110 | 006840-1161-004A<br>AAMVA REGION I INC<br>DIVISION OF MOTOR VEHICLES<br>P O BOX 698<br>DOVER DE 19903 | 006841-1161-004A<br>AAMVA REGION II INC<br>105 DIANE DRIVE<br>PRATTVILLE AL 36066 | 006842-1161-004A<br>AAMVA REGION III<br>XXXXXX |
| 006843-1161-004A<br>AAMVA REGION III<br>XXXXXX | 006844-1161-004A<br>AAMVA REGION III INC<br>6833 VALIANT DRIVE<br>WINDSOR WI 53598 | 006845-1161-004A<br>AAMVA REGION IV INC<br>344 WOODBINE BLVD SW<br>CALGARY AB T2W 4K7<br>CA | 006846-1161-004A<br>AAMVA REGION IV INC 2001ARC<br>DEPT OF CUSTOMER SERVICES<br>P O BOX 30300<br>HONOLULU HI 96820-0300 |

POLAROID CORP.
EXHIBIT B

| | | |
|---|---|---|
| 030990-1161-004A<br>FERN KATHERINA TEZEL<br>619 MANATEE BAY<br>CAPE CANAVERAL FL 32920-4323 | 037416-1161-004A<br>ELEANOR FERNALD<br>Requests for address information must be made to the counsel for the Debtors. | 037417-1161-004A<br>JANICE FERNALD<br>Requests for address information must be made to the counsel for the Debtors. |
| 040280-1161-004A<br>JUVINAL M FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. | 013468-1161-004A<br>EDILIA R FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. | 013469-1161-004A<br>FRANCISCA FERNANDES<br>20 LINDEN PARK DR<br>RANDOLPH MA 02368 |
| 013470-1161-004A<br>JOSE M H FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. | 013471-1161-004A<br>JOSEFA S FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. | 013472-1161-004A<br>JULIA FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. |
| 013473-1161-004A<br>MARIA S FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. | 013474-1161-004A<br>MARIANA M. FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. | 013475-1161-004A<br>QUINTILIO FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. |
| 013476-1161-004A<br>FERNANDEZ Y FERNANDEZ S.A.<br>PO BOX 5088<br>HIALEAH FL 33014 | 013477-1161-004A<br>SCOT FERNANDEZ<br>4276 IRONWOOD CIRCLE<br>LIVERPOOL NY 13090 | 034367-1161-004A<br>FERNANDO BOU<br>1000 S MOUNTVALE CT<br>ANAHEIM HILLS CA 92808-2107 |
| 037420-1161-004A<br>JOSEPHINE FEROLITO<br>Requests for address information must be made to the counsel for the Debtors. | 037421-1161-004A<br>ROSE FEROLITO<br>Requests for address information must be made to the counsel for the Debtors. | 013479-1161-004A<br>FERRANIA USA INC<br>2000 E FRONTAGE ROAD<br>WEATHERFORD OK 73096 |
| 037422-1161-004A<br>RICHARD FERRANTE<br>Requests for address information must be made to the counsel for the Debtors. | 013480-1161-004A<br>MATTHEW J FERRARA<br>683 RAMPART LANE<br>MURFREESBORO TN 37128 | 013481-1161-004A<br>OLGA FERRARA<br>666 METROPOLITAN AV<br>HYDE PARK MA 02136-3169 |
| 003276-1161-004A<br>ANGELA FERRARI<br>Requests for address information must be made to the counsel for the Debtors. | 013482-1161-004A<br>JOAN FERRARI<br>Requests for address information must be made to the counsel for the Debtors. | 042279-1161-004A<br>ARTHUR FERREIRA<br>2942 WOODCREST DRIVE<br>SARASOTA FL 34239 |

| | | |
|---|---|---|
| | | 040279-1161-004A<br>DAVID FERNALD<br>Requests for address information must be made to the counsel for the Debtors. |
| | | 037419-1161-004A<br>GEORGE FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. |
| | | 013472-1161-004A<br>LESTER S FERNANDES<br>Requests for address information must be made to the counsel for the Debtors. |
| | | 003272-1161-004A<br>FERNANDES, LESTER<br>1400 WORCESTER RD #7122<br>FRAMINGHAM MA 01702 |
| | | 013478-1161-004A<br>FERNANDO VELEZ<br>CALLE EL PASEO 114<br>GRAN VISTA<br>GURABO PR 00778 |
| | | 000756-1161-004A<br>FERRANIA USA INC<br>ATTN: KERI LOWBER, CREDIT MGR<br>DEPT #60122<br>OKLAHOMA CITY OK 73196-0122 |
| | | 016444-1161-004A<br>JOHN FERRARI<br>77 AUBURN STREET<br>SAUGUS MA 02194 |
| | | 037424-1161-004A<br>AGNES FERREIRA<br>Requests for address information must be made to the counsel for the Debtors. |

POLAROID CORP.
EXHIBIT B

Page # : 607 of 1312                                                                                                 05/17/02 12:24:48 PM

| | | |
|---|---|---|
| 016493-1161-004A<br>JOHN WEATHERS<br>Requests for address information must be<br>made to the counsel for the Debtors. | 033483-1161-004A<br>JOHN WESTERHOFF & ROGER<br>WESTERHOFF JT TEN<br>ATTN JOHN DUCK<br>15 PROSPECT ST<br>SOUTHAMPTON NY 11968-3315 | 016494-1161-004A<br>JOHN WHYTE<br>96 GLENGARRY STREET<br>STRATHAM NH 03885 | 016495-1161-004A<br>JOHN WILEY & SONS INC<br>P.O BOX 18684<br>NEWARK NJ 07191 |
| 016496-1161-004A<br>JOHN WILEY & SONS INC<br>P O BOX 7247-0432<br>PHILADELPHIA PA 19170-0001 | 016497-1161-004A<br>JOHN WILEY & SONS, INC<br>ONE WILEY DRIVE<br>SOMERSET NJ 08875-1272 | 016498-1161-004A<br>JOHN WILKENS<br>P O BOX 19048<br>GREENVILLE SC 29602 | 033597-1161-004A<br>JOHN WOLBARST<br>790 BOYLSTON ST APT 11-B<br>BOSTON MA 02199-7911 |
| 033717-1161-004A<br>JOHN ZEMINER<br>2288 21ST AVE<br>SAN FRANCISCO CA 94116-1703 | 037974-1161-004A<br>EVELYN JOHN<br>Requests for address information must be<br>made to the counsel for the Debtors. | 033488-1161-004A<br>JOHNATHAN A WEXLER<br>8 SUNLIT PATH<br>CORTLANDT MANOR NY 10567-6128 | 016499-1161-004A<br>JOHNATHON HARDAWAY<br>5562 HOBART ST. S-A6<br>PITTSBURGH PA 15217 |
| 016500-1161-004A<br>JOHNNY MEAH<br>1218 MCMULLEN LOOP<br>RIVERVIEW FL 33569 | 016501-1161-004A<br>JOHNNY WATKINS | 016502-1161-004A<br>JOHNS PAINTING<br>& DECORATING CO INC<br>9430 CAMBERWELL DRIVE<br>FORT WAYNE IN 46804 | 037975-1161-004A<br>GOLDIE JOHNS<br>Requests for address information must be<br>made to the counsel for the Debtors. |
| 040427-1161-004A<br>BRENDA A JOHNSON<br>Requests for address information must be<br>made to the counsel for the Debtors. | 040428-1161-004A<br>CLYDE G JOHNSON<br>Requests for address information must be<br>made to the counsel for the Debtors. | 040429-1161-004A<br>ELAINE JOHNSON<br>Requests for address information must be<br>made to the counsel for the Debtors. | 040430-1161-004A<br>JAMES P JOHNSON<br>Requests for address information must be<br>made to the counsel for the Debtors. |
| 040431-1161-004A<br>JOSEPH JOHNSON<br>Requests for address information must be<br>made to the counsel for the Debtors. | 040432-1161-004A<br>RONALD S JOHNSON<br>Requests for address information must be<br>made to the counsel for the Debtors. | 028574-1161-004A<br>JOHNSON CHU<br>R R 3 BOX 396<br>MONTICELLO IN 47960-9448 | 016503-1161-004A<br>JOHNSON CONTROLS INC<br>1 HARRY STREET<br>CRANSTON RI 02907-3128 |
| 016504-1161-004A<br>JOHNSON CONTROLS INC<br>DRAWER 242<br>MILWAUKEE WI 53278 | 001022-1161-004A<br>JOHNSON CONTROLS INC<br>P.O. BOX 905240<br>CHARLOTTE NC 28290-0001 | 003626-1161-004A<br>JOHNSON CONTROLS, INC. (A-15,689)<br>CARDKEY SYSTEMS, INC.<br>1757 TAPO CANYON ROAD<br>SIMI VALLEY CA 93063 | 016505-1161-004A<br>JOHNSON COUNTY TREASURER<br>P O BOX 2902<br>SHAWNEE MISSION KS 66201-1302 |
| 040433-1161-004A<br>LAWRENCE W JOHNSON<br>Requests for address information must be<br>made to the counsel for the Debtors. | 042212-1161-004A<br>JOHN C JOHNSON JR<br>325 RAWLINS ROAD<br>MACON GA 31217 | 016506-1161-004A<br>CHARLES E JOHNSON JR<br>Requests for address information must be<br>made to the counsel for the Debtors. | 042120-1161-004A<br>NORMAN & MARGARET JOHNSON JT WROS<br>92 HIGGINS ROAD<br>PRESQUE ISLE ME 04769-5005 |

```
Page # : 723 of 1312                                                                                    05/17/02 12:25:04 PM

POLAROID CORP.
EXHIBIT B

018029-1161-004A              003839-1161-004A              018030-1161-004A
MADICO INC                    MADICO, INC. (A-14,837)       MAUREEN C MADIGAN
P.O. BOX 3-0399               P.O. BOX 4023                 Requests for address information must be
WOBURN MA 01815-0399          WOBURN MA 01888               made to the counsel for the Debtors.

018031-1161-004A              003840-1161-004A              018034-1161-004A
MADISON COUNTY TAX COLLECTOR  CHRISTINE MADIGAN             MADISON FILTER INC
100 NORTHSIDE SQUARE          Requests for address information must be   4563 JORDAN ROAD
HUNTSVILLE AL 35801-4820      made to the counsel for the Debtors.       P O BOX 238
                                                            SKANEATELES FALLS NY 14453

018035-1161-004A              018033-1161-004A              018037-1161-004A
MADISON INDUSTRIES INC        MADISON COUNTY TREASURER      RICHARD F MADISON
OLD WATERWORKS ROAD           PO BOX 675                    Requests for address information must be
P O BOX 175                   LONDON OH 43140-0675          made to the counsel for the Debtors.
OLD BRIDGE NJ 08857

038364-1161-004A              002343-1161-004A              040554-1161-004A
MARTIN MADOFF                 RICHARD MADISON               NORBERT MADRY
Requests for address information must be   72 MT. VERNON STREET         Requests for address information must be
made to the counsel for the Debtors.       ARLINGTON MA 02476           made to the counsel for the Debtors.

018038-1161-004A              038365-1161-004A              028315-1161-004A
MADS INC                      DAVID MADORE                  MAE L BRUNELL
10 COMMERCE UNIT 9            Requests for address information must be   987 S MAPLE
BEDFORD NH 03110-4835         made to the counsel for the Debtors.       GLEN ROCK NJ 07452-2820

038366-1161-004A              040555-1161-004A              003844-1161-004A
INCORONATA MAENHOUT           DEAN M MADSEN                 MAERSK SEALAND
Requests for address information must be   Requests for address information must be   BLACK FALCON PIER
made to the counsel for the Debtors.       made to the counsel for the Debtors.       BOSTON MA

000072-1161-004A              003842-1161-004A              018039-1161-004A
MARTIN A. MAFFEO              MAERSK INC                    FLORANTE M MAGABARU
58 EVERGREEN RD               6000 CARNEGIE BLVD            Requests for address information must be
NATICK MA 01760               CHARLOTTE NC 28209            made to the counsel for the Debtors.

018040-1161-004A              003846-1161-004A              018042-1161-004A
GORDON A MAGDALENA            MARTIN A. MAFFEO              MAGNA DATA CORPORATION
1413 BIDWELL DR               Requests for address information must be   1225 JOHNSON FERRY RD
AUSTIN TX 78729-7421          made to the counsel for the Debtors.       MARIETTA GA 30068

                              040586-1161-004A
                              JOHN J MAGENHEIMER
                              Requests for address information must be
                              made to the counsel for the Debtors.
```

POLAROID CORP.
EXHIBIT B

| ID | Name / Address |
|---|---|
| 018150-1161-004A | ANTHONY J MANIGLIA — Requests for address information must be made to the counsel for the Debtors. |
| 040568-1161-004A | DAVID A MANISCALCO — Requests for address information must be made to the counsel for the Debtors. |
| 018151-1161-004A | MANITOBA TELEPHONE SYSTEM MTS COMMUNICATIONS, PO BOX 7500, WINNIPEG 0R3C 3B5, MANITOBA |
| 042444-1161-004A | DAVID MANKA, 4030 NILES HILL RD, WELLSVILLE NY 14895 |
| 018152-1161-004A | MANLEY PRESTON GEORGE, 216 BRYANT ROAD, PENSACOLA FL 32507 |
| 038401-1161-004A | JAMES MANLEY — Requests for address information must be made to the counsel for the Debtors. |
| 038400-1161-004A | MARGARET MANLEY — Requests for address information must be made to the counsel for the Debtors. |
| 018153-1161-004A | THOMAS MANLEY, 21 NEW FITCHBURG RD, WEST TOWNSEND MA 01474 |
| 018154-1161-004A | AMY B MANLY — Requests for address information must be made to the counsel for the Debtors. |
| 018155-1161-004A | HAROLD I MANN III — Requests for address information must be made to the counsel for the Debtors. |
| 038401-1161-004A | HORACE MANN JR — Requests for address information must be made to the counsel for the Debtors. |
| 042847-1161-004A | HENRY L MANN, 143 NORTH STREET, UPTON MA 01568-1508 |
| 038400-1161-004A | ALICE MANN — Requests for address information must be made to the counsel for the Debtors. |
| 018156-1161-004A | BRENT MANN, 9079 5TH STREET, BARODA MI 49022 |
| 038404-1161-004A | EDWARD MANN — Requests for address information must be made to the counsel for the Debtors. |
| 038402-1161-004A | JOHN MANN — Requests for address information must be made to the counsel for the Debtors. |
| 038405-1161-004A | NANCY MANN — Requests for address information must be made to the counsel for the Debtors. |
| 038403-1161-004A | NORMA MANN — Requests for address information must be made to the counsel for the Debtors. |
| 018157-1161-004A | NORMA MANN — Requests for address information must be made to the counsel for the Debtors. |
| 038407-1161-004A | WINIFRED MANN — Requests for address information must be made to the counsel for the Debtors. |
| 038409-1161-004A | GUY MANNARINO SR — Requests for address information must be made to the counsel for the Debtors. |
| 018158-1161-004A | MANNESMANN REXROTH CORP, P.O. BOX 70180, CHICAGO IL 60673-0180 |
| 018159-1161-004A | MANNING & NAPIER INFO SERVICES, 1100 CHASE SQUARE, ROCHESTER NY 14604-1905 |
| 018160-1161-004A | MANNING & NAPIER INFO SERVICES, P O BOX 39503, ROCHESTER NY 14604 |
| 003859-1161-004A | MANNING & NAPIER INFORMATION SERVICES, A-13879, 1100 CHASE 14604 SQUARE, ROCHESTER NY |
| 038410-1161-004A | DAVID MANNING — Requests for address information must be made to the counsel for the Debtors. |
| 038414-1161-004A | HELEN MANNING — Requests for address information must be made to the counsel for the Debtors. |
| 018161-1161-004A | JAMES J MANNING — Requests for address information must be made to the counsel for the Debtors. |
| 038415-1161-004A | JOHN MANNING JR — Requests for address information must be made to the counsel for the Debtors. |
| 038860-1161-004A | JOSEPH G MANNING — Requests for address information must be made to the counsel for the Debtors. |
| 018162-1161-004A | MARIA L MANNING, 59 WINCHESTER ROAD, NEWTON MA 02458 |
| 038413-1161-004A | MICHAEL MANNING — Requests for address information must be made to the counsel for the Debtors. |

POLAROID CORP.
EXHIBIT B

Page # : 1288 of 1312                                           05/17/02 12:26:21 PM

| | | |
|---|---|---|
| 031947-1161-004A<br>WILLIAM T PLUMMER<br>Requests for address information must be made to the counsel for the Debtors. | 032162-1161-004A<br>WILLIAM T REYNOLDS<br>P O BOX 99<br>MANOMET MA 02345-0099 | 032163-1161-004A<br>WILLIAM T REYNOLDS III<br>P O BOX 99<br>MANOMET MA 02345-0099 | 032208-1161-004A<br>WILLIAM T RILEY JR &<br>MARGARET MARY RILEY TEN ENT<br>8848 HAVEN HILL COURT<br>LAUREL MD 20723-1031 |
| 032207-1161-004A<br>WILLIAM T RILEY JR CUST FOR<br>SCOTT E RILEY UNDER THE<br>MARYLAND UNIFORM GIFTS TO<br>MINORS ACT<br>8848 HAVEN HILL COURT<br>LAUREL MD 20723-1031 | 034621-1161-004A<br>WILLIAM T WOODALL JR<br>6163 PRITCHETT DR<br>POWDER SPRINGS GA 30127-0212 | 033656-1161-004A<br>WILLIAM T YASUTAKE & MRS<br>FUMI YASUTAKE JT TEN<br>19031 104TH NE<br>BOTHELL WA 98011-2924 | 026859-1161-004A<br>WILLIAM T REARDON<br>7305 WRANGLER TRAIL<br>FT WAYNE IN 46835 |
| 034486-1161-004A<br>WILLIAM TORTOLA<br>Requests for address information must be made to the counsel for the Debtors. | 033195-1161-004A<br>WILLIAM TRINKNER<br>30-14 92ND ST<br>JACKSON HEIGHTS NY 11369-1733 | 030534-1161-004A<br>WILLIAM V KING CUST FOR<br>STEVEN M KING UNDER THE<br>WASHINGTON UNIFORM GIFTS TO<br>MINORS ACT<br>512-108TH SE<br>BELLEVUE WA 98004-6616 | 035864-1161-004A<br>WILLIAM VENTRELLI<br>1755 BRIDGE RD<br>EASTHAM MA 02642-3224 |
| 034016-1161-004A<br>WILLIAM W HEARD<br>1605 CYPRESS WOODS CIRCLE<br>ST CLOUD FL 34772-7445 | 031226-1161-004A<br>WILLIAM W MCCLURE CUST FOR<br>ANDREW HERRICK MCCLURE UNDER<br>OH UNIF GIFTS TO MINORS ACT<br>434 STANBERY DR<br>BEXLEY OH 43209-1060 | 031894-1161-004A<br>WILLIAM W PHILLIPS CUST<br>WILLIAM ANDREW PHILLIPS UNDER<br>THE CA UNIF TRAN MIN ACT<br>1059 VAQUERO RD<br>PEBBLE BEACH CA 93953-2752 | 033571-1161-004A<br>WILLIAM W WILSON III<br>9 STRAWBERRY HILL ROAD<br>NATICK MA 01760-3634 |
| 034483-1161-004A<br>WILLIAM WALTON MCCOMBS<br>7632 MALACHITE AVE<br>RANCHO CUCAMONGA CA 91730-3512 | 026860-1161-004A<br>WILLIAM WEGMAN<br>239 WEST 18TH STREET<br>NEW YORK NY 10011 | 026861-1161-004A<br>WILLIAM WILKINSON<br>NBS IMAGING SYSTEMS, INC.<br>310 CHESTNUT ST.<br>JEFFERSON CITY MO 65101 | 028202-1161-004A<br>WILLIAM X BOURLIER<br>3812 PT TREMBLE<br>LOT 6<br>ALGONAC MI 48001-4805 |
| 026862-1161-004A<br>WILLIAM AUDREY BRUNET<br>701 HILLDALE AVE<br>SOUTH HAMPTON NH 03827-3512 | 026863-1161-004A<br>WILLIAMS | 026864-1161-004A<br>WILLIAMS<br>2020 SWIFT DRIVE<br>OAKBROOK IL 60521 | 026865-1161-004A<br>WILLIAMS<br>5601 FULTON INDUSTRIAL BLVD.<br>ATLANTA GA 30378 |
| 033552-1161-004A<br>WILLIAMS & CO<br>"..THE BANK OF NEW YORK<br>P O BOX 11203<br>NEW YORK NY 10286-1203 | 040985-1161-004A<br>BRUCE S WILLIAMS<br>Requests for address information must be made to the counsel for the Debtors. | 040986-1161-004A<br>CATHERINE A WILLIAMS<br>Requests for address information must be made to the counsel for the Debtors. | 040987-1161-004A<br>DENNIS WILLIAMS<br>Requests for address information must be made to the counsel for the Debtors. |
| 040988-1161-004A<br>DONNA M WILLIAMS<br>Requests for address information must be made to the counsel for the Debtors. | 040989-1161-004A<br>DONNA M WILLIAMS | 040990-1161-004A<br>ELIZABETH M WILLIAMS<br>Requests for address information must be made to the counsel for the Debtors. | 040991-1161-004A<br>JEANNIE F WILLIAMS<br>Requests for address information must be made to the counsel for the Debtors. |