IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
POLAROID CORPORATION,         :    Case No. 01-10864 (PJW)
    et al.,                   :
                              :    Jointly Administered
            Debtors.          :
                              :
- - - - - - - - - - - - - - - x
```

**NOTICE OF FILING OF**
**AFFIDAVITS OF PUBLICATION**

PLEASE TAKE NOTICE that on May 31, 2002, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the attached **Affidavits of Publication of Notice of Auction and Sale Hearing**.

Dated:   Wilmington, Delaware
         May 31, 2002

David S. Kurtz
Eric W. Kaup
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM (ILLINOIS)
333 West Wacker Drive
Chicago, Illinois  60606-1285
(312) 407-0700

- and -

Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers  (I.D. No. 4083)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

Attorneys for the Debtor and
Debtor-in-Possession

# EXHIBIT A

SEC. ( PG 8

**The New York Times**

229 WEST 43RD STREET • NEW YORK, NY 10036-3959

## CERTIFICATION OF PUBLICATION

May 22, 20 02

I, **Cathy Zike**, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

May 17, 20 02

Cathy Zike

Approved: Michael B. Nulty

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
POLAROID CORPORATION, et al.,
   Debtors.

Chapter 11
Case No. 01-10864 (PJW)
Jointly Administered
Related Docket No. 655

### NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE THAT:**

Pursuant to the Order Under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6004 (I) Approving Bidding Procedures, Termination Payment, and Expense Reimbursement in Connection with the Proposed Sale of Substantially All of the Debtors' Assets, (II) Scheduling a Hearing Date, Auction, and Bidding and Objection Deadlines in Connection with Such Sale, and (III) Approving Form and Manner of Notice Thereof (the "Procedures Order"), approved by the United States Bankruptcy Court for the District of Delaware (the "Court") on May 10, 2002, Polaroid Corporation and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), will conduct an auction of substantially all of the Debtors' assets (the "Acquired Assets") and unexpired leases and executory contracts (the "Assumed Contracts").

**The Sale.** Under the terms of the Asset Purchase Agreement (the "Agreement") by and among certain of the Debtors, as sellers (collectively, the "Sellers"), and OEP Imaging Corporation (the "Purchaser"), the Debtors are selling the Acquired Assets and assuming and assigning the Assumed Contracts to the Purchaser, free and clear of liens, claims, encumbrances and interests (except for certain express assumed liabilities and permitted encumbrances), subject to higher and better offers and Court approval.

**The Auction.** The Debtors will conduct an Auction for the Acquired Assets and the Assumed Contracts (the "Auction") beginning on June 28, 2002, at 9:00 a.m. (prevailing Eastern time) at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036. All interested parties are invited to prequalify for the Auction and to present competing offers to purchase the Acquired Assets and the Assumed Contracts in accordance with the Bidding Procedures (as defined).

**Bidding Procedures.** Attendance and participation at the Auction is subject to certain terms, conditions, and procedures described in the Procedures Order (collectively, the "Bidding Procedures"). All capitalized terms not otherwise defined herein have the meaning ascribed to them in the Bidding Procedures or the Procedures Order (as applicable).

The Auction. If the Debtors receive a Qualified Bid, the Debtors will conduct the Auction. Bidding at the Auction will commence with the Highest Qualified Bid and continue in increments of not less than $1,000,000 until all parties have made their final offers. At the conclusion of the bidding, the Debtors will announce the same to the Court at the Sale Hearing (as hereinafter defined) and proceed with a sale of the Acquired Assets and the Assumed Contracts to the Purchaser under the Agreement. If, however, the Debtors receive one or more Qualified Bids and the Auction is conducted, the Debtors will notify the Court of the results of the Auction and proceed with a sale to the Successful Bidder. The Debtors will have accepted a bid only when the bid has been approved by the Court at the Sale Hearing.

**The Sale Hearing.** A hearing to approve the Sale of the Acquired Assets and the assumption and assignment of the Assumed Contracts (the "Sale Hearing") to the highest and best bidder will be held on June 28, 2002 at 9:00 a.m. at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, before the Honorable Peter J. Walsh, Chief United States Bankruptcy Judge.

**Objections to the Sale of the Acquired Assets.** Any objection to the sale of the Acquired Assets and the assumption and assignment of the Assumed Contracts must be in writing, conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, set forth the name of the objector, set forth the nature and amount of the objector's claims against or interest in the Debtors' estates or property of the estate, set forth the legal and factual basis for the objection and the specific grounds therefore, and be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 and served so as to be received by (i) Skadden, Arps, Slate, Meagher & Flom LLP One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Attention: Gregg M. Galardi, Esq.; (ii) Dechert, 30 Rockefeller Plaza, New York, New York 10112, Attention: Joel H. Levitin, Esq.; (iii) Davis, Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Attention: Marshall S. Huebner, Esq.; (iv) Morgan, Lewis & Bockius, 101 Park Avenue, New York, New York 10178, Attention: Robert Schieble, Esq.; (v) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, 1000 West Street, P.O. Box 391, Wilmington, Delaware 19801, Attention: Brendan Linehan Shannon, Esq. and Allen, Gump, Strauss, Hauer & Feld, LLP, 590 Madison Avenue, New York, New York 10022, Attention: Fred Hodara, Esq.; (vi) Greenberg Traurig, LLP The Brandywine Building, 1000 West Street, Suite 1540, Wilmington, Delaware 19801, Attention: Scott D. Cousins, Esq. and Scott Salem, Esq.; and (vii) the Office of the United States Trustee, J. Caleb Boggs, Federal Office Building, 844 King Street, Suite 2313, Wilmington, Delaware 19801, Attention: Mark S. Kenney, Esq., by 4:00 p.m. (prevailing Eastern time) on June 21, 2002.

This notice is qualified in its entirety by the Procedures Order. All persons and entities are urged to read the Procedures Order and the provisions thereof carefully. To the extent this notice is inconsistent with the Procedures Order, the terms of the Procedures Order shall govern.

Copies of the Procedures Order, the Agreement and the motion seeking approval of the same are available from KCC Office Solutions, 901 North Market Street, Suite 718, Wilmington, Delaware 19801, telephone number (302) 777-4500.

Dated: Wilmington, Delaware
May 10, 2002

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Gregg M. Galardi (I.D. No. 2991)
Eric M. Davis (I.D. No. 3621)
One Rodney Square
Wilmington, Delaware 19899-0636

Attorneys for Debtors and
Debtors-in-Possession