# EXHIBIT B

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, Gary Morris, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper published and of general circulation in the City and County of New York, New York, City of Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that the attached Notice has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): 5/17/02 advertiser: Polaroid Corporation and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_Gary Morris_

Sworn to before me this
17th day of May 2002

_Mitchell E. [signature]_
Notary Public

STATE OF TEXAS          )
                        ) ss:
CITY AND COUNTY OF DALLAS)

I, Gary Morris, being duly sworn, depose and say that I am the

Publisher of THE WALL STREET JOURNAL , a daily newspaper

and of general circulation in the City and County of New York,

Naperville, DuPage County, Illinois, and in the city and county of

the attached Notice has been regularly published in THE WALL STREET JOURNAL

national distribution for one insertion(s) on the following date(s)

Polaroid Corporation and that the foregoing statements are true to

my knowledge, information, and belief.

Sworn to before me this
17th day of May 2002

_____
Notary Public