# EXHIBIT C

283167.01-Wilmington S1A

## TO GLOBE NEWSPAPER CO., DR.

*For Advertising in the BOSTON GLOBE*

*Polaroid Corporation*

**LEGAL NOTICE**



I, Susan M. Boulang[er] ... Newspaper Co., publis[her] ... newspaper 1x Time,

Personally app[eared] ... subscribed to by her is ... Suffolk ss.