| IMPORTANT NOTICE |  |
|---|---|

Corporate Benefits
1265 Main Street
Waltham, MA 02451

July 2, 2002,

Dear Polaroid Plan Participant,

In anticipation of the upcoming sale by Polaroid Corporation of substantially all of the Company's assets, it is important that you be advised of the impact to your health and welfare benefits.

As you may know, One Equity Partners was the successful bidder at an auction held on June 26, 2002 to acquire substantially all of the Company's assets. Under the asset purchase agreement, employees on long-term disability will not be hired by One Equity Partners. Consequently, as of the date of the closing expected in late July 2002, you will be terminated from Polaroid Corporation and your group medical, dental and life insurance benefits will end. However, your long-term disability benefits are insured benefits and should continue for as long as you remain LTD eligible.

Under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), participants who are terminated from group coverage may be eligible to continue participation in medical and dental plans for a specific period of time. The new employer will extend COBRA coverage to you. If you elect COBRA coverage you would be responsible for paying the entire premium plus a 2% administrative fee (102% of the cost of the plan).

Upon the sale of substantially all of the assets of Polaroid Corporation, you will receive complete information on COBRA continuation. You will also receive information regarding life insurance conversion with John Hancock.

We strongly urge you to explore alternatives available to you for your health and welfare benefits. Enclosed is a list of resources you may find helpful.

Sincerely,

Corporate Benefits
Polaroid Corporation