UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO,

Plaintiffs,

vs.

POLAROID CORPORATION and NEAL GOLDMAN,

Defendants.

CIVIL ACTION NO. 03-11275-MLW

## STIPULATION OF PLAINTIFFS AND POLAROID CORPORATION REGARDING TIMING OF RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs Sally Ferrari, Elaine Johnson, John Magenheimer, Elizabeth Williams and David A. Maniscalco ("Plaintiffs") and defendant Polaroid Corporation hereby stipulate and agree as follows:

1. Defendant Polaroid Corporation shall have until January 9, 2004 to answer, move or otherwise respond to Plaintiffs' Amended Complaint.

2. Defendant Neal Goldman is not a signatory to this Stipulation.

FOR PLAINTIFFS:

*Laurie A. Frankl (by MGC)*
Harvey Schwartz, Esq. [BBO#448080]
Laurie A. Frankl, Esq. [BBO#647181]
RODGERS, POWERS & SCHWARTZ L.L.P.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010

FOR POLAROID CORPORATION:

*[signature]*
Richard D. Glovsky, Esq. [BBO #195820]
Marni G. Caputo, Esq. [BBO#650590]
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8012

DATED: November 24, 2003

863695.1.50 11/24/2003 2:10 PM

LIBA/1297123.1