# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID MANISCALCO, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 03-11275-MLW |
| v. | ) ) | |
| POLAROID CORPORATION and NEIL GOLDMAN, | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiffs Sally Ferrari, Elaine Johnson, John Magenheimer, Elizabeth Williams, and David Maniscalco (collectively, the "Plaintiffs") and Defendants Polaroid Corporation and Neil Goldman ("Goldman") hereby stipulate that the time within which Goldman shall be required to respond to the Plaintiffs' Amended Complaint shall be extended to and including February 13, 2004.

Respectfully submitted,

/s/ Harvey A. Schwartz
Harvey A. Schwartz, BBO #448080
Laurie A. Frankl, BBO #647181
RODGERS, POWERS AND SCHWARTZ, LLP
18 Tremont Street, Suite 500
Boston, MA  02108
(617) 742-7010

Attorneys for Plaintiffs
Sally Ferrari, Elaine Johnson,
John Magenheimer, Elizabeth Williams,
and David Maniscalco

/s/ Thomas I. Elkind
Thomas I. Elkind, BBO #153080
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Attorneys for Co-Defendant
Neil Goldman

/s/ Richard D. Glovsky
Richard D. Glovsky
Prince Lobel Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000

Attorneys for Co-Defendant
Polaroid Corporation

Dated: January 15, 2004

BO:115314v1