UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| SALLY FERRARI; ELAINE JOHNSON; JOHN MAGENHEIMER; ELIZABETH WILLIAMS; AND DAVID A. MANISCALCO, <br><br> Plaintiffs, <br><br> V. <br><br> POLAROID CORPORATION; AND NEAL GOLDMAN, <br><br> Defendants. | **Civil Action No.** <br> **03-11275-MLW** |

### DEFENDANT POLAROID CORPORATION'S
### MOTION TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL

Pursuant to Rule 39(a)(2) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, Defendant Polaroid Corporation hereby moves the Court to strike the demand for a jury trial contained in paragraph 55 of Plaintiffs' Amended Complaint.

Respectfully submitted,

Jerome A. Hoffman
Matthew Lee Wiener
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Richard D. Glovsky, Esq. (BBO #195820)
Marni G. Caputo, Esq. (BBO#650590)
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Counsel for Polaroid Corporation
Dated: January 9, 2004