**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| SALLY FERRARI; ELAINE JOHNSON; JOHN MAGENHEIMER; ELIZABETH WILLIAMS; AND DAVID A. MANISCALCO, | : | |
| Plaintiffs, | : | |
| V. | : | **Civil Action No. 03-11275-MLW** |
| POLAROID CORPORATION; AND NEAL GOLDMAN, | : | |
| Defendants. | : | |

**DEFENDANT POLAROID CORPORATION'S**
**MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION**
**TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL**

Plaintiffs have slipped into their Amended Complaint a stray paragraph demanding a jury trial. *See* Am. Compl. ¶ 55.[1] However, because ERISA does not provide Plaintiffs with a right to a jury trial, that demand should be stricken.

Every court within this District to have addressed the question has concluded that there is no jury trial right under ERISA. *See, e.g., Dudley Supermarket, Inc. v. Transamerica Life Ins. & Annuity Co.*, 188 F. Supp.2d 23, 23 (D. Mass.) ("The clear weight of authority holds that no right to a jury trial attaches to ERISA actions."), *aff'd on other grounds*, 302 F.3d 1 (1st Cir. 2002); *Turner v. Fallon Comm. Health Plan, Inc.*, 953 F. Supp. 419, 421 (D. Mass. 1997) ("this United States District Court has consistently held that there is no right to a jury trial under ERISA")

---

[1]     This demand did no appear in Plaintiffs' initial Complaint.

*aff'd on other grounds*, 127 F.3d 196 (1st Cir. 1997), *cert. denied*, 533 U.S. 1072 (1998). *See*

*generally Turner*, 953 F. Supp. at 421; and cases cited therein. In addition, the First Circuit as

indicated in dicta that it is of the same view. *See, e.g., Liston v. Unum Corp. Officer Severance*

*Plan*, 330 F.3d 19, 24 n.4 (1st Cir. 2003); *Hampers v. W.R. Grace & Co., Inc.*, 202 F.3d 44, 54

(1st Cir. 2000) (district court did not err in denying demand for a jury trial where state law claim

was preempted and plaintiff's only remaining claim was under ERISA).

The Court should therefore strike Plaintiffs' demand for a jury trial.


Respectfully submitted,


Jerome A. Hoffman                    Richard D. Glovsky, Esq. (BBO #195820)
Matthew Lee Wiener                   Marni G. Caputo, Esq. (BBO#650590)
DECHERT LLP                          PRINCE, LOBEL, GLOVSKY & TYE LLP
4000 Bell Atlantic Tower             585 Commercial Street
1717 Arch Street                     Boston, MA 02109
Philadelphia, PA 19103               (617) 456-8000
(215) 994-4000


Counsel for Polaroid Corporation


Dated: January 9, 2004

## CERTIFICATE OF SERVICE

I certify that on January 9, 2004, the foregoing was served upon Plaintiffs' counsel of

record, via First Class Mail, addressed as follows:

Harvey A. Schwartz
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, Massachusetts 02108

Marni Goldstein Caputo