# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI; ELAINE JOHNSON; JOHN MAGENHEIMER; ELIZABETH WILLIAMS; AND DAVID A. MANISCALCO, <br><br> Plaintiffs, <br><br> V. <br><br> POLAROID CORPORATION; AND NEAL GOLDMAN, <br><br> Defendants. | Civil Action No. <br> 03-11275-MLW |

### DEFENDANT POLAROID CORPORATION'S
### MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

For the reasons set forth in the accompanying Memorandum of Law, Polaroid Corporation moves the Court to dismiss Plaintiffs' Amended Complaint with prejudice as against Polaroid pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

Jerome A. Hoffman
Matthew Lee Wiener
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Richard D. Glovsky, Esq. (BBO #195820)
Marni G. Caputo, Esq. (BBO#650590)
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Counsel for Polaroid Corporation

Dated: January 9, 2004