UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON;
JOHN MAGENHEIMER, ELIZABETH
WILLIAMS, AND DAVID A. MANISCALCO,

        Plaintiffs,

v.

POLAROID CORPORATION; AND
NEAL GOLDMAN
        Defendants.

Civil Action No. 03-11275-MLW

## CERTIFICATION OF COUNSEL IN SUPPORT OF DEFENDANT POLAROID CORPORATION'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

I, Matthew Lee Wiener, hereby certify that:

1. I am counsel for Defendant Polaroid Corporation ("Polaroid") in the above-captioned action; and

2. The documents attached to the Memorandum of Law in Support of Polaroid's Motion to Dismiss Plaintiffs' Amended Complaint, as well the documents contained in the Appendix to that Motion, are true and correct copies of the documents that Polaroid's Memorandum of Law and the Table of Documents in its Appendix identify them to be.

Dated: January 9, 2004

                                                             Matthew Lee Wiener