UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JAN -9 P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

SALLY FERRARI, ELAINE JOHNSON:
JOHN MAGENHEIMER, ELIZABETH
WILLIAMS, AND DAVID A. MANISCALCO,

    Plaintiffs,

V.

POLAROID CORPORATION; AND
NEAL GOLDMAN
    Defendants.

Civil Action No. 03-11275-MLW

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Matthew Lee Wiener, as counsel for defendant Polaroid Corporation, hereby certify that Polaroid attempted to confer with counsel for plaintiffs in a good faith effort to resolve or narrow the issues presented in Defendant's Motion to Dismiss and its Motion to Strike Plaintiffs' Demand for a Jury Trial, but was unsuccessful in its attempts to reach counsel for plaintiffs. Based upon prior discussions with plaintiffs' counsel, however, it is my good faith belief that plaintiffs intend to oppose Polaroid's Motion to Dismiss. Counsel for Polaroid will continue its attempts to confer with plaintiffs' counsel in order to resolve or narrow the issues presented by Defendant's motions and, after it confers with plaintiffs' counsel, will file a supplemental certification.

Dated: January 9, 2004

                                                    Matthew Lee Wiener