

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SALLY FERRARI, ELAINE JOHNSON;
JOHN MAGENHEIMER, ELIZABETH
WILLIAMS, AND DAVID A. MANISCALCO,

Plaintiffs,

V.

POLAROID CORPORATION; AND
NEAL GOLDMAN
Defendants.

Civil Action No. 03-11275-MLW

---

### SUPPLEMENTAL LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Matthew Lee Wiener, hereby certify that counsel for defendant Polaroid Corporation conferred by telephone with counsel for plaintiffs in a good faith effort to resolve or narrow the issues presented in Defendant's Motion to Dismiss and its Motion to Strike Plaintiffs' Demand for a Jury Trial and that the parties were unable to resolve or narrow the issues presented in those motions.

Dated: January 19, 2004

_____
Matthew Lee Wiener

### CERTIFICATION OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/20/04

_____

Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024

(617) 456.8000 Tel
(617) 456.8100 Fax
www.plgt.com

January 20, 2004



Via First Class Mail

Clerk's Office
United States District Court
  for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   *Sally Ferrari; Elaine Johnson; John Magenheimer; Elizabeth Williams; and David A. Maniscalco*
      *v.*
      *Polaroid Corporation; Primary PDC, Inc.; OEP Imaging Operating Corporation, Inc.; and One Equity Partners, Inc.,*
      Civil Action No. 03-11275-MLW

Dear Sir/Madam:

Enclosed for filing in the above-captioned action, please find a Supplemental Local Rule 7.1(A)(2) Certification.

Kindly acknowledge receipt and filing of the same by date-stamping the enclosed copy of this cover letter and returning it to us in the enclosed self-addressed, stamped envelope. Thank you for your attention to this matter.

Very truly yours,

Marni Goldstein Caputo

MGC/rd
Enclosures

cc:   Harvey A. Schwartz, Esq.
      Matthew Wiener, Esq.
      Michael Traister, Esq.
      Thomas Elkind, Esq.

PRINCE . LOBEL . GLOVSKY & TYE LLP