UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>vs.<br><br>POLAROID CORPORATION and NEAL GOLDMAN,<br><br>Defendants. | CIVIL ACTION NO. 03-11275-MLW |

### STIPULATION OF PLAINTIFFS AND POLAROID CORPORATION REGARDING THE TIMING OF PLAINTIFFS' RESPONSES TO DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE PLAINTIFFS' JURY DEMAND, AND OF DEFENDANT'S REPLIES THERETO

Plaintiffs Sally Ferrari, Elaine Johnson, John Magenheimer, Elizabeth Williams and David A. Maniscalco ("Plaintiffs") and defendant Polaroid Corporation hereby stipulate and agree as follows:

1. Plaintiffs shall have until February 20, 2004 to submit their responses to Polaroid's Motion to Dismiss Plaintiffs' Amended Complaint and to Polaroid's Motion to Strike Plaintiffs' Demand for a Jury Trial; and

2. Polaroid shall be permitted to submit a reply to each of Plaintiffs' responses to Polaroid's motions and shall have until March 12, 2004 to submit such replies.

FOR PLAINTIFFS:                                              FOR POLAROID CORPORATION:

_____/s/ Harvey A. Schwartz_____                             _____/s/ Marni Caputo_____
Harvey A. Schwartz, Esq. [BBO #448080]                       Richard D. Glovsky, Esq. [BBO #195820]
Laurie A. Frankl, Esq. [BBO #647181]                         Marni G. Caputo, Esq. [BBO #650590]
RODGERS, POWERS & SCHWARTZ L.L.P.                            PRINCE, LOBEL, GLOVSKY & TYE LLP
18 Tremont Street, Suite 500                                 585 Commercial Street
Boston, MA 02108                                             Boston, MA 02109
(617) 742-7010                                               (617) 456-8012

DATED: January 26, 2004

**APPROVED:**

DATED: January ___, 2004

                                                             _____
                                                             Hon. Mark L. Wolf, U.S.D.J.

-2-
LIBA/1297123.1

# RODGERS, POWERS & SCHWARTZ LLP

18 Tremont Street    ATTORNEYS AT LAW
Boston, MA 02108
Tel. (617) 742-7010
Fax (617) 742-7225

Laurie A. Frankl
Email • Laurie@theemploymentlawyers.com

January 26, 2004

Civil Clerk
United States District Court
One Courthouse Way
Boston, MA 02110

      Re:    Sally A. Ferrari, et al. v. Polaroid, Inc., et al.
             C.A. No. 03-11275-MLW

Dear Sir/Madam:

      Enclosed for filing in the above-referenced case please find Stipulation of the Plaintiffs and Polaroid Corporation Regarding the Timing of Plaintiff's Responses to Defendant's Motions to Dismiss and Strike Plaintiff's Jury Demand, and of Defendant's Replies Thereto.

      Thank you so much for your assistance in this regard.

                                Very truly yours,

                                Laurie A. Frankl

enc.

cc:    Marni Caputo, Esq.
        Ian Downes, Esq.
        Thomas Elkind, Esq.

www.theemploymentlawyers.com

Harvey A. Schwartz, P.C.
Kevin Powers
Elizabeth A. Rodgers
Jonathan J. Margolis
Robert S. Mantell
Linda Evans
Laurie A. Frankl