UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>vs.<br><br>POLAROID CORPORATION and NEAL GOLDMAN,<br><br>Defendants. | CIVIL ACTION NO. 03-11275-MLW |

## STIPULATION

Plaintiffs and defendant Polaroid Corporation ("Polaroid") hereby stipulate and agree that Polaroid shall have until April 1, 2004 to file its briefs in reply to Plaintiffs' Opposition to Polaroid's Motion to Dismiss Plaintiffs' Amended Complaint and Polaroid's Motion to Strike Plaintiffs' Demand for a Jury Trial.

FOR PLAINTIFFS:

_/s/ Laurie A. Frankl/ JJP_
Harvey A. Schwartz, Esq. [BBO #448080]
Laurie A. Frankl, Esq. [BBO #647181]
RODGERS, POWERS & SCHWARTZ L.L.P.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010

DATED: February 24, 2004

FOR POLAROID CORPORATION:

_/s/ Jeffrey J. Pyle_
Richard D. Glovsky, Esq. [BBO #195820]
Jeffrey J. Pyle, Esq. [BBO #647438]
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8012

**APPROVED:**

_____
Mark L. Wolf, U.S.D.J.
February ____, 2004

874927.1.50 2/24/2004 8:20 AM

LIBA/1297123.1

## Certificate of Service

I hereby certify that on this 24th day of February, 2004, I personally caused the foregoing Stipulation to be served via first class mail, postage prepaid, upon counsel of record as follows:

Harvey A. Schwartz, Esq.
Laurie A. Frankl, Esq.
Rodgers, Powers & Schwartz, L.L.P.
18 Tremont Street, Suite 500
Boston, MA 02108

Thomas I. Elkind, Esq.
Michael Pontrelli, Esq,
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199

_____
Richard D. Glovsky