UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON )
JOHN MAGENHEIMER, ELIZABETH )
WILLIAMS, and DAVID MANISCALCO )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. 03-11275 (MLW)
)
POLAROID CORPORATION and )
NEAL GOLDMAN )
)
Defendants. )

## STIPULATION REGARDING DEFENDANT NEAL GOLDMAN'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

Counsel for Plaintiffs, Sally Ferrari et al., hereby stipulate with counsel for Defendant, Neal Goldman ("Goldman"), that Goldman will have up to and including March 5, 2004 to respond to Plaintiffs' Amended Complaint.

Respectfully submitted this 27th day of February 2004.

_____
Harvey A. Schwartz, BBO #448080
Laurie Frankl, BBO #647181
ROGERS, POWERS, SCHWARTZ
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010

Counsel for Plaintiffs

_____
Thomas E. Elkind, BBO #153080
Michael R. Pontrelli, BBO # 549194
Jeffrey M. Rosin, BBO # 629216
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue, 26th Floor
Boston, MA 02199
(617) 342-4000

Counsel for Defendant, Neal Goldman

SO ORDERED.

_____
The Hon. Mark L. Wolf, U.S.D.J.