UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID MANISCALCO,<br><br>Plaintiffs,<br><br>v.<br><br>POLAROID CORPORATION and NEAL GOLDMAN<br><br>Defendants. | CIVIL ACTION NO. 03-11275 (MLW) |

**SECOND STIPULATION REGARDING DEFENDANT NEAL GOLDMAN'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

Counsel for Plaintiffs, Sally Ferrari et al., hereby stipulate with counsel for Defendant, Neal Goldman ("Goldman"), that Goldman will have up to and including April 2, 2004 to respond to Plaintiffs' Amended Complaint; provided that Goldman shall not move to dismiss under Fed. R. Civ. P. 12(b)

Respectfully submitted this 16th day of March 2004.

| | |
|---|---|
| /s/: Laurie Frankl | /s/: Jeffrey Rosin |
| Harvey A. Schwartz, BBO #448080 | Thomas I. Elkind, BBO #153080 |
| Laurie Frankl, BBO #647181 | Michael R. Pontrelli, BBO # 549194 |
| ROGERS, POWERS, SCHWARTZ | Jeffrey M. Rosin, BBO # 629216 |
| 18 Tremont Street, Suite 500 | EPSTEIN BECKER & GREEN, P.C. |
| Boston, MA 02108 | 111 Huntington Avenue, 26th Floor |
| (617) 742-7010 | Boston, MA 02199 |
| | (617) 342-4000 |
| Counsel for Plaintiffs | Counsel for Defendant, Neal Goldman |

SO ORDERED.

_____
The Hon. Mark L. Wolf, U.S.D.J.