UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON,
JOHN MAGENHEIMER, ELIZABETH
WILLIAMS, and DAVID A. MANISCALCO,

Plaintiffs,

vs.

POLAROID CORPORATION and NEAL
GOLDMAN,

Defendants.

CIVIL ACTION NO. 03-11275-MLW

## STIPULATION

Plaintiffs and defendant Polaroid Corporation ("Polaroid") hereby stipulate and agree that Polaroid shall have until April 12, 2004 to file its brief in reply to Plaintiffs' Opposition to Polaroid's Motion to Dismiss Plaintiffs' Amended Complaint.

FOR PLAINTIFFS:

_____
Harvey A. Schwartz, Esq. [BBO #448080]
Laurie A. Frankl, Esq. [BBO #647181]
RODGERS, POWERS & SCHWARTZ L.L.P.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010

DATED: April 1, 2004

FOR POLAROID CORPORATION:

_____
Richard D. Glovsky, Esq. [BBO #195820]
Jeffrey J. Pyle, Esq. [BBO #647438]
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8012

**APPROVED:**

_____
Mark L. Wolf, U.S.D.J.
April __, 2004

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4/1/04

_____

880084.1.50 3/31/2004 5:28 PM

LIBA/1297123.1

Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law

585 Commercial Street
Boston, MA 02109-1024

(617) 456.8000 Tel
(617) 456.8100 Fax
www.plgt.com

April 1, 2004

By Hand

Clerk's Office
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   *Sally Ferrari; Elaine Johnson; John Magenheimer; Elizabeth Williams; and David A. Maniscalco*
      v.
      *Polaroid Corporation and Neal Goldman,*
      Civil Action No. 03-11275-MLW

Dear Sir/Madam:

Enclosed please find a Stipulation between the parties agreeing that Polaroid Corporation will file its Reply to Plaintiffs' Opposition to Polaroid's Motion to Dismiss Plaintiffs' Amended Complaint on April 12, 2004.

Kindly acknowledge receipt and filing of the same by date-stamping the enclosed copy of this cover letter and returning it to us in the enclosed self-addressed, stamped envelope. Thank you for your attention to this matter.

Very truly yours,

Jeffrey J. Pyle

cc:   Richard D. Glovsky, Esq.
      Ian Downes, Esq. (via first class mail)
      Michael Traister, Esq. (via first class mail)
      Laurie Frankl, Esq. (via hand delivery)
      Thomas Elkind, Esq. (via hand delivery)

JJP/rd
Enclosure

PRINCE▲LOBEL▲GLOVSKY & TYE LLP