CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:03-cv-11275-MLW

| | |
|---|---|
| Ferrari et al v. Polaroid Corporation, Inc. et al | Date Filed: 07/07/2003 |
| Assigned to: Judge Mark L. Wolf | Jury Demand: Plaintiff |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Sally Ferrari** | represented by | **Harvey A. Schwartz** <br> Rodgers, Powers & Schwartz LLP <br> 18 Tremont Street <br> Boston, MA 02108 <br> 617-742-7010 <br> Fax: 617-742-7225 <br> Email: harvey@theemploymentlawyers.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Laurie A. Frankl** <br> Rodgers, Powers & Schwartz LLP <br> 18 Tremont Street <br> Boston, MA 02108 <br> 617-742-7010 <br> Fax: 617-742-7225 <br> Email: laurie@theemploymentlawyers.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine Johnson** | represented by | **Harvey A. Schwartz** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Laurie A. Frankl** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Magenheimer** | represented by | **Harvey A. Schwartz** <br> (See above for address) |

        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Laurie A. Frankl**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Williams**     represented by     **Harvey A. Schwartz**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Laurie A. Frankl**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David A. Maniscalco**     represented by     **Harvey A. Schwartz**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Laurie A. Frankl**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Polaroid Corporation, Inc.**     represented by     **Jeffrey Jackson Pyle**
        Prince, Lobel, Glovsky & Tye LLP
        585 Commercial Street,
        Boston, MA 02109-2607
        617-456-8000
        Fax: 617-456-8100
        Email: jjpyle@plgt.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Jerome Hoffman**
        Dechert LLP
        4000 Bell Atlantic Tower
        1717 Arch Street
        Philadelphia, PA 19103-2793
        215-994-2578

Fax: 215-665-2578
Email: jerome.hoffman@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marni Goldstein Caputo**
Prince Lobel Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109
617-456-8141
Fax: 617-456-8100
Email: mgcaputo@plgt.com
*TERMINATED: 11/02/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Lee Weiner**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
215-994-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Lee Wiener**
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
215-994-2976
Fax: 215-655-2976
Email: matthew.wiener@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Glovsky**
Prince, Lobel Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
617-456-8012
Fax: 617-456-8100
Email: rdglovsky@plgt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Primary PDC, Inc.**    represented by   **Gregg M. Galardi**
Skadden, Arps, Slate, Meagher & Flom LLP

        One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome Hoffman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark L. Desgrosseilliers**
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Matule**
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
617-573-4887
Fax: 617-573-4822
Email: mmatule@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Lee Weiner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OEP Imaging Operating Corporation**

**Defendant**

**One Equity Partners, Inc.**         represented by   **Gus P. Coldebella**
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109
617-570-1780
Fax: 617-523-1231
Email: gcoldebella@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **James S. Dittmar**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1944
Fax: 617-227-8591
Email: jdittmar@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Neal Goldman**      represented by    **Jeffrey M. Rosin**
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4076
Fax: 617-342-4001
Email: jrosin@foley.com
*ATTORNEY TO BE NOTICED*

                    **Michael R. Pontrelli**
Foley & Lardner, LLP
111 Huntington Ave
Boston, MA 02199
617-342-4000
Fax: 617-342-4001
Email: mpontrelli@foley.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Neal Goldman**      represented by    **Jeffrey M. Rosin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Michael R. Pontrelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Sally Ferrari**

**Counter Defendant**

**Elaine Johnson**      represented by    **Laurie A. Frankl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**John Magenheimer**

**Counter Defendant**

**David A. Maniscalco**

**Counter Defendant**

**Elizabeth Williams**            represented by   **Laurie A. Frankl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Neal Goldman**            represented by   **Jeffrey M. Rosin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Sally Ferrari**            represented by   **Laurie A. Frankl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Elaine Johnson**

**Counter Defendant**

**John Magenheimer**            represented by   **Laurie A. Frankl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Elizabeth Williams**

**Counter Defendant**

**David A. Maniscalco**            represented by   **Laurie A. Frankl**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/07/2003 | 1 | COMPLAINT against OEP Imaging Operating Corporation, One Equity Partners, Inc., Polaroid Corporation, Inc., Primary PDC, Inc. Filing fee: $ 150, receipt number 48726, filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams(Boyce, Kathy) (Entered: 07/12/2003) |
| 07/07/2003 | | Summons Issued as to OEP Imaging Operating Corporation, One Equity |

|  |  |  |
|---|---|---|
|  |  | Partners, Inc., Polaroid Corporation, Inc., Primary PDC, Inc. (Boyce, Kathy) (Entered: 07/12/2003) |
| 07/07/2003 |  | Case assigned to Magistrate Judge Alexander for any future reference (Boyce, Kathy) (Entered: 07/12/2003) |
| 08/14/2003 | 2 | SUGGESTION OF BANKRUPTCY Upon the Record as to Primary PDC, Inc., Debtor and Debtor-in-Possession by Primary PDC, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 08/19/2003) |
| 08/14/2003 | 3 | Corporate disclosure Statement of Primary PDC, Inc., FILED, c/s. by Primary PDC, Inc..(Boyce, Kathy) (Entered: 08/19/2003) |
| 08/14/2003 | 4 | NOTICE of Appearance by Mark L. Desgrosseilliers, Gregg M. Galardi, Matthew J. Matule on behalf of Primary PDC, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 08/21/2003) |
| 08/22/2003 | 5 | STIPULATION by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, One Equity Partners, Inc., Polaroid Corporation, Inc. re: waiver of service, timing of resspone and naming of parties, filed. (Flaherty, Elaine) (Entered: 08/26/2003) |
| 09/18/2003 | 6 | Local Rule 85.3.3 MOTION for Leave to Appear Pro Hac Vice by Jerome A. Hoffman and Matthew Lee Weiner by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 09/23/2003) |
| 10/03/2003 | 7 | MOTION for Leave to File A Memorandum of Reasons in Excess of twenty pages, by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 10/10/2003) |
| 10/03/2003 | 8 | Corporate disclosure Statement Pursuant to Local Rule 7.3, by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 10/10/2003) |
| 10/03/2003 | 9 | MOTION to Dismiss, or in the alternative to Remand to the District of Delaware, by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 10/10/2003) |
| 10/03/2003 | 10 | MEMORANDUM OF LAW by Polaroid Corporation, Inc. in support of 9 MOTION to Dismiss, or in the alternative, to Remand, FILED, c/s. (Boyce, Kathy) (Entered: 10/10/2003) |
| 10/03/2003 | 11 | APPENDIX/EXHIBIT to 9 MOTION to Dismiss or to Remand by Polaroid Corporation, Inc., filed, c/s. (Boyce, Kathy) (Entered: 10/10/2003) |
| 10/03/2003 | 12 | MOTION to Dismiss Complaint by One Equity Partners, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 10/15/2003) |
| 10/03/2003 | 13 | MOTION to Transfer Venue by One Equity Partners, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 10/15/2003) |
| 10/03/2003 | 14 | MEMORANDUM in Support of 12 MOTION to Dismiss filed by One Equity Partners, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 10/15/2003) |
| 10/07/2003 | 15 | Corporate Disclosure Statement by One Equity Partners, Inc., FIled, c/s. |

|  |  |  |
|---|---|---|
|  |  | (Boyce, Kathy) (Entered: 10/27/2003) |
| 10/24/2003 | 16 | STIPULATION by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, One Equity Partners, Inc., Polaroid Corporation, Inc. regarding filing of opposition to motions to dismiss and motions to transfer venue and reply briefs, filed, c/s. (Boyce, Kathy) (Entered: 10/28/2003) |
| 11/07/2003 | 17 | AMENDED COMPLAINT against Neal Goldman, Polaroid Corporation, Inc. , filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams, FILED, c/s.(Boyce, Kathy) (Entered: 11/14/2003) |
| 11/24/2003 | 19 | MEMORANDUM in Opposition to 9 MOTION to Dismiss MOTION to Remand filed by Sally Ferrari, John Magenheimer, David A. Maniscalco, Elizabeth Williams, FILED, c/s. (Boyce, Kathy) (Entered: 12/29/2003) |
| 11/25/2003 | 21 | MOTION for Extension of Time to JANUARY 9, 2004 to File Response/Reply to Pltf's Amended Complaint by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Polaroid Corporation, Inc., Elizabeth Williams, FILED, c/s.(Boyce, Kathy) (Entered: 12/30/2003) |
| 12/03/2003 | 20 | SUMMONS Returned Executed AS TO Neal Goldman served on 11/25/2003, answer due 12/15/2003. (Boyce, Kathy) (Entered: 12/29/2003) |
| 12/09/2003 | 18 | MOTION to Withdraw 10 Memorandum of Law, 9 MOTION to Dismiss MOTION to Remand by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Polaroid Corporation, Inc., Elizabeth Williams, FILED, c/s.(Boyce, Kathy) (Entered: 12/15/2003) |
| 12/16/2003 |  | Judge Mark L. Wolf : Electronic ORDER entered granting 18 Motion to Withdraw 10 Memorandum of Law, 9 MOTION to Dismiss MOTION to Remand (O'Leary, Dennis) (Entered: 12/16/2003) |
| 01/09/2004 | 23 | MOTION to Strike the Demand for Jury Trial contained in paragrpah 55 of pltfs' 17 Amended Complaint by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 01/15/2004) |
| 01/09/2004 | 24 | MEMORANDUM in Support re 23 MOTION to Strike 17 Amended Complaint filed by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 01/15/2004) |
| 01/09/2004 | 25 | MOTION to Dismiss Pltfs' Amended Complaint, by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 01/15/2004) |
| 01/09/2004 | 26 | MEMORANDUM OF LAW in Support OF 25 MOTION to Dismiss filed by Polaroid Corporation, Inc., filed, C/S. (Boyce, Kathy) (Entered: 01/15/2004) |
| 01/09/2004 | 27 | Certification of counsel Matthew Lee Wiener re 25 MOTION to Dismiss by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 01/15/2004) |
|  |  |  |

| | | |
|---|---|---|
| 01/09/2004 | 28 | CERTIFICATE OF CONSULTATION Re 23 MOTION to Strike 17 Amended Complaint, 25 MOTION to Dismiss by Matthew Lee Wiener on behalf of Polaroid Corporation, Inc., FILED. (Boyce, Kathy) (Entered: 01/15/2004) |
| 01/09/2004 | 29 | APPENDIX/EXHIBIT re 25 MOTION to Dismiss by Polaroid Corporation, Inc., FILED. (Boyce, Kathy) (Entered: 01/16/2004) |
| 01/12/2004 | | Judge Mark L. Wolf : ORDER entered ELECTRONIC ENDORSEMENT re 2 Suggestion of Bankruptcy filed by Primary PDC, Inc.This case is hereby stayed as to Primary, but shall proceed with regard to the other defendants.(O'Leary, Dennis) (Entered: 01/12/2004) |
| 01/15/2004 | 22 | STIPULATION *Extending Time To Respond To Complaint* by Neal Goldman. (Elkind, Thomas) (Entered: 01/15/2004) |
| 01/21/2004 | 30 | SUPPLEMENTAL CERTIFICATE OF SERVICE by Polaroid Corporation, Inc. re 9 MOTION to Dismiss MOTION to Remand. (O'Leary, Dennis) (Entered: 01/23/2004) |
| 01/27/2004 | 31 | Stipulated MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Strike 17 Amended Complaint, 25 MOTION to Dismiss by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Polaroid Corporation, Inc., Elizabeth Williams.FILED, c/s. (Boyce, Kathy) (Entered: 02/03/2004) |
| 02/20/2004 | 32 | MEMORANDUM OF LAW in Opposition re 25 MOTION to Dismiss filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams, FILED, c/s. (Boyce, Kathy) (Entered: 02/25/2004) |
| 02/24/2004 | 33 | STIPULATION re 32 Memorandum in Opposition to Motion by Sally Ferrari, Neal Goldman, Elaine Johnson, John Magenheimer, David A. Maniscalco, OEP Imaging Operating Corporation, One Equity Partners, Inc., Polaroid Corporation, Inc., Primary PDC, Inc., Elizabeth Williams, FILED, c/s. (to have up to April 1, 2004 for Polaroid to file its briefs in Reply to Pltfs' opposotion to Polaroid's Motion to Dismiss Pltfs' Amended Complaint) (Boyce, Kathy) (Entered: 03/01/2004) |
| 02/27/2004 | 34 | Stipulation for Extension of Time for Neal Goldman to March 5, 2004 file his Response/Reply as to 17 Amended Complaint by Sally Ferrari, Neal Goldman, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams, FILED, c/s.(Boyce, Kathy) (Entered: 03/04/2004) |
| 03/12/2004 | | Receipt for $110.00 filing fee for 2 pro have vice motions filed on 9/17/03. FILED.(Boyce, Kathy) (Entered: 04/12/2004) |
| 03/12/2004 | | Filing fee Received: $ 100.00, receipt number 321 54527 regarding 2 motions for admission pro hav vice (Boyce, Kathy) (Entered: 04/15/2004) |
| 03/16/2004 | 35 | *Stipulation Regarding* ANSWER to Amended Complaint *Between Plaintiffs and Goldman* by Sally Ferrari.(Rosin, Jeffrey) (Entered: |

| | | |
|---|---|---|
| | | 03/16/2004) |
| 04/01/2004 | 36 | STIPULATION *Regarding Defendant Neal Goldman's Response to Plaintiffs' Amended Complaint* by Neal Goldman. (Rosin, Jeffrey) (Entered: 04/01/2004) |
| 04/01/2004 | 37 | STIPULATION that Polaroid Corporation have until April 12, 2004 to file its brief in reply to 32 Memorandum in Opposition to Motion by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 04/12/2004) |
| 04/07/2004 | 38 | ANSWER to Amended Complaint, COUNTERCLAIM against Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams by Neal Goldman, FILED, c/s.(Boyce, Kathy) (Entered: 04/12/2004) |
| 04/12/2004 | 41 | MOTION to Transfer Case to the United States District Court for the District of Delaware by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 04/20/2004) |
| 04/12/2004 | 42 | MEMORANDUM OF LAW by Polaroid Corporation, Inc. in Support of 41 MOTION to Transfer Case, FILED, c/s. (Boyce, Kathy) (Entered: 04/20/2004) |
| 04/12/2004 | 43 | REPLY to Response to Motion re 25 MOTION to Dismiss filed by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 04/20/2004) |
| 04/13/2004 | | Judge Mark L. Wolf : ORDER entered ELECTRONIC ENDORSEMENT granting re 37 Stipulation, filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Polaroid Corporation, Inc.(O'Leary, Dennis) (Entered: 04/13/2004) |
| 04/14/2004 | 39 | *Amended* ANSWER to Complaint *of Plaintiffs*, COUNTERCLAIM against all plaintiffs by Neal Goldman.(Rosin, Jeffrey) Additional attachment(s) added on 4/14/2004 (Boyce, Kathy). (Entered: 04/14/2004) |
| 04/14/2004 | 40 | EXHIBIT Regarding 39 Answer to Complaint, Counterclaim by Neal Goldman, FILED, c/s. (Boyce, Kathy) (Entered: 04/14/2004) |
| 04/28/2004 | 44 | STIPULATION by Sally Ferrari. (Schwartz, Harvey) (Entered: 04/28/2004) |
| 04/29/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 6 Motion for Leave to Appear Pro Hac Vice Added Jerome Hoffman for Polaroid Corporation, Inc. and Primary PDC, Inc., Matthew Lee Weiner for Polaroid Corporation, Inc. and Primary PDC, Inc. (O'Leary, Dennis) (Entered: 04/29/2004) |
| 04/29/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 31 Motion for Extension of Time to File Response/Reply re 31 MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Strike 17 Amended Complaint, 25 MOTION to Dismiss, 34 MOTION for Extension of Time |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | to March 5, 2004 to File Response/Reply as to 17 Amended Complaint, 21 MOTION for Extension of Time to JANUARY 9, 2004 to File Response/Reply, granting 34 Motion for Extension of Time to File Response/Reply re 31 MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Strike 17 Amended Complaint, 25 MOTION to Dismiss, 34 MOTION for Extension of Time to March 5, 2004 to File Response/Reply as to 17 Amended Complaint, 21 MOTION for Extension of Time to JANUARY 9, 2004 to File Response/Reply, granting 7 Motion for Leave to File, granting 21 Motion for Extension of Time to File Response/Reply re 31 MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Strike 17 Amended Complaint, 25 MOTION to Dismiss, 34 MOTION for Extension of Time to March 5, 2004 to File Response/Reply as to 17 Amended Complaint, 21 MOTION for Extension of Time to JANUARY 9, 2004 to File Response/Reply (O'Leary, Dennis) (Entered: 04/29/2004) |
| 05/03/2004 | 45 | STIPULATION *to extend time to file opposition to motion to transfer* by Sally Ferrari. (Schwartz, Harvey) (Entered: 05/03/2004) |
| 05/21/2004 | 46 | *Plaintiffs'/Defendants' in Counterclaim* ANSWER to Counterclaim by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams.(Frankl, Laurie) (Entered: 05/21/2004) |
| 06/04/2004 | 47 | Opposition re 41 MOTION to Transfer Case filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams. (Attachments: # 1 Exhibit 1)(Frankl, Laurie) (Entered: 06/04/2004) |
| 06/18/2004 | 48 | STIPULATION *that Polaroid shall have until June 25, 2004 to file its brief in reply to Plaintiffs' Opposition to Polaroid's Motion to Transfer Case* by Polaroid Corporation, Inc.. (Pyle, Jeffrey) (Entered: 06/18/2004) |
| 06/25/2004 | 49 | REPLY to Response to Motion re 41 MOTION to Transfer Case filed by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 06/29/2004) |
| 07/02/2004 | 50 | NOTICE of Hearing: Scheduling Conference and Motion Hearing set for 8/25/2004 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 07/02/2004) |
| 07/08/2004 | 51 | Joint MOTION to Continue scheduling conference and motion hearing to after October 15, 2004 by Sally Ferrari.(Schwartz, Harvey) (Entered: 07/08/2004) |
| 08/20/2004 | 52 | Judge Mark L. Wolf : ORDER entered 1.As Primary PDC, Inc., OEP Imaging Operation Corporation,Inc., and One Equity Partners, Inc., who were each defendants inthe Original Complaint, are not named in the Amended Complaint, theclaims against them are DISMISSED.2. As one Equity Partners, Inc. is no longer a party, itsMotion to Dismiss (Docket No.12) and Motion to Remand (Docket No.13) are each MOOT.3. Plaintiffs shall, by September 22, 2004, file a SecondAmended Complaint. As defendants consent, a motion to amend is notrequired.4. Defendants shall, by October 22, 2004, respond to theSecond Amended Complaint and file any motions to transfer this caseto the United States |

| | | |
|---|---|---|
| | | District Court for the District of Delaware.If a motion to transfer is filed by Polaroid, but not Goldman,Polaroid shall address whether the court has the authority totransfer the case against Goldman to the District of Delaware.5. Plaintiffs shall, by October 22, 2004, respond to anypending motions.6. If necessary, a hearing will be held on November 11,2004, at 3:00 p.m.7. In view of the foregoing, the Motion to StrikePlaintiff's Demand for a Jury Trial (Docket No. 23), the Motion toDismiss (Docket NO. 25), and the Motion to Transfer Case (DocketNo. 41) are each DENIED without prejudice.8. The Joint Motion to Continue the August 25, 2004 hearing(Docket No. 51) is ALLOWED. (O'Leary, Dennis) (Entered: 08/20/2004) |
| 09/21/2004 | 53 | AMENDED COMPLAINT - *SECOND* against all defendants, filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams.(Schwartz, Harvey) (Entered: 09/21/2004) |
| 10/22/2004 | 54 | MOTION for Extension of Time to 10/27/04 to FileResponsivePleading by Neal Goldman.(Rosin, Jeffrey) (Entered: 10/22/2004) |
| 10/22/2004 | 55 | Notice Resetting or Cancelling Hearing. PLEASE TAKE NOTICE that the MOTION HEARING/SCHEDULING CONFERENCEoriginally scheduled for NOVEMBER 11, 2004 at 3:00 p.m. has beenRESCHEDULED TO NOVEMBER 10, 2004 at 3:00 p.m. (O'Leary, Dennis) (Entered: 10/22/2004) |
| 10/22/2004 | 56 | MEMORANDUM OF LAW in Support re 25 MOTION to Dismiss filed by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 10/26/2004) |
| 10/22/2004 | 57 | APPENDIX/EXHIBIT re 41 MOTION to Transfer Case by Polaroid Corporation, Inc., FILED. (Boyce, Kathy) (Entered: 10/26/2004) |
| 10/22/2004 | 59 | Renewed Motion to Strike Pltfs' demand for a jury trial by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 11/01/2004) |
| 10/22/2004 | 60 | MEMORANDUM in Support re 59 MOTION to Strike filed by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 11/01/2004) |
| 10/22/2004 | 61 | MOTION to Transfer Case, or in the alternative to Dismiss Pltfs' Second Amended Complaint by Polaroid Corporation, Inc., FILED, c/s.(Boyce, Kathy) (Entered: 11/02/2004) |
| 10/22/2004 | 62 | MEMORANDUM OF LAW in Support of 61 MOTION to Transfer Case filed by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 11/02/2004) |
| 10/25/2004 | 58 | Proposed Document(s) submitted by Polaroid Corporation, Inc.. Document received: Proposed Order to Transfer Case to The Unityed States District of Delaware. (Boyce, Kathy) (Entered: 10/26/2004) |
| 10/27/2004 | 64 | MOTION for Judgment on the Pleadings, or alternatively for summary judgment, by Neal Goldman, filed, c/s.(Boyce, Kathy) (Entered: 11/05/2004) |
| | | |

| | | |
|---|---|---|
| 10/27/2004 | 65 | MEMORANDUM OF LAW in Support of 64 MOTION for Judgment on the Pleadings filed by Neal Goldman, FILED, c/s. (Boyce, Kathy) (Entered: 11/05/2004) |
| 10/27/2004 | 66 | DECLARATION of Kevin R. Pond re 64 MOTION for Judgment on the Pleadings by Neal Goldman, FILED, c/s. (Boyce, Kathy) (Entered: 11/05/2004) |
| 11/02/2004 | 63 | NOTICE of Withdrawal of Appearance Attorney Marni Goldstein Caputo terminated. (Caputo, Marni) (Entered: 11/02/2004) |
| 11/05/2004 | 67 | Notice Resetting or Cancelling Hearing. PLEASE TAKE NOTICE that the MOTION HEARING previously scheduledfor NOVEMBER 10, 2004 at 3:00 p.m. has been CANCELLED.(O'Leary, Dennis) (Entered: 11/05/2004) |
| 11/08/2004 | 68 | STATEMENT OF COUNSEL for Deft Neal Goldman in Connection with 61Polaroid's MOTION to Transfer Case by Neal Goldman, FILED, c/s. (Boyce, Kathy) (Entered: 11/10/2004) |
| 11/12/2004 | 69 | ANSWER to Complaint - *Second Amended,* by Neal Goldman.(Pontrelli, Michael) (Entered: 11/12/2004) |
| 11/16/2004 | 70 | MOTION for Extension of Time to 12/31/04 to File Response/Reply *to motions to dismiss, to transfer and for judgment on the pleadings* by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams.(Schwartz, Harvey) (Entered: 11/16/2004) |
| 11/16/2004 | 71 | Amended MOTION for Extension of Time to File Response/Reply *to motion to dismiss, to transfer and for judgment* by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams.(Schwartz, Harvey) (Entered: 11/16/2004) |
| 11/23/2004 | 72 | Assented to MOTION for Extension of Time to 12/9/2004 to File *oppositions to motions to dismiss, and/or for summary judgment and to transfer* by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams.(Schwartz, Harvey) (Entered: 11/23/2004) |
| 11/30/2004 | | Judge Mark L. Wolf : Electronic ORDER entered granting 72 Motion for Extension of Time to File Opposition (O'Leary, Dennis) (Entered: 11/30/2004) |
| 12/09/2004 | 73 | Opposition re 61 MOTION to Transfer Case *and to Dismiss Second Amended Complaint* filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams. (Schwartz, Harvey) (Entered: 12/09/2004) |
| 12/09/2004 | 74 | Opposition re 64 MOTION for Judgment on the Pleadings *or for Summary Judgment* filed by Sally Ferrari, Elaine Johnson, John Magenheimer, David A. Maniscalco, Elizabeth Williams. (Schwartz, Harvey) (Entered: 12/09/2004) |
| 12/22/2004 | 75 | REPLY to Response to Motion re 61 MOTION to Transfer Case filed by |

| | | |
|---|---|---|
| | | Neal Goldman. (Pontrelli, Michael) (Entered: 12/22/2004) |
| 12/22/2004 | 76 | REPLY to Response to Motion re 64 MOTION for Judgment on the Pleadings filed by Neal Goldman. (Pontrelli, Michael) (Entered: 12/22/2004) |
| 12/23/2004 | 77 | REPLY to Response to Motion re 61 MOTION to Transfer Case filed by Polaroid Corporation, Inc., FILED, c/s. (Boyce, Kathy) (Entered: 12/30/2004) |
| 01/20/2005 | 78 | NOTICE of Hearing on Motion 61 MOTION to Transfer Case, 64 MOTION for Judgment on the Pleadings: Motion Hearing set for 3/8/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 01/21/2005) |
| 02/02/2005 | 79 | NOTICE by Neal Goldman *of Change of Firm* (Pontrelli, Michael) (Entered: 02/02/2005) |
| 03/01/2005 | 80 | Notice Resetting or Cancelling Hearing. The MOTION HEARING previously scheduled for MARCH 8, 2005 at 3:00 P.M. before Judge Wolf, has been CANCELLED. It has been RESCHEDULED for APRIL 26,2005 at 3:00 PM before the Honorable Mark L. Wolf in courtroom 10 on the 5th floor. (O'Leary, Dennis) (Entered: 03/01/2005) |
| 04/26/2005 | 81 | Clerk's Notes for proceedings held before Judge Mark L. Wolf : Motion Hearing held on 4/26/2005 re 25 MOTION to Dismiss filed by Polaroid Corporation, Inc.,, 41 MOTION to Transfer Case filed by Polaroid Corporation, Inc.,. (Court Reporter Twomey.) (O'Leary, Dennis) (Entered: 04/27/2005) |
| 04/27/2005 | 82 | Judge Mark L. Wolf : ORDER entered granting 61 Motion to Transfer Case (O'Leary, Dennis) (Entered: 04/27/2005) |
| 04/27/2005 | | Civil Case Terminated. (O'Leary, Dennis) (Entered: 04/27/2005) |
| 06/21/2005 | | Certified Copy of Docket Sheet, Certified Copy of Order, document No. 82 dated April 27, 2005, and both original and electronically filed documents numbered 1-81 forwarded to the USDC, for the District of Delaware (Two Packages mailed marked Volumes I and II) (Boyce, Kathy) (Entered: 06/21/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/28/2005 08:59:34 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cv-11275-MLW |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |