UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI; ELAINE JOHNSON;
JOHN MAGENHEIMER; ELIZABETH
WILLIAMS; AND DAVID A. MANISCALCO,

    Plaintiffs,

V.

POLAROID CORPORATION; AND
NEAL GOLDMAN,

    Defendants.

**Civil Action No.
03-11275-MLW**

## POLAROID CORPORATION'S MOTION TO TRANSFER

For the reasons set forth in the accompanying Memorandum of Law, Polaroid Corporation ("Polaroid") hereby moves the Court, pursuant to 28 U.S.C. § 1404, to transfer this case to the United States District Court for the District of Delaware.

Respectfully submitted,

Jerome A. Hoffman
Mathew Lee Wiener
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Richard D. Glovsky
Jeffrey J. Pyle
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Counsel For Polaroid Corporation

OF COUNSEL:
J. Ian Downes
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Dated: April 12, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI; ELAINE JOHNSON; JOHN MAGENHEIMER; ELIZABETH WILLIAMS; AND DAVID A. MANISCALCO,<br><br>　　　　Plaintiffs,<br><br>　　V.<br><br>POLAROID CORPORATION; AND NEAL GOLDMAN,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  **Civil Action No.**<br>:  **03-11275-MLW**<br>:<br>:<br>:<br>:<br>: |

### ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Polaroid Corporation's Motion to Transfer the Case ("Motion"), and Plaintiffs' response to the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, this case is hereby **TRANSFERRED** to the United States District Court for the District of Delaware.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Mark L. Wolf　　　U.S.D.J.

871756.4.50 4/12/2004

## CERTIFICATE OF SERVICE

I, Jeffrey J. Pyle, hereby certify that on April 12, 2004, I caused the foregoing Motion to Transfer to be served, via First Class Mail, addressed as follows:

      Harvey A. Schwartz, Esquire
      Rodgers, Powers & Schwartz, LLP
      18 Tremont Street, Suite 500
      Boston, Massachusetts 02108

      Michael R. Pontrelli, Esquire
      Epstein Becker & Green, PC
      111 Huntington Ave.
      26th Floor
      Boston, Massachusetts 02199

_____
Jeffrey J. Pyle