UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>v.<br><br>POLAROID CORPORATION and NEIL GOLDMAN<br><br>Defendants. | C.A. No. 03-11275 MLW |

## STIPULTATION

The plaintiffs and the defendant, Neil Goldman, hereby stipulate that the plaintiffs shall have up to and including May 27, 2004 to answer or otherwise respond to the defendant's counterclaim.

For PLAINTIFFS:

_____
Harvey A. Schwartz
BBO # 647181
Laurie A. Frankl
BBO # 647181
Rodgers, Powers and Schwartz
18 Tremont St. Suite 500
Boston, MA 02108
617-742-7010

For NEIL GOLDMAN

_____
Michael R. Pontrelli
BBO # 549194
Jeffrey M. Rosin
BBO # 629216
Epstein, Becker & Green, P.C.
111 Huntington Ave
Boston, MA 02199
617-342-4000

Dated: April 27, 2004