UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SALLY FERRARI, ELAINE JOHNSON,        )
JOHN MAGENHEIMER, ELIZABETH           )
WILLIAMS, and DAVID A.                )
MANISCALCO,                           )
                                      )
                  Plaintiffs,         )
v.                                    )  C.A. No. 03-11275 MLW
                                      )
POLAROID CORPORATION and              )
NEIL GOLDMAN                          )
                                      )
                  Defendants.         )
_____)

## STIPULATION

The plaintiffs and the defendant, Polaroid Corporation, hereby stipulate that the plaintiffs shall have up to and including June 4, 2004 to respond to the defendant's motion to transfer. The parties also agree that the defendant, Polaroid Corporation, shall have up to and including June 18, 2004 to file a reply brief.

For PLAINTIFFS:                        For POLAROID CORPORATION

_____                 _____
Harvey A. Schwartz                     Jerome Hoffman
BBO # 647181                           Matthew L. Weiner
Laurie A. Frankl                       DECHART LLP
BBO # 647181                           4000 Bell Atlantic Tower
Rodgers, Powers and Schwartz           1717 Arch Street
Boston, MA 02108                       Philadelphia, PA 19103
617-742-7010                           215-994-4000

                                                Richard Glovsky
                                                Jeffrey Pyle
                                                Prince, Lobel, Glovsky & Tye LLP
                                                585 Commerical Street
                                                Boston, MA 02109
                                                617-456-8000

Dated: May 3, 2004