UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON,
JOHN MAGENHEIMER, ELIZABETH
WILLIAMS, and DAVID A. MANISCALCO,

    Plaintiffs,

vs.

POLAROID CORPORATION and NEAL
GOLDMAN,

    Defendants.

CIVIL ACTION NO. 03-11275-MLW

## STIPULATION

Plaintiffs and defendant Polaroid Corporation ("Polaroid") hereby stipulate and agree that Polaroid shall have until June 25, 2004 to file its brief in reply to Plaintiffs' Opposition to Polaroid's Motion to Transfer Case.

FOR PLAINTIFFS:

_/s/ Laurie A. Frankl /JJP_
Harvey A. Schwartz, Esq. [BBO #448080]
Laurie A. Frankl, Esq. [BBO #647181]
RODGERS, POWERS & SCHWARTZ L.L.P.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010

DATED: June 18, 2004

FOR POLAROID CORPORATION:

_/s/_
Richard D. Glovsky, Esq. [BBO #195820]
Jeffrey J. Pyle, Esq. [BBO # 647438]
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8012

**APPROVED:**

_____
Mark L. Wolf, U.S.D.J.
June ____, 2004

LIBA/1297123.1
891172.1.PHI_LIT_50 6/18/04 11:56 AM