UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON, )
JOHN MAGENHEIMER, ELIZABETH )
WILLIAMS, and DAVID A. )
MANISCALCO, )
    Plaintiffs, )   CA. No. 03-11275-MLW
     )
    v. )
     )
POLAROID CORPORATION and )
NEAL GOLDMAN )
    Defendants )

## JOINT MOTION
## TO CONTINUE SCHEDULING CONFERENCE/HEARING

The parties request that the Scheduling Conference and hearing on outstanding motions, scheduled for August 25, 2004, be continued to the first available date after October 15. In support of this request the parties state as follows:

- Plaintiffs' counsel will be on a long-planned family vacation on the scheduled date and will return after Labor Day.

- Counsel for Defendant Polaroid is unavailable through much of September due to personal commitments that will take him out of Massachusetts.

- The parties suggest that it would be most efficient for the Court to be able to address all pending motions at one hearing. Presently pending are defendant Polaroid's motion to dismiss the amended complaint and motion to transfer to the District of Delaware.

- Plaintiffs intend to file a further amended complaint shortly. The defendants do not object to the filing of this amended complaint but defendants require time to respond. This amended complaint may effect the pending motions and may simplify other issues in the case.

- Defendant Goldman intends to file a motion for judgment on the pleadings, which Plaintiff will oppose after returning from vacation, and the parties suggest it would be most efficient and orderly to address all dispositive motions at one hearing.

Wherefore, the parties suggest that a conference and hearing date in October will allow the Court to address all outstanding motions and issues.

| For PLAINTIFFS: | For NEAL GOLDMAN |
|---|---|
| /s/ Harvey A. Schwartz | /s/ Michael R. Pontrelli |
| Harvey A. Schwartz | Michael R. Pontrelli |
| BBO # 647181 | BBO # 549194 |
| Laurie A. Frankl | Jeffrey M. Rosin |
| BBO # 647181 | BBO # 629216 |
| Rodgers, Powers and Schwartz | Epstein, Becker & Green, P.C. |

18 Tremont St. Suite 500
Boston, MA 02108
617-742-7010

111 Huntington Ave
Boston, MA 02199
617-342-4000

POLAROID CORPORATION,
By its attorneys,

/s/ Richard D. Glovsky
Richard D. Glovsky (BBO # 195820)
Jeffrey J. Pyle (BBO # 647438)
Prince, Lobel, Glovsky and Tye, LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: July 8, 2004