UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ET AL.,                )
    Plaintiffs,                   )
                                  )
        v.                     )    C.A. No. 03-11275-MLW
                                  )
POLAROID CORPORATION, INC., ET AL.,)
    Defendants.                   )

ORDER

WOLF, D.J.                                          August 20, 2004


The court has considered the Joint Motion to Continue the August 25, 2004 hearing. It states, in part, that:

> Plaintiffs intend to file a further amended complaint shortly. The defendants do not object to the filing of the amended complaint but defendants require time to respond. This amended complaint may affect the pending motions and may simplify other issues.

The parties also stated that defendant Neal Goldman intends to file a motion for judgment on the pleadings.

Leave of court is required for plaintiffs to file another amended complaint. See Fed. R. Crim. P. 15(a). In view of the various pending motions it is presumptuous for the parties to assume that such leave would be granted, even with the consent of defendants, if another motion to amend is filed at some unspecified date. It is similarly presumptuous for the parties to assume that the court will defer action on the pending motions and allow Goldman to file a motion for judgment on the pleadings at some unspecified date. Nevertheless, it would be valuable to clarify or simplify the issues in this ever-changing case.

Accordingly, it is hereby ORDERED that:

1.    As Primary PDC, Inc., OEP Imaging Operation Corporation, Inc., and One Equity Partners, Inc., who were each defendants in the Original Complaint, are not named in the Amended Complaint, the claims against them are DISMISSED.

2.    As one Equity Partners, Inc. is no longer a party, its Motion to Dismiss (Docket No.12) and Motion to Remand (Docket No. 13) are each MOOT.

3.    Plaintiffs shall, by September 22, 2004, file a Second Amended Complaint. As defendants consent, a motion to amend is not required.

4.    Defendants shall, by October 22, 2004, respond to the Second Amended Complaint and file any motions to transfer this case to the United States District Court for the District of Delaware. If a motion to transfer is filed by Polaroid, but not Goldman, Polaroid shall address whether the court has the authority to transfer the case against Goldman to the District of Delaware.

5.    Plaintiffs shall, by October 22, 2004, respond to any pending motions.

6.    If necessary, a hearing will be held on November 11, 2004, at 3:00 p.m.

7.    In view of the foregoing, the Motion to Strike Plaintiff's Demand for a Jury Trial (Docket No. 23), the Motion to Dismiss (Docket NO. 25), and the Motion to Transfer Case (Docket

No. 41) are each DENIED without prejudice.

8.    The Joint Motion to Continue the August 25, 2004 hearing (Docket No. 51) is ALLOWED.


                                    /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE