UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID MANISCALCO,<br><br>Plaintiffs,<br><br>v.<br><br>POLAROID CORPORATION and NEAL GOLDMAN<br><br>Defendants. | CIVIL ACTION NO. 03-11275 (MLW) |

**ASSENTED-TO MOTION OF DEFENDANT NEAL GOLDMAN
FOR ADDITIONAL TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Defendant Neal Goldman ("Goldman") hereby moves for an extension of the date for filing his Motion for Judgment on the Pleadings ("Motion for Judgment") in the above-captioned matter until Wednesday, October 27, 2004.

As grounds for this Motion, Goldman states that his Motion for Judgment is currently due October 22, 2004 per this Court's August 20, 2004 scheduling order. Due to counsel's unexpected commitment to other matters, Goldman seeks three additional business days in which to complete work on his motion.

Counsel for Plaintiffs and Defendant Polaroid Corporation have assented to this Motion.

WHEREFORE, Goldman respectfully requests that this Motion be granted and that he have up to and including October 27, 2004, to file his Motion for Judgment on the Pleadings.

Respectfully submitted,

NEAL GOLDMAN

/s/ Jeffrey M. Rosin
Thomas I. Elkind, BBO #153080
Michael R. Pontrelli, BBO # 549194
Jeffrey M. Rosin, BBO # 629216
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue, 26th Floor
Boston, MA 02199
(617) 342-4000

October 22, 2004