UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI et al
        Plaintiff

V.

POLAROID CORPORATION et al
        Defendants

CIVIL ACTION
NO. 03-11275-MLW

CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

PLEASE TAKE NOTICE that the MOTION HEARING/SCHEDULING CONFERENCE originally scheduled for **NOVEMBER 11, 2004 at 3:00 p.m.** has been RESCHEDULED TO **NOVEMBER 10, 2004 at 3:00 p.m.**

TONY ANASTAS, CLERK

October 22, 2004        By: /s/ Dennis O'Leary
Date                    Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)        [ntchrgcnf.]