UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON
JAMES A. MAGENHEIMER, as executor of the
ESTATE OF JOHN MAGENHEIMER,
ELIZABETH WILLIAMS, and DAVID A.
MANISCALCO,

        Plaintiffs,

        v.

POLAROID CORPORATION and
NEAL GOLDMAN,

        Defendants.

**Civil Action No. 03-11275-MLW**

# ORDER

AND NOW, this ____ day of _____, 2004, upon consideration of Polaroid Corporation's Motion to Transfer the Case ("Motion"), and Plaintiffs' response to the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, this case is hereby **TRANSFERRED** to the United States District Court for the District of Delaware.

BY THE COURT:

_____
Hon. Mark L. Wolf        U.S.D.J.