FILED
IN CLERKS OFFICE

2004 OCT 22 P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SALLY FERRARI, ELAINE JOHNSON
JAMES A. MAGENHEIMER, as executor of the
ESTATE OF JOHN MAGENHEIMER,
ELIZABETH WILLIAMS, and DAVID A.
MANISCALCO,

        Plaintiffs,

        v.

POLAROID CORPORATION and
NEAL GOLDMAN,

        Defendants.

**Civil Action No. 03-11275-MLW**

## DEFENDANT POLAROID CORPORATION'S RENEWED MOTION
## TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL

Pursuant to Rule 39(a)(2) of the Federal Rules of Civil Procedure, and for the reasons set
forth in the accompanying Memorandum of Law, Defendant Polaroid Corporation hereby moves
the Court to strike Plaintiffs' demand for a jury trial (which is contained on page 14 of the
Second Amended Complaint).

Respectfully submitted,

Jerome A. Hoffman
Matthew Lee Wiener
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Counsel for Polaroid Corporation
Dated: October 22, 2004

Richard D. Glovsky /JVP
Jeffrey Pyle
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

## CERTIFICATE OF SERVICE

I certify that on October 22, 2004, the foregoing document was served upon Plaintiffs'

counsel of record, via First Class Mail, addressed as follows:

> Harvey A. Schwartz
> Rodgers, Powers & Schwartz, LLP
> 18 Tremont Street, Suite 500
> Boston, Massachusetts 02108
>
> Michael R. Pontrelli, Esquire
> Epstein Becker & Green, PC
> 111 Huntington Ave.
> 26th Floor
> Boston, Massachusetts 02199

Richard D. Glovsky