UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 22 P 4: 40

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON JAMES A. MAGENHEIMER, as executor of the ESTATE OF JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>v.<br><br>POLAROID CORPORATION and NEAL GOLDMAN,<br><br>Defendants. | Civil Action No. 03-11275-MLW |

## POLAROID CORPORATION'S MOTION TO TRANSFER THE CASE OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Polaroid Corporation hereby moves the Court to transfer this case to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404, or, in the alternative, to dismiss Plaintiffs' Second Amended Complaint for failure to state a claim on which relief can be granted.

The reasons supporting this Motion are set forth in the two accompanying memoranda of law, which separately address the alternative forms of relief requested.

Respectfully submitted,

Jerome A. Hoffman
Mathew Lee Wiener
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Richard D. Glovsky
Jeffrey J. Pyle
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: October 22, 2004

906144.8.PHI_LIT_50 10/22/04 3:31 PM

## CERTIFICATE OF SERVICE

I, Richard D. Glovsky, hereby certify that on October 22, 2004, I caused the foregoing Motion to Transfer or, in the Alternative to Dismiss Plaintiffs' Second Amended Complaint, along with the two accompanying memoranda of law and proposed orders, to be served, via First Class Mail, addressed as follows:

> Harvey A. Schwartz, Esquire
> Rodgers, Powers & Schwartz, LLP
> 18 Tremont Street, Suite 500
> Boston, Massachusetts 02108
>
> Michael R. Pontrelli, Esquire
> Epstein Becker & Green, PC
> 111 Huntington Ave.
> 26th Floor
> Boston, Massachusetts 02199

_____ /SJP
Richard D. Glovsky