# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON JAMES A. MAGENHEIMER, as executor of the ESTATE OF JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID A. MANISCALCO,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>POLAROID CORPORATION and NEAL GOLDMAN,<br><br>　　　　　Defendants. | Civil Action No. 03-11275-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of the undersigned attorney for defendant Polaroid Corporation in the above-captioned case. Attorneys Richard D. Glovsky and Jeffrey J. Pyle of Prince, Lobel, Glovsky & Tye LLP will continue to represent defendant Polaroid Corporation going forward.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/  Marni Goldstein Caputo
　　　　　　　　　　　　　　　　　　Marni Goldstein Caputo BBO # 650590
　　　　　　　　　　　　　　　　　　Prince, Lobel, Glovsky & Tye, LLP
　　　　　　　　　　　　　　　　　　585 Commercial Street
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　(617) 456-8000

Dated: November 2, 2004

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the within Notice of Withdrawal of Appearance was served upon the attorneys of record, set forth below, by first class mail, postage prepaid, on November 2, 2004.

Harvey A. Schwartz, Esq.
Laurie A. Frankl, Esq.
Rodgers, Powers & Schwartz, L.L.P.
18 Tremont Street, Suite 500
Boston, MA  02108

Thomas I. Elkind, Esq.
Michael Pontrelli, Esq,
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, MA  02199

                                                /s/ Marni Goldstein Caputo
                                                Marni Goldstein Caputo