UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 27  P 4: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID MANISCALCO, <br><br>Plaintiffs, <br><br>v. <br><br>POLAROID CORPORATION and NEAL GOLDMAN, <br><br>Defendants. | CIVIL ACTION NO. 03-11275 (MLW) |

### DEFENDANT NEAL D. GOLDMAN'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Defendant Neal D. Goldman ("Goldman") moves for judgment on the pleadings under Fed. R. Civ. P. 12(c) or, in the alternative, for summary judgment under Fed. R. Civ. P. 56. In support of this motion, Goldman submits the following:

(1) Memorandum of Law of Defendant Neal D. Goldman in Support of Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment; and

(2) Affidavit of Kevin R. Pond (authenticating Minutes, Board of Directors, Primary PDC, Inc., August 15, 2002).

The board minutes submitted via the Affidavit of Kevin R. Pond establish the termination of the employee benefit plans at issue in this action — the only material fact outside the operative complaint which the Court may need to consider in deciding this motion.

Based upon the foregoing, Goldman requests that the Court grant Goldman's motion for judgment on the pleadings or, alternatively, for summary judgment.

DEFENDANT NEAL D. GOLDMAN

By his attorneys,

*MICHAEL R. PONTRELLI*
Michael R. Pontrelli (BBO # 549194)
Jeffrey M. Rosin (BBO #629216)
Epstein, Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: October 27, 2004

BO:117437v3

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 10/27/04    *MICHAEL R. PONTRELLI*