```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

SALLY FERRARI et al
        Plaintiff                 CIVIL ACTION
                                       NO. 03-11275-MLW
    V.

POLAROID CORPORATION et al
        Defendants


CANCELLATION/RESCHEDULING NOTICE


WOLF, D.J.


    PLEASE TAKE NOTICE that the MOTION HEARING previously scheduled for **NOVEMBER 10, 2004 at 3:00 p.m.** has been CANCELLED.


                                               TONY ANASTAS, CLERK


November 5, 2004                   By: /s/ Dennis O'Leary
Date                                  Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                             [ntchrgcnf.]