UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SALLY FERRARI and Others,            )
                                      )
            Plaintiffs,              )
                                      )
v.                                    )   CIVIL ACTION NO. 03-11275 (MLW)
                                      )
                                      )
POLAROID CORP. and NEAL GOLDMAN,     )
                                      )
            Defendants.              )
                                      )

**STATEMENT OF DEFENDANT NEAL D. GOLDMAN IN
CONNECTION WITH POLAROID CORPORATION'S MOTION TO TRANSFER**

In connection with the motion of Polaroid Corporation to transfer this case to the U.S. Bankruptcy Court for the District of Delaware, Defendant Neal D. Goldman ("Goldman") states that federal district courts possess the power to transfer a civil action after dismissing part of the case, e.g., Glaskin v. Klass, 996 F.Supp. 67 (D. Mass. 1998) (Woodlock, J.), including dismissal of a defendant, see Edison Electric Co. v. Black and Decker Mfg. Co., 606 F.2d 234 (8th Cir. 1979), and that this Court should not exercise its transfer power until after granting Goldman's motion for judgment on the pleadings or, alternatively, for summary judgment.

Respectfully submitted,

MICHAEL R. PONTRELLI

Thomas I. Elkind, BBO #153080
Michael R. Pontrelli, BBO # 549194
Jeffrey M. Rosin, BBO # 629216
Epstein Becker & Green, P.C.
111 Huntington Avenue, 26th Floor
Boston, MA 02199
(617) 342-4000

Attorneys for Defendant Neal D. Goldman

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 11/8/04  _Michael R. Pontrelli_

Dated: November 8, 2004