UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SALLY FERRARI, ELAINE JOHNSON,  )
JOHN MAGENHEIMER, ELIZABETH     )
WILLIAMS, and DAVID A.          )
MANISCALCO,                     )
                                )
            Plaintiffs,         )
                                )
v.                              ) Civil Action No. 03-11275- MLW
                                )
POLAROID CORPORATION and        )
NEIL GOLDMAN                    )
                                )
            Defendants.         )
                                )
_____)

**PLAINTIFFS' MOTION REGARDING FILING OF OPPOSITION TO POLAROID CORPORATION'S MOTION TO TRANSFER, OR IN THE ALTERNATIVE TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND OPPOSITION TO NEIL GOLDMAN'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT, ASSENTED TO BY DEFENDANT NEIL GOLDMAN**

The plaintiffs hereby request that this Court order that the plaintiffs shall have until and including December 31, 2004 to oppose or otherwise respond to:

- Polaroid Corporation's Motion to Transfer or, in the Alternative to Dismiss Plaintiff's Second Amended Complaint and

- Neil Goldman's Motion for Judgment on the Pleadings or, Alternatively, For Summary Judgment.

This motion is *assented to* by defendant Neil Goldman. In support of their motion, the plaintiffs state:

1. On August 20, 2004, this Court ordered that the plaintiffs to file their Second Amended Complaint by September 22, 2004. The plaintiffs filed their Second Amended Complaint on September 21, 2004.

2. The Court's August 20, 2004 order also allowed the Defendants up to and until October 22, 2004 to respond to the plaintiffs' Second Amended Complaint and to file any motions to transfer the case to the United States District Court for the District of Delaware.

3. On October 22, 2004, Polaroid Corporation filed and served its Motion to Transfer, or in the Alternative to Dismiss Plaintiffs' Second Amended Complaint.

4. On October 27, 2004, the defendant Neil Goldman, filed and served his Motion for Judgment on the Pleadings, or alternatively, for Summary Judgment.

5. This Court's August 20, 2004 order also required that the plaintiffs respond to all outstanding motions by October 22, 2004. However the two dispositive motions to which the plaintiffs now are required respond were filed either on or after October 22, 2004. The Court's order presumably did not anticipate defendant Goldman's dispositive filing.

6. A hearing on this case for presentation and argument of all outstanding motions was scheduled for November 10, 2004 by the Court's August 20, 2004 order.

7. On November 8, 2004, the Court, *sua sponte,* cancelled the November 10, 2004 hearing.

8. The dispositive motions filed by the defendants and the motions to transfer this case to the District of Delaware are complex and lengthy and require a significant effort by the plaintiffs to oppose. The plaintiffs propose that is in all parties best interests that each and every outstanding motion currently pending before this Court be responded to and that they presented to the Court for oral argument on the same date, all without excessive delay.

9.      The plaintiffs' request of approximately forty-five days to respond to two dispositive motions is not excessive, and accounts for the upcoming seasonal and religious holidays.

WHEREFORE, the plaintiffs request, with the assent of defendant Neil Goldman and without opposition from defendant Polaroid Corporation, that the Court allow them up to and including December 31, 2004 to oppose Polaroid Corporation's Motion to Transfer or alternatively, to Dismiss Plaintiffs' Second Amended Complaint and to oppose Neil Goldman's Motion for Judgment on the Pleadings or alternatively for Summary Judgment.

        Respectfully submitted,
        Sally A. Ferrari, Elaine Johnson, John Magenheimer,
        David Maniscalco, and Elizabeth Williams,
        By their attorneys,

        /s/ Harvey A. Schwartz
        Harvey A. Schwartz
         BBO # 448080
        Laurie A. Frankl
         BBO # 647181
        Rodgers, Powers and Schwartz, LLP
        18 Tremont Street, Suite 500
        Boston, MA 02108
        617-742-7010

Dated:

Case 1:05-cv-00436-SLR     Document 85-11     Filed 06/27/2005     Page 4 of 4