UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SALLY FERRARI, ELAINE JOHNSON,         )
JOHN MAGENHEIMER, ELIZABETH         )
WILLIAMS, and DAVID A.                       )
MANISCALCO,                                          )
                                                                 )
                    Plaintiffs,                            )
                                                                 )
v.                                                              ) Civil Action No. 03-11275- MLW
                                                                 )
POLAROID CORPORATION and           )
NEAL GOLDMAN                                   )
                                                                 )
                    Defendants.                         )
                                                                 )
_____)

**PLAINTIFFS' ASSENTED TO SECOND AMENDED MOTION REGARDING FILING OF OPPOSITION TO POLAROID CORPORATION'S MOTION TO TRANSFER, OR IN THE ALTERNATIVE TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND OPPOSITION TO NEAL GOLDMAN'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT,**

The plaintiffs hereby request that this Court order that the plaintiffs shall have until and including December 9, 2004 to oppose or otherwise respond to:

- Polaroid Corporation's Motion to Transfer or, in the Alternative to Dismiss Plaintiff's Second Amended Complaint and

- Neal Goldman's Motion for Judgment on the Pleadings or, Alternatively, For Summary Judgment,

and that the defendants have until December 23, 2004 to file replies to the plaintiffs' oppositions. This motion is *assented to* by both defendants. In support of their motion, the plaintiffs state:

   1.   This Court had scheduled a conference and hearing on outstanding motions for

August 25, 2004. The parties filed a joint motion to continue that hearing to a date after October 15, 2004 so that the plaintiff could file a further amended complaint, the defendants could respond to that further amended complaint and so the defendants Polaroid and Goldman could file dispositive motions.

2.  On August 20, 2004, this Court allowed that motion to continue the August 25, 2004 hearing. This Court ordered that the plaintiffs file their Second Amended Complaint by September 22, 2004. The plaintiffs filed their Second Amended Complaint on September 21, 2004.

3.  The Court's August 20, 2004 order also allowed the Defendants up to and until October 22, 2004 to respond to the plaintiffs' Second Amended Complaint and to file any motions to transfer the case to the United States District Court for the District of Delaware. The court also ordered the plaintiffs to "respond to any pending motions" by the same October 22, 2004 date.

4.  On October 22, 2004, Polaroid Corporation filed and served a Motion to Transfer, or in the Alternative to Dismiss Plaintiffs' Second Amended Complaint.

5.  On October 27, 2004, pursuant to an assented-to motion for an extension of three business days, the defendant Goldman filed and served a Motion for Judgment on the Pleadings, or alternatively, for Summary Judgment.

6.  Although this Court's August 25, 2004 order required the plaintiff to respond to all pending motions by October 22, 2004, the defendants' most recent motions were filed on October 22 and 27, 2004, therefore the plaintiff could not respond to them by October 22, 2004. The purpose of the present motion is to establish a further schedule for the plaintiff to respond to these latest motions by the defendants and for the defendants to file their replies to the plaintiffs'

2

oppositions.

7. The dispositive motions filed by the defendants and the motions to transfer this case to the District of Delaware require a significant effort by the plaintiffs to oppose. The plaintiffs propose that it is in all parties' best interests that each and every outstanding motion currently pending before this Court is responded to so that they can be presented to the Court for oral argument on the same date, all without excessive delay.

WHEREFORE, the plaintiffs request, with the assent of both defendants, that the Court allow them up to and including December 9, 2004 to oppose Polaroid Corporation's Motion to Transfer or alternatively, to Dismiss Plaintiffs' Second Amended Complaint and to oppose Neal Goldman's Motion for Judgment on the Pleadings or alternatively for Summary Judgment, and that the defendants have until December 23, 2004 to file replies to the plaintiffs' oppositions.

Respectfully submitted,
Sally A. Ferrari, Elaine Johnson, John Magenheimer,
David Maniscalco, and Elizabeth Williams,
By their attorneys,

/s/ Harvey A. Schwartz
Harvey A. Schwartz
 BBO # 448080
Laurie A. Frankl
 BBO # 647181
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: November 18, 2004

Assented to by:

**Polaroid Corporation, defendant**,
By its attorneys,

| | |
|---|---|
| JEROME HOFFMAN<br>MATTHEW L. WIENER<br>DECHERT, LLP<br>1717 Arch Street<br>Philadephlia, PA 19103<br>215-994-4000 | /s/ Richard D. Glovsky<br>RICHARD D. GLOVSKY<br>BBO # 195820<br>JEFFERY J. PYLE<br>Prince, Lobel, Glovsky & Tye, LLP<br>585 Commercial Street<br>Boston, MA 02109<br>617-456-8000 |

**Neal Goldman, defendant**,
By his attorneys,

/s/ Michael R. Pontrelli
MICHAEL R. PONTRELLI
 BBO #  549194
JEFFREY ROSIN
 BBO# 629216
Epstein, Becker & Green, P.C.
111 Huntington Avenue, 26th Floor
Boston, MA 02199-7610