UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI and Others, <br><br> Plaintiffs, <br><br> v. <br><br> POLAROID CORP. and NEAL GOLDMAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 03-11275 (MLW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUPPLEMENTAL STATEMENT OF DEFENDANT NEAL D. GOLDMAN IN CONNECTION WITH POLAROID CORPORATION'S MOTION TO TRANSFER**

  In accordance with the Court's November 30, 2004 order, Defendant Neal D. Goldman ("Goldman") submits this supplemental statement in reply to Plaintiffs' opposition to the motion of Polaroid Corporation ("Polaroid") to transfer this case to the U.S. Bankruptcy Court for the District of Delaware.  Plaintiffs assert that if Polaroid's motion is granted, this action will then be "bifurcated between two federal courts in two states."  Pls.' Opp'n to Motion to Transfer or Dismiss at 18.  But the case would not be "bifurcated" — in the sense of forcing plaintiffs to litigate in multiple courts going forward — if this Court grants Goldman's pending dispositive motion before exercising its transfer power.  See Edison Elec. Co. v. Black and Decker Mfg. Co., 606 F.2d 234 (8th Cir. 1979); Glaskin v. Klass, 996 F. Supp. 67 (D. Mass. 1998.)

                    Respectfully submitted,

                    /s/ Michael R. Pontrelli
                    Michael R. Pontrelli, BBO # 549194
                     Epstein Becker & Green, P.C.
                     111 Huntington Avenue, 26th Floor
                     Boston, MA 02199
                     (617) 342-4000

                    Attorneys for Defendant Neal D. Goldman

Dated:  December 22, 2004