UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**SALLY FERRARI et al**</u>                                      CIVIL ACTION
                                                        NO. <u> 03-11275-MLW</u>

         v

<u>**POLAROID**</u>

<u>NOTICE</u>

<u>**WOLF,  D.J.**</u>

   PLEASE TAKE NOTICE that the above-entitled case has been set for a <u>MOTION HEARING</u> on the motion to transfer/summary judgment on <u>MARCH 8, 2005</u> at <u>3:00</u> P.M. before Judge <u>WOLF</u> in Courtroom # <u>10</u> on the <u>5th</u> floor.


                                        TONY ANASTAS, CLERK


<u>**January 20, 2005**</u>                        By:  <u> /s/ Dennis O'Leary  </u>
**Date**                                              Deputy Clerk



**Notice mailed to:**
(notice.frm - 10/96)                                              [ntchrgcnf.]