UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID MANISCALCO,<br><br>Plaintiffs,<br><br>v.<br><br>POLAROID CORPORATION and NEAL GOLDMAN<br><br>Defendants. | CIVIL ACTION NO. 03-11275 (MLW) |

## NOTICE OF CHANGE OF FIRM

Notice is hereby given that the undersigned counsel, formerly of Epstein Becker & Green, P.C., as of February 1, 2005, joined Foley & Lardner LLP. Counsel's street address, telephone and facsimile numbers remain unchanged, as set forth below.

Respectfully submitted,

NEAL GOLDMAN

/s/ Michael R. Pontrelli
Thomas I. Elkind, BBO #153080
Michael R. Pontrelli, BBO # 549194
Jeffrey M. Rosin, BBO # 629216
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue, 26th Floor
Boston, MA 02199
(617) 342-4000

Dated: February 2, 2005