UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SALLY FERRARI et al**                              CIVIL CASE
                                                     NO. 03-11275-MLW

V.

**POLAROID COPORATION et al**
         Defendant(s)

                    NOTICE OF RESCHEDULING/CANCELLATION
**WOLF, D.J.**

The **MOTION HEARING** previously scheduled for **MARCH 8, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED. It has been RESCHEDULED for **APRIL 26, 2005** at **3:00 PM** before the Honorable Mark L. Wolf in courtroom 10 on the 5th floor.

                                                     TONY ANASTAS
                                                     CLERK OF COURT

**March 1, 2005**                    By:    /s/ Dennis O'Leary
Date                                        Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                    [ntchrgcnf.]