UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA03-11275

| Sally Ferrari et al | Polaroid Corporation et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Harvey Schwartz | Richard Glovsky, Jerome Hoffman |
| Laurie Frankl | Michael Trace, Michael Pontrelli |
|  | Claire Bishop |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 4/26/05 | Court marks letter received by the plaintiff's date 12/8/89 as exhibit 1 of today's date. Court without objection by the parties will rely on the letter in deciding the motion to transfer (docket no. 61) Court will not rely on the notes of the defendant, Goldman, as such would convert the motion for judgment on the pleadings (docket no 64) to a motion for summary judgment. Court gives its tentative view to the parties. Court listens to oral arguments on the pending motions. Court listens to oral arguments on the defendant, Goldman's Motion for Judgment on the pleadings. Court allows the defendant, New Polaroid's, motion to transfer to the Bankruptcy Court in Delaware. Court does not decide the defendant, Goldman's, motion for judgment on the pleadings. Court gives its reasoning from the bench. |