```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

SALLY FERRARI, et. al.,         )
    Plaintiffs,              )
                             )
    v.                       )   C.A. No. 03-11275
                             )
POLAROID CORPORATION, et. al.   )
    Defendants.              )

### ORDER

WOLF, D.J.                                         April 27, 2005

For the reasons described in detail in court on April 26, 2005, it is hereby ORDERED that:

1. New Polaroid's Motion to Transfer (Docket No. 61) is ALLOWED.

2. This case is, pursuant to 28 U.S.C. §1404(a), transferred to the United States District Court for the District of Delaware with the recommendation that it be transferred to its Bankruptcy Court because this case involves proceedings and orders of that Court.

                                                          /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE