UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------- x
SALLY FERRARI, et al.,            :
                                  :
        Plaintiffs,               :    Civil Action
                                  :    No. 03-11275-MLW
v.                                :
                                  :
PRIMARY PDC, INC., et al.,        :
                                  :
        Defendants.               :
------------------------- x

### CORPORATE DISCLOSURE STATEMENT OF PRIMARY PDC, INC.

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3, Primary PDC, Inc. hereby submits the following corporate disclosure statement:

> Primary PDC, Inc., a Delaware corporation, has no parent corporation and no publicly held company owns more than 10% of its stock.

Dated: August 14, 2003                    Respectfully submitted,
       Boston, Massachusetts

                                          /s/ Matthew J. Matule

Of Counsel:                               Matthew J. Matule (BBO #632075)
                                          SKADDEN, ARPS, SLATE,
Gregg M. Galardi                             MEAGHER & FLOM LLP
Mark L. Desgrosseilliers                  One Beacon Street
SKADDEN, ARPS, SLATE,                     Boston, Massachusetts 02108
   MEAGHER & FLOM LLP                     (617) 573-4800
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

                                          Counsel for Primary PDC, Inc.
                                          Debtor and Debtor-in-Possession

### CERTIFICATE OF SERVICE

I, Matthew J. Matule, hereby certify that on August 14, 2003, I caused a true copy of the foregoing Corporate Disclosure Statement Of Primary PDC, Inc. to be served upon counsel of record as indicated on the service list attached hereto.

Dated: August 14, 2003                    /s/ Matthew J. Matule
                                          Matthew J. Matule

## SERVICE LIST

BY HAND DELIVERY

Harvey A. Schwartz, Esq.
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
**Counsel for Plaintiff**

Gus P. Coldebella, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
**Counsel for One Equity Partners LLC**

BY FIRST CLASS MAIL, POSTAGE PREPAID

Matthew Lee Wiener, Esq.
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pennsylvania 19103
**Counsel for Polaroid Corporation**