UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>vs.<br><br>POLAROID CORPORATION, PRIMARY PDC, INC., OEP IMAGING OPERATING CORPORATION, INC. and ONE EQUITY PARTNERS LLC,<br><br>Defendants. | CIVIL ACTION NO. 03-11275-MLW |

## **DEFENDANT ONE EQUITY PARTNERS LLC's MOTION TO DISMISS**

For the reasons set forth in the accompanying Memorandum in Support of One Equity Partners LLC's Motion to Dismiss, as well as in the memorandum of law of defendant Polaroid Corporation, defendant One Equity Partners LLC moves this Court to dismiss the complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

### **REQUEST FOR ORAL ARGUMENT**

In accordance with Rule 7.1(d) of the Local Rules of this Court, One Equity Partners requests oral argument at a date and time set by this Court.

LIBA/1313479.1

Respectfully submitted,

ONE EQUITY PARTNERS LLC

By its attorneys,

James S. Dittmar, P.C. (BBO No. 126320)
Gus P. Coldebella (BBO No. 566918)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000
(617) 523-1231 (facsimile)

Dated: October 3, 2003

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Gus P. Coldebella, hereby certify that I conferred by telephone with counsel for plaintiffs in a good faith effort to resolve or narrow the issues presented in this motion prior to filing, and that we were unable to resolve or narrow the issues.

Gus P. Coldebella

2

## CERTIFICATE OF SERVICE

I, Kathryn L. Alessi, hereby certify that on October 3, 2003, I caused a true copy of the foregoing Motion and the accompanying Memorandum in Support of Defendant One Equity Partners LLC's Motion to Dismiss Complaint to be served by mail upon:

**Counsel for Plaintiffs**

> Harvey A. Schwartz, Esq.
> Laurie A. Frankl, Esq.
> Rogers, Powers and Schwartz, LLP
> 18 Tremont Street, Suite 500
> Boston, MA  02108

**Counsel for Polaroid Corporation**

> Jerome A. Hoffman, Esq.
> Matthew Lee Wiener, Esq.
> DECHERT LLP
> 1717 Arch Street
> Philadelphia, PA  19103

> Richard Glovsky, Esq.
> Jeffrey Pyle, Esq.
> PRINCE, LOBEL, GLOVSKY & TYE LLP
> 585 Commercial Street
> Boston, MA  02109

**Counsel for Primary PDC, Inc.**

> Matthew J. Matule, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Beacon Street
> Boston, MA  02018

> Gregg M. Galardi, Esq.
> Mark L. Desgrosseilliers, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899

*/s/ Kathryn L. Alessi*
Kathryn L. Alessi