UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS and DAVID A. MANISCALCO,<br><br>Plaintiffs,<br><br>vs.<br><br>POLAROID CORPORATION, PRIMARY PDC, INC., OEP IMAGING OPERATING CORPORATION, INC. and ONE EQUITY PARTNERS LLC,<br><br>Defendants. | CIVIL ACTION NO. 03-11275-MLW |

## CORPORATE DISCLOSURE STATEMENT
## OF ONE EQUITY PARTNERS LLC

Pursuant to District of Massachusetts Local Rule 7.3(A), defendant One Equity Partners LLC, by its undersigned counsel, states that One Equity Partners LLC is a subsidiary of Bank One Corporation, the shares of which are publicly traded.

Respectfully submitted,

ONE EQUITY PARTNERS LLC

By its attorneys,

_/s/ signature_

James S. Dittmar, P.C. (BBO No. 126320)
Gus P. Coldebella (BBO No. 566918)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (facsimile)

Dated: October 7, 2003

LIBA/1205179.1

## CERTIFICATE OF SERVICE

I, Gus P. Coldebella, hereby certify that on October 7, 2003, I caused a true copy of the foregoing to be served by mail upon:

**Counsel for Plaintiffs**

> Harvey A. Schwartz, Esq.
> Laurie A. Frankl, Esq.
> ROGERS, POWERS AND SCHWARTZ, LLP
> 18 Tremont Street, Suite 500
> Boston, MA  02108

**Counsel for Polaroid Corporation**

> Jerome A. Hoffman, Esq.
> Matthew Lee Wiener, Esq.
> DECHERT LLP
> 1717 Arch Street
> Philadelphia, PA  19103

> Richard Glovsky, Esq.
> Jeffrey Pyle, Esq.
> PRINCE, LOBEL, GLOVSKY & TYE LLP
> 585 Commercial Street
> Boston, MA  02109

**Counsel for Primary PDC, Inc.**

> Matthew J. Matule, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Beacon Street
> Boston, MA  02018

> Gregg M. Galardi, Esq.
> Mark L. Desgrosseilliers, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899

_____
Gus P. Coldebella