UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 22 P 4: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

SALLY FERRARI, ELAINE JOHNSON
JAMES A. MAGENHEIMER, as executor of the
ESTATE OF JOHN MAGENHEIMER,
ELIZABETH WILLIAMS, and DAVID A.
MANISCALCO,

        Plaintiffs,

v.

POLAROID CORPORATION and
NEAL GOLDMAN,

        Defendants.

**Civil Action No. 03-11275-MLW**

## DEFENDANT POLAROID CORPORATION'S RENEWED MOTION TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL

Pursuant to Rule 39(a)(2) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, Defendant Polaroid Corporation hereby moves the Court to strike Plaintiffs' demand for a jury trial (which is contained on page 14 of the Second Amended Complaint).

Respectfully submitted,

Jerome A. Hoffman
Matthew Lee Wiener
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

Counsel for Polaroid Corporation
Dated: October 22, 2004

Richard D. Glovsky
Jeffrey Pyle
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

908294.1.PHI_LIT_50 10/22/04 3:20 PM

## CERTIFICATE OF SERVICE

I certify that on October 22, 2004, the foregoing document was served upon Plaintiffs' counsel of record, via First Class Mail, addressed as follows:

> Harvey A. Schwartz
> Rodgers, Powers & Schwartz, LLP
> 18 Tremont Street, Suite 500
> Boston, Massachusetts 02108
>
> Michael R. Pontrelli, Esquire
> Epstein Becker & Green, PC
> 111 Huntington Ave.
> 26th Floor
> Boston, Massachusetts 02199

Richard D. Glovsky