UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID MANISCALCO, <br><br> Plaintiffs, <br><br> v. <br><br> POLAROID CORPORATION and NEAL GOLDMAN, <br><br> Defendants. | Case No. 05-cv-00436 (SLR) |

## ENTRY OF APPEARANCE

Please enter the appearance of Michael R. Lastowski of Duane Morris LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware 19801, as counsel to represent plaintiffs Sally A. Ferrari, Elaine Johnson, John J. Magenheimer, Elizabeth M. Williams and David Maniscalco in the captioned matter.

Dated: July 19, 2005
    Wilmington, Delaware

_____
Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com

Counsel to Defendants Sally A. Ferrari, Elaine Johnson, John J. Magenheimer, Elizabeth M. Williams and David Maniscalco

WLM\209897.1