UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY FERRARI, ELAINE JOHNSON, JOHN MAGENHEIMER, ELIZABETH WILLIAMS, and DAVID MANISCALCO,<br><br>Plaintiffs,<br><br>v.<br><br>POLAROID CORPORATION and NEAL GOLDMAN,<br><br>Defendants. | Case No. 05-cv-00436 (SLR) |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, certify that I am not less than 18 years of age, and that service of the attached **Entry of Appearance** was made on July 19, 2005 upon the following in the following manner:

**VIA HAND-DELIVERY**
Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Laurie A. Frankl, Esquire
Rodgers, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108

Dated: July 19, 2005
       Wilmington, Delaware

*[signature]*
Michael R. Lastowski (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com

Counsel to Defendants Sally A. Ferrari, Elaine Johnson, John J. Magenheimer, Elizabeth M. Williams and David Maniscalco

WLM\209898.1