## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALLY FERRARI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-00436 (SLR) |
| | ) | |
| POLAROID CORPORATION and | ) | |
| NEIL GOLDMAN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Kathleen M. Miller, of the firm Smith Katzenstein

& Furlow LLP, hereby enters her appearance on behalf of Neil Goldman in this matter.

Dated: July 20, 2005                    SMITH, KATZENSTEIN & FURLOW, LLP


Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
(Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: KMiller@skfdelaware.com


                    and

FOLEY & LARDER LLP
Michael R. Pontrelli
111 Huntington Avenue
Boston, MA 02199
617-342-4000

Attorneys for Neil Goldman

10004940.WPD