## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **20th** day of **July, 2005**, one copy of the foregoing *Entry of Appearance* were served on the following party by electronic mail:

Christopher A. Ward
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Michael R. Lastowski
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

_____
Kathleen M. Miller (2898)

10004940.WPD