UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SALLY FERRARI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> POLAROID CORPORATION and NEAL GOLDMAN, <br><br> Defendants. | Civil Action No.: 05-00436 (SLR) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties agree to dismiss the above-captioned action, including all counterclaims, with prejudice and to bear their own costs.

POLAROID CORPORATION,
By its attorneys,

THE BAYARD FIRM

_____
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000

-and-

Joel H. Levitin
David C. McGrail
Dechert LLP
30 Rockefeller Plaza
New York, New York 10112
212-698-3500

Dated: July __, 2005

10529859.3 BUSINESS 7/22/05 10:55 AM

NEAL GOLDMAN
By his attorney,

SMITH, KATZENSTEIN & FURLOW LLP


_____
Kathleen M. Miller (2898)
The Corporate Plaza, 800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
302-652-8400

-and-

Michael R. Pontrelli
Foley & Larder LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

Dated: July 22, 2005



SALLY FERRARI, et al.,
By their attorneys,

DUANE MORRIS LLP


_____
Michael R. Lastowski
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
302-657-4900

-and-

Harvey A. Schwartz
Laurie A. Frankl
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: July __, 2005

10529859.3.BUSINESS 7/22/05 10:55 AM

NEAL GOLDMAN
By his attorney,

SMITH, KATZENSTEIN & FURLOW LLP


_____
Kathleen M. Miller
The Corporate Plaza, 800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
302-652-8400

-and-

Michael R. Pontrelli
Foley & Larder LLP
111 Huntington Avenue
Boston, MA 02199
617-342-4000

Dated: July __, 2005



SALLY FERRARI, et al.,
By their attorneys,

DUANE MORRIS LLP

/s/ Michael R. Lastowski
_____
Michael R. Lastowski
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
302-657-4900

-and-

Harvey A. Schwartz
Laurie A. Frankl
Rodgers, Powers and Schwartz, LLP
18 Tremont Street, Suite 500
Boston, MA 02108
617-742-7010

Dated: July __, 2005