IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
SALLY FERRARI, et al.,                    )
                                          )
            Plaintiffs,                   )    Civil Action No.: 05-00436 (SLR)
                                          )
     v.                                   )
                                          )
POLAROID CORPORATION and                  )
NEAL GOLDMAN,                             )
                                          )
            Defendants.                   )
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §  SS:
NEW CASTLE COUNTY    §

  Pamela A. Piunti, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, and that on the 25th day of July 2005, she caused a copy of the **Stipulation of Dismissal of Action with Prejudice** to be served upon the parties listed below via hand delivery to local counsel and via U.S. First Class Mail upon the remaining parties thereon.

| Kathleen M. Miller, Esquire<br>Smith, Katzenstein & Furlow LLP<br>The Corporate Plaza<br>800 Delaware Avenue, P.O. Box 410<br>Wilmington, DE 19899 | Michael R. Lastowski, Esquire<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
|---|---|
| Harvey A. Schwartz<br>Laurie A. Frankl<br>Rodgers, Powers and Schwartz, LLP<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Michael R. Pontrelli<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Boston, MA 02199 |

_/s/ Pamela A. Piunti_
Pamela A. Piunti

  SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: July 26, 2005

_/s/ Jeanne T. Carrera_
Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2006

595665v1